FILED
2021 Sep-02 PM 01:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALEX JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:21-cv-00948-KOB** |
| | ) | |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# PLAINTIFF'S ANSWER TO LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S COUNTERCLAIM

Comes now the Plaintiff, Alex Jones, and hereby files his Answer to Liberty Life Assurance Company of Boston's Counterclaim as follows:

**COUNTERCLAIM ¶ 1**: In response to the allegations contained on the Compliant, Liberty Life asserts a breach of contract counterclaim resulting from Plaintiff's failure to reimburse Liberty Life in accordance with the terms of the document governing the LTD Plan. Liberty Life also seeks a constructive trust and other equitable relief under 29 U.S.C. § 1132 (a) over any benefits from either Liberty Life or the Social Security Administration currently in the possession of Plaintiff. Additionally, Liberty Life seeks recovery from Plaintiff based on unjust enrichment of the Plaintiff by virtue of Plaintiff's retention of benefits from the Social Security Administration that Plaintiff is obligated to repay to Liberty Life.

Plaintiff was awarded retroactive disability benefits from the Social Security Administration. Under the terms of the document governing the LTD plan, Plaintiff is obligated and specifically agreed to reimburse Liberty Life for the retroactive amounts Plaintiff received from the Social Security Administration. Plaintiff has failed and refused to make reimbursement to Liberty Life in breach of the terms of the LTD Plan. Liberty Life is entitled to recover from Plaintiff as a result of Plaintiff's breach, plus attorney's fees pursuant to 29 U.S.C § 1123(a)(1)(B).

**ANSWER:** Parts of this paragraph are admitted and parts are denied. Plaintiff/Counter Defendant denies the claim of unjust enrichment due to receiving benefits from the Social Security Administration. Any amounts allegedly owed are more than offset by past and future benefits Defendant improperly denied.

The terms of the plan speak for themselves. Plaintiff/Counter Defendant specifically denies Defendant's interpretation of the Plan and that Mr. Jones has wrongfully and unjustly retained an overpayment. Plaintiff/Counter Defendant further denies that Liberty Life is entitled to recovery of any alleged overpayment as any amounts allegedly owed are more than offset by past and future benefits Defendant improperly denied.

Plaintiff/Counter Defendant denies each and every allegation of this paragraph regarding the recovery of attorneys' fees as any amounts allegedly owed are more than offset by past and future benefits Defendant improperly denied and

Defendant is not entitled to attorney's fees and costs.

Respectfully Submitted,

/s/ Peter H. Burke
Peter H. Burke (ASB-1992-K74P)

**OF COUNSEL**:
Burke Harvey, LLC
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
Phone: 205-930-9091
Fax: 205-930-9054
pburke@burkeharvey.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by the Court's CM/ECF system, this the 2nd day of September, 2021:

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75254
Email: iwana@rademaekerslaw.com

Matthew W. Robinett
NORMAN, WOOD, KENDRICK &TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Email: mrobinett@nwkt.com

*/s/ Peter H. Burke*
OF COUNSEL