FILED
2021 Oct-14 PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALEX JONES,** | ] | |
| | ] | |
| **Plaintiffs,** | ] | |
| | ] | |
| **v.** | ] | **CIVIL ACTION NO.:** |
| | ] | **2:21-CV-0948-KOB** |
| **LIBERTY LIFE ASSURANCE** | ] | |
| **COMPANY OF BOSTON,** | ] | |
| **Defendants.** | ] | |
| | ] | |

**ORDER SETTING SCHEDULING CONFERENCE**

The court having received the parties' Report of the Parties' Planning Meeting (doc. 13), hereby sets this case for a Scheduling Conference on **Monday, November 1, 2021, at 11:00 a.m.,** via ZOOM before the undersigned. Before the conference, the parties SHALL discuss the possibility of an early settlement and shall identify the specific minimum discovery necessary before the case can be evaluated for settlement and shall be prepared to discuss these matters at the scheduling conference.

**DONE** and **ORDERED** this 14th day of November, 2021.

Karon O. Bowdre
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE