**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes | Claim | Class | Correspond | Doc List | Medical | SPELL Letters

Claim Number 8764447 Claim Last Updated 01/30/2020 Printed On 8/9/2021

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | ALEX JONES | SSN | | Birth Date | |
| Address | MCKAY LAW OFFICES | Salary Amount $ | 5600.50 | Mode | M |
| | C/O ALEX JONES | Date of Hire | 02/15/1988 | | |
| | PO BOX 321363 | Last Work Date | 10/28/2018 | | |
| | BIRMINGHAM, AL 35212-0000 | Federal Tax | Employee Option | State Tax | No |
| Phone | (205) 224-5754 | Phys Demands | Medium | | |

JobDesc CHEMICAL OPERATOR

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Own Occ | Received Date | 02/25/2019 | |
| Disability Date | 10/29/2018 | Close Date | 05/16/2019 | Reopen Date | | |
| Sick Days Left | 182 | Max Ben Date | 06/26/2029 | RTW FT / PT | | |
| Ben Begin Date | 04/29/2019 | Apprv Thru Date | 05/15/2019 | Gross Ben $ | | |

Diagnosis 1 Code/Desc M54.5 Low back pain

Diagnosis 2 Code/Desc M25.561 Pain in right knee

Policyholder Information

Customer ID 03 - 509413 ARKEMA INC.

Subsidiary AL01 MOBILE

Location AL01000H MOBILE-H

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2008

Class 2A ALL EMPLOYESS WHO PARTICIPATE IN THE BUY-UP PLAN, EXCLUDING EMPLOYE

Waiting Period: New/Mode-Current/Mode 0 Day 0 Day Days in WRKWK

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 40.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 2A | 02/15/1988 |
| PD | 01 | STD | 1A | 08/15/1988 |

Additional Information:

EXHIBIT

3

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 6110673 Claim Last Updated 04/17/2019 Printed On 8/9/2021

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | ALEX JONES | SSN | | Birth Date | |
| Address | MCKAY LAW OFFICES | Salary Amount $ | 2584.85 | Mode | B |
| | C/O ALEX JONES | Date of Hire | 02/15/1988 | | |
| | PO BOX 321363 | Last Work Date | 10/28/2018 | | |
| | BIRMINGHAM, AL 35212-0000 | Federal Tax | None | State Tax | No |
| Phone | (205) 224-5754 | Phys Demands | Medium | | |

JobDesc CHEMICAL OPERATOR

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 10/29/2018 |
| Disability Date | 10/29/2018 | Close Date | 04/29/2019 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 04/28/2019 | RTW FT / PT | |
| Ben Begin Date | 10/29/2018 | Apprv Thru Date | 04/28/2019 | Gross Ben $ | |

Diagnosis 1 Code/Desc M54.5 Low back pain

Diagnosis 2 Code/Desc M25.561 Pain in right knee

Policyholder Information

Customer ID 03 - 509413 ARKEMA INC.

Subsidiary AL01 MOBILE

Location AL01000H MOBILE-H

Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs Y Cntr Eff 01/01/2008

Class 1A ALL NONUNION EE AT MOBLE,BLMINGPRAIRE,HOUSTN,CALVRT,LOUISVL,GENSO,I

Waiting Period: New/Mode-Current/Mode 6 Month 6 Month Days in WRKWK 7

Elimination Period: Days/Type 0 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 14 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 2A | 02/15/1988 |
| PD | 01 | STD | 1A | 08/15/1988 |

Additional Information:

**ote Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info
Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt
Tasks

Claim

**Claim ve t eave m er** 8764447 **ommo atio m er**

**ote t pe**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [08/09/2021 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject :
Text: [03/05/2021 - GAYLE, TAMARA]EMAILED ARU REP ADVISING OF RECEIPT OF ATTRNY LTR

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : ATTRNY
Text: [03/05/2021 - GAYLE, TAMARA]ATTRNY LETTER OF REP RECEIVED FROM PETER BURKE.

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : ADMIN
Text: [02/26/2021 - KEEFER, DAWN]FULL FILE COPY REQUEST HAS BEEN COMPLETED FOR CLAIM #8764447 6110673 AND FORWARDED VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED PHBURKE@CRUMLEYROBERTS.COM

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : LTR to Atty
Other Subject :
Text: [02/25/2021 - PAINE, JANELLE]FILE COPY TO ATTORNEY BY WAY OF SUPPORT

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : ATTY LTR
Text: [02/25/2021 - PAINE, JANELLE]REC'D LETTER FROM ATTY CRUMLEY AND ROBERTS NOTING WORKING WITH GREGORY MCKAY AND REQUESTED COPY OF CLAIM FILE.

**ote**
Claim/Event/Leave: 8764447
NoteSubject : Called Other
Other Subject :
Text: [01/30/2020 - PAINE, JANELLE]LEFT VM AT 205-224-5754 FOR ATTY GREGOR MCKAY ADVISING APPEAL REVIEW COMPLETED AND DENIAL DECISION MAINTAINED. DETAILED LETTER OF DECISION FAXED TO THEIR OFFICE. IF QUESTIONS, CALL. CONTACT INFORMATION PROVIDED AND MESSAGE CONCLUDED.

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Appeal
Other Subject : OUT
Text: [01/30/2020 - PAINE, JANELLE]APPEAL UPHOLD----- THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. THE DETERMINATION TO DENY BENEFITS BEYOND

5/15/19 IS BEING MAINTAINED ON APPEAL. UPHOLDLETTER SENT TO CLAIMANT.[01/30/2020 - PAINE, JANELLE]***LETTER TO CLAIMANT ATTORNEY.

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : LTR to Atty
Other Subject :
Text: [01/06/2020 - PAINE, JANELLE]21-DAY RIGHT TO REVIEW WITH CHIROPRACTIC RVW FAXED TO ATTY. RESPONSE DUE 1//27/20.

**ote**
Claim/Event/Leave: 8764447
NoteSubject : Called Other
Other Subject :
Text: [01/06/2020 - PAINE, JANELLE]LEFT VM FOR ATTY GREGORY MCKAY AT 205-224-5754. ADVISED OF CHIRO PEER RVW COMPLETED AND SENT TO ATTY WITH REQUEST TO REVIEW AND RESPOND BY 1/26/20. INFO FAXED. REMINDED OF 1/26/20 DEADLINE TO REVIEW AND RESPOND. IF QUESTIONS, CAL. CONTACT INFO PROVIDED AND MESSAGE CONCLUDED.

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Appeal
Other Subject :
Text: [01/06/2020 - PAINE, JANELLE]CHIROPRACTIC PEER REVIEW IS NOT SUPPORTIVE OF IMPAIRMENT TO PRECLUDE WORK CAPACITY. WILL FORWARD REPORT TO EE ATTY FOR RIGHT TO REVIEW AND COMMENT. COMMENT DUE 1/26/20. F/U ON 1/27/20 TO PROCEED WITH APPEAL REVIEW.

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Peer Review
Other Subject : CHIROPRACTIC
Text: [01/06/2020 - PAINE, JANELLE]REC'D COMPLETED CHRIO PEER REVIEW. REVIEW INDICATES: OR CLEAR FUNCTIONAL LIMITATIONS THAT WOULD HAVE PREVENTED THIS CLAIMANT FROM RETURNING TO FULL-DUTY WORK AS OF 5/16/19. IT APPEARS THE CLAIMANT INSIDIOUSLY DEVELOPEDLOW BACK PAIN IN 2018. THE CLAIMANT EXPRESSED DIFFICULTIES WITH HIS ACTIVITIES OF DAILY LIVING AND HIS WORK. THE CLAIMANT STOPPED WORKING ON 10/29/18 AND HAS BEEN OUT OF WORK SINCE THEN WITHOUT DOCUMENTATION OF CLEAR FUNCTIONAL LIMITATIONS, CO-MORBIDITIES OR COMPLICATING FACTORS WHICH WOULD PREVENT THE CLAIMANT FROM SAFELY PERFORMING HIS NORMAL WORK ACTIVITIES. CARTER SMITH, D.C. HAS BEEN TREATING THE CLAIMANT FOR AN EXTENDED PERIOD OF TIME, AT LEAST SINCE 2018, HOWEVER THERE IS A LACK OFDOCUMENTED EVIDENCE THAT A THOROUGH ORTHOPEDIC AND NEUROLOGICAL EXAMINATION OF THE CLAIMANT HAS BEEN PERFORMED. THERE IS NO EVIDENCE OF LUMBAR RADICULOPATHY, MUSCLE/MOTOR WEAKNESS, OR ANY FUNCTIONAL IMPAIRMENT WHICH WOULD PREVENT THE CLAIMANT FROM PERFORMING HIS NORMAL WORK ACTIVITIES. THIS IS NOT INTENDED TO MEAN THAT PERFORMING NORMAL WORK ACTIVITIES WOULD BE EFFORTLESS AND THAT HE WOULD BE FREE OF ALL SYMPTOMS HOWEVER THERE IS INSUFFICIENT EVIDENCE IN THE MEDICAL RECORDS TO SUPPORT ANY ASSERTION THAT THE CLAIMANT HAS BEEN INCAPABLE OF PERFORMING THE MATERIAL AND SUBSTANTIAL DUTIES OF HIS NORMAL JOB. THERE IS ALSO INSUFFICIENT EVIDENCE IN THE MEDICAL RECORDS TO SUPPORT ANY ASSERTION THAT THE CLAIMANT'S HEALTH WOULD BE HARMED BYWORKING HIS NORMAL JOB. ALTHOUGH CONSIDERABLE WEIGHT IS GIVEN TO THE OPINION OF THE TREATING PROVIDER, IT IS ALSO NECESSARY THAT THE OPINION BE SUPPORTED TO A REASONABLE DEGREE BY OBJECTIVE MEDICAL FINDINGS AND THIS HAS NOT BEEN PROVIDED. THERE ISA LACK OF DOCUMENTED EVIDENCE THAT A THOROUGH EXAMINATION AND FUNCTIONAL EVALUATION OF THE CLAIMANT WAS PERFORMED WHICH DEMONSTRATED AN INABILITY TO SIT, STAND, BEND, WALK, LIFT, PUSH, PULL OR PERFORM ANY OF HIS REGULAR DUTIES; THUS RESTRICTIONS AND LIMITATIONS ARE NOT SUPPORTED BY THE MEDICAL DOCUMENTATION AND CANNOT BE CLINICALLY JUSTIFIED.

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : LTR to Atty
Other Subject :
Text: [12/23/2019 - PAINE, JANELLE]STATUS LTR FAXED TO ATTY

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Appeal
Other Subject :
Text: [12/10/2019 - PAINE, JANELLE]ATTORNEY HAS NOT CONTACT ARC NOR HAS ADDITIONAL INFO BEEN PROVIDED FOR REVIEW, WILL PROCEED WITH CHIROPRACTIC PEER REVIEW. F/U ON REVIEW AND TO SEND ATTY STATUS LETTER ON 12/23/19

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Appeal
Other Subject :
Text: [12/03/2019 - PAINE, JANELLE]APPEAL REVIEW IN PROCESS. APPEAL CODING ACCURATE AND APPEAL ACKN LTR SENT TO ATTY. ARC HAS PHONE CALL OUT TO ATTY TO VERIFY IF ADDITIONAL INFO FORTHCOMING. IF APPEAL NOT COMPLETE WILL UPDATE COMPLETE DATE AS INFO REC'D.

**ote**

Claim/Event/Leave: 8764447
NoteSubject : Called Other
Other Subject :
Text: [12/03/2019 - PAINE, JANELLE]LEFT VM FOR ATTY GREGORY MCKAY. ADVISED OF RECEIPT OF EE APPEAL FOR LTD BENEFITS AND LETTER FROM DR. SMITH. CALLING TO INQUIRE IF ADDITIONAL INFO FORTHCOMING AS MOST RECENT OV NOTE FROM DR. SMITH IS DATED 3/21/19 AND THERE IS QUITE A GAP OF INFO. SINCE WE HAVE PASSED THE 180-DAY ERISA APPEAL TIMEFRAME ARC WOULD BE ABLE TO PROVIDED A BRIEF EXTENSION, ONE TO TWO WEEKS, FOR INFO TO BE SENT. PLEASE CALL TO INFORM IF INFO FORTHCOMING. IF NO CONTACT BY 12/4/19 END OFBUSINESS WILL PROCEED WITH REVIEW BASED ON INFO IN FILE. CONTACT INFO PROVIDED AND MESSAGE CONCLUDED.

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [11/25/2019 - LAMBERT, AUBREY]PRESCREEN COMPLETE. FI ERISA LTD CLAIM 8764447 FILED 10/29/18 (PER ASSOC STD CLAIM 6110673). AUTH AND JD IN DOC LIST. CODING IS ACCURATE. CLAIM CLOSED NOT TD OWN OCC - LETTER DATED 5/18/19. 180 DAY APPEAL PERIOD. APPEAL DEADLINE 11/13/19. ATTY APPEAL LETTER DATED AND RECEIVED 11/14/19. ON APPEAL RECEIVED LETTER FROM CHIRO DATED 10/8/19. AA SENT ACK LETTER TO ATTY AND ASSIGNED TO LTD ARC JANELLE PAINE.

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Appeal
Other Subject : REFERRAL RCVD
Text: [11/21/2019 - LAMBERT, AUBREY]ASSIGNED TO AUBREY LAMBERT

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 11/20/2019 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**ote**

Claim/Event/Leave: 8764447
NoteSubject : Called Other
Other Subject : ATTRNY MCKAY
Text: [11/20/2019 - GAYLE, TAMARA]CALLED EE'S ATTRNY MCKAY AND SPOKE WITH MADDIE WHO ADVISED MR. MCKAY WAS NOT IN THE OFFICE. DCM LM WITH MADDIE ADVISING THAT LTR OF REP AND APPEAL LTR HAVE BEEN RECEIVED AND SUBMITTED TO ARU AND SOMEONE FROM ARU WILL CONTACT AND F/UP ON APPEAL. DCM THANKED MADDIE AND C/E

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Appeal
Other Subject : ARU
Text: [11/20/2019 - GAYLE, TAMARA]CLAIM SCORED TO ARU.

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [11/20/2019 - FITZGERALD, JOEL]AGREE WITH REFERRAL TO ARU. CLMT IS A 55 Y/O MALE WITH MEDIUM PDL PER OA, OCC = PACKAGER, MACHINE (JOB TITLE = CHEMICAL OPERATOR) WITH A DIAGNOSIS OF LOW BACK PAIN RELATED TO A LUMBAR DISC HERNIATION & REPORTED BILAT LEG PAIN. PRIOR INJURY YEARS AGO REPORTED: CLMT FELL OUT OF A TREE. CLAIM CLOSED NOT TD OWN OCC. 5/9/19 CP REVIEW CONCLUDED AFTER CAREFUL REVIEW OF FILE THAT CLMT HAD REACHED MMI AND NOT IN NEED OF CHIRO CARE SINCE REACHING MMI, ANY ONGOING CARE WOULD BE PALLIATIVE IN NATURE. RECORDS DID NOT DETAIL A SPECIFIC CHIRO CARE PLAN OR ANTICIPATED D/C DATE. CHRONIC CONDITIONS SUCH AS THESE DO NOT RESPOND ANY LONGER TO CONSERVATIVE CHIRO CARE AND IT WOULD BE ANTICIPATED THAT IF PAIN PERSISTED, CARE WOULD BE ESCALATED, SUCH AS REFERRAL TO NEUROSURGEON FOR EVALUATION/CONSULT. CP CONCLUDED THERE IS A LACK OF CLINICAL DOCUMENTATION TO SUPPORT ONGOING IMPAIRMENT / NEED FOR R&LS. RECORDS LACK SIGNIFICANT CLINICAL DOCUMENTATION TO SUBSTANTIATE THIS NEED. ATTY LTR RCVD REQUESTING APPEAL INDICATING PAIN IS PREVENTING CLMT FROM WORK CAPACITY AND CLMT HAS ONGOING CHIROPRACTIC TREATMENT PLANNED. APPEAL INCLUDES 10/8/19 LTR FROM CHIROPRACTOR DR. CARTER SMITH INDICATING HE RECOMMENDS CLMT CONTINUE ROUTINE MONTHLY CARE AND REFRAIN FROM PROLONGED SITTING AND LIFTING; HOWEVER THE INFO SUBMITTED UPON APPEAL DOES NOT OFFER ANY EXAM FINDINGS OR INDICATION OF ESCALATION IN CARE EXPECTED FOR PERSISTENT CHRONIC PAIN AND THEREFORE, THE INFO DOES NOT CHANGE THE OPINION FROM ORIGINAL NTD OO CLAIM DETERMINATION. REFERRAL TO ARU IS APPROPRIATE.

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Appeal
Other Subject : REFER TO MGR
Text: [11/20/2019 - GAYLE, TAMARA]LETTER RECEIVED FROM EE'S ATTRNY FOR APPEAL WITH NO ADDITIONAL MR TO REVIEW FOR CONTINUED SUPPORT. REFER TO MANAGER

REVIEW FOR CONTINUED SUPPORT. REFER TO MANAGER.

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/03/2019 - HERTERICH, KIMBERLY]INVOICE RECEIVED ON 10/03/2019 AND DATED 05/09/2019 FROM RELIABLE REVIEW SERVICES. INV #37369-1 , IN THE AMOUNT OF $472.50 FOR PEER REVIEW. INVOICE PAID IN FULL.

**ote**
Claim/Event/Leave: 8764447
NoteSubject : Called EE
Other Subject : FAX LTR
Text: [05/23/2019 - GAYLE, TAMARA]CALLED EE IN REGARDS TO LTR FAXED. LVM FOR EE TO RTC TO ENSURE FAX WAS RECEIVED.

**ote**
Claim/Event/Leave: 8764447
NoteSubject : EE Called
Other Subject : FAX CLOSURE LTR
Text: [05/23/2019 - GAYLE, TAMARA]EE CALLED WANTING DCM TO FAX COPY OF CLOSURE TO EE. DCM ADVISED EE THAT WILL IN ABOUT AND HOUR. EE WANTED FAX TO BE COMPLETED IMMEDIATELY AND DCM ADVISED EE THAT DCM IS IN THE PROCESS OF CLAIM ASSISTANCE FOR ANOTHER CLAIMANT.

**ote**
Claim/Event/Leave: 8764447
NoteSubject : EE Called
Other Subject : ACD
Text: [05/23/2019 - ABBINANTE, ANGELA]EE CALLED AND REQ DENIAL PAPERWORK BE SENT TO HIM AT FAX (251) 344-8833 ASAP AND WOULD LIKE A CALL BACK

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/22/2019 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 05/07/2019 AND DATED 05/06/2019 FROM SHARECARE HEALTH DATA SERVICES, LLC. INV #REBXB1 , IN THE AMOUNT OF $17.43 FOR MEDICAL RECORDS FROM UROLOGY AND ONCOLOGY SPECIALISTS INVOICE PAID IN FULL

**ote**
Claim/Event/Leave: 8764447
NoteSubject : EE Called
Other Subject : PAYMENT
Text: [05/21/2019 - GAYLE, TAMARA]EE CALLED IN REGARDS TO CHECK RECEIVED. EE WANTED TO ADVISE THAT HE RECEIVED A CHECK AND IF LTD IS BEING PAID. DCM, ADVISED THAT CHECK RECEIVED WAS FOR HIS LTD PAYMENT THROUGH HIS LTD CLOSURE DATE. EE WANTED TO KNOW IF WEARE STILL PAYING HIS LTD AND DCM ADVISED THAT SHOULD EE APPEAL AND APPEAL DECISION IS TO RE-OPEN THEN BENEFITS WOULD BE REINSTATED AT THAT TIME. EE UNDERSTOOD AND THANKED DCM.

**ote**
Claim/Event/Leave: 8764447
NoteSubject : EE Called
Other Subject : RTC
Text: [05/17/2019 - GAYLE, TAMARA]EE RTC TO DCM. EE STATED THAT HE WAS NOT ABLE TO GET TO PHONE WHEN DCM CALLED. DCM ADVISED EE THAT BASED ON MEDICAL RECORDS REVIEWED BY A {HYSICIAN BOARD CERTIFIED CHIRO THERE IS NO SUPPORTED RECORDS THAT EE IS TOTAL DISABLED FROM OWN OCC AND LETTER ADVISING EE OF THE DECISION WILL BE SENT IN MAIL. EE STATED THAT HE IS DISABLED AND HAVE PAID INTO LTD BENEFITS AND DOES NOT UNDERSTAND. EE ASKED IF WE RECEIVED RECORDS FROM EE'S ORTHOPEDIC AND DCM ADVISED THAT ALL MEDICALRECORDS FROM DR SMITH AND ALABAMA ORTHOPEDIC HAVE BEEN REVIEW. DCM ADVISED EE THAT HE DOES HAVE THE RIGHT TO APPEAL WITHIN 180 DAYS AND EE STATED THAT HE WILL AWAIT LETTER. EE HAD NFQ. EE THANKED DCM

**ote**
Claim/Event/Leave: 8764447
NoteSubject : Called EE
Other Subject : CLAIM UPDATE
Text: [05/17/2019 - GAYLE, TAMARA]CALL EE IN REGARDS TO CLAIM UPDATE. MAILBOX FULL. DCM COULD NOT LVM.

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [05/16/2019 - SULLIVAN, BRIAN]AGREE WITH RECOMMENDATION BASED UPON CLINICAL REVIEW COMPLETED.

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : MENTOR REVIEW
Text: [05/16/2019 - THOMAS, JASON]AGREE WITH RECOMMENDATION TO CLOSE CLAIM BASED ON NO SUPPORTED RLS

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Closed
Other Subject : RECOMMEND CLOSURE
Text: [05/15/2019 - GAYLE, TAMARA]BASED ON RECENT CP/PEER REVIEW 5/9/19 THERE IS A LACK OF CLINICAL DOCUMENTATION TO SUPPORT THE IMPAIRMENT. THIS MEDICAL CONDITION DOES NOT SUPPORT IMPAIRMENT AND/OR THE NEED FOR RESTRICTIONS AND/OR LIMITATIONS FROM 02/08/2019 TO 03/28/2019. THERE IS A LACK OF SIGNIFICANT CLINICAL DOCUMENTATION TO SUBSTANTIATE THE DISABILITY CLAIM BEING REQUESTED AT THIS TIME. ***DCM RECOMMEND TO CLOSE***

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : ADD DD
Text: [05/14/2019 - WRIGHT, PATRICIA]ADDED ACCT ROUTING

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Ref to Other
Other Subject : DD
Text: [05/14/2019 - GAYLE, TAMARA]SENT DD TO JORDAN HOLTZ

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Ref to Other
Other Subject : INVOICE
Text: [05/07/2019 - GAYLE, TAMARA]SENT INVOICE FOR MR TO JAMES BEST

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [05/02/2019 - MONAHAN, JAQUELINE]SET UP SCHEDULED PAYMENT BASED ON ELIG FILE DTD 10/22/18 INDICATES ANNUAL $67,206.00 / 12 MOS = $5600.50 BME. THE BENEFIT IS 66.67% OR $3,733.85. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/30/2019 - REFERRED TO RELIABLE REVIEW SERVICES FOR PEER REVIEW.

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : MR REVIEW
Text: [04/30/2019 - GAYLE, TAMARA]SENT MR FOR FILE REVIEW TO RELIABLE REVIEW SERVICES FOR PEER REVIEW.

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Ref to Other
Other Subject : CRT
Text: [04/25/2019 - GAYLE, TAMARA]REFERRED FOR CRT REVIEW.

**ote**
Claim/Event/Leave: 8764447
NoteSubject : EE Called
Other Subject : RTC DCM
Text: [04/24/2019 - GAYLE, TAMARA]EE RTC TO DCM DUE TO DROP CALL. EE STATED THAT PER PROVIDER THEY SENT REQUEST FOR PAYMENT FOR RELEASE OF MR. DCM ADVISED EE THAT WE HAVE NOT RECEIVED AN INVOICE FOR PAYMENT AND IS NOT SURE IF PROVIDER SENT INFO CORRECTLY.DCM ADVISED EE THAT PER OUR PREVIOUS CONVERSATION EE STATED HE GAVE PROVIDER CORRECT FAX NUMBER AND PHONE NUMBER. DCM DVISED EE THAT HE CAN ALSO ASK FOR THOSE RECORDS HIMSELF AND FAX TO DCM . EE STATED THAT HE WILL TRY TO GET RECORDS FROM PROVIDER.DCM INFORMED EE THAT WE DO NEED THOSE UPDATED RECORDS SINCE BENEFITS COULD BE SUSPENDED. EE UNDERSTOOD.

**ote**
Claim/Event/Leave: 8764447
NoteSubject : Called EE
Other Subject : MR HUGHES

Other Subject : MR HUGHES
Text: [04/24/2019 - GAYLE, TAMARA]CALLED EE TO ADVISED THAT WE HAVE NOT RECEIVED MR FROM DR HUGHES. DCM WAS DISCONNECTED FROM CALL AND WAS NOT ABLE TO GET AHOLD OF EE AS NUMBER WAS BUSY. DCM TO F/UP MORE.

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : VNDR PMT
Text: [04/22/2019 - THEOFRASTOU, ELIZABETH]INVOICE REC'D 4/17/19, FROM LMMC, INVOICE #5700810/1116542, IN THE AMT OF $157.38 FOR OCCUPATIONAL ANALYSIS BY JESSICA DOUGHERTY. INVOICE PAID IN FULL

**ote**
Claim/Event/Leave: 8764447
NoteSubject : Called EE
Other Subject : APPROVAL LTR
Text: [04/17/2019 - GAYLE, TAMARA]CALLED EE TO ADVISE ON APPROVAL AND LTR INITIAL FORMS AND APPROVAL LTR SENT TO EE. DCM ADVISED EE THAT HE WILL NEED TO COMPLETE AND RETURN VIA MAIL OR FAX. DCM ADVISED EE THAT CLAIM IS SUPPORTED ONGOING ON THE BASIS OF EE'S MR SHOWING SUPPORT TO DB. EE UNDERSTOOD AND HAD NFQ.

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [04/17/2019 - SULLIVAN, BRIAN]AGREE WITH ANALYSIS, RECOMMENDATION, AND ACTION PLAN.

**ote**
Claim/Event/Leave: 8764447
NoteSubject : EE Called
Other Subject : DR HUGHES MR
Text: [04/17/2019 - GAYLE, TAMARA]EE CALLED TO FINDOUT IF DCM RECEIVED COPY OF MR FROM DR HUGHES. DCM ADVISED THAT HAVE NOT RECEIVED. EE STATED THAT HIS LOV 4/16/19 AP HAD INCORRECT FAX NUMBER AND ASKED AP TO SEND TO CORRECT FAX NUMBER EE GAVE. EE STATES HE WILL FOLLOW UP TO MAKE SURE FAX IS SENT. DCM THANKED.

**ote**
Claim/Event/Leave: 8764447
NoteSubject : EE Called
Other Subject : ACD
Text: [04/17/2019 - KAYLOR, ROBERT]EE CALLED TO SEE IF RECORDS FROM DR. HUGHES HAD ARRIVED. ADVISED THE AP FAXED THEM YESTERDAY 4/16/19. DCM ADVISED DID NOT SEE THEM IN CLAIM YET BUT WILL NEED TO REFER TO ADCM TO SEE IF THEY WERE FAXED DIRECTLY TO HER. EETHANKED, CALL TRANSFERRED

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : MENTOR REVIEW
Text: [04/17/2019 - THOMAS, BRETT]AGREE WITH APPROVAL REFERRAL NOTE FROM 4/12 AS UPDATED OA RCVD NOTING MEDIUM OCC AND CCS RLS SUPPORT LESS THAN MEDIUM RLS.[04/17/2019 - THOMAS, BRETT]**PROFILE CONFIRMS ELIGIBILITY FEED IN S1 HAS BEEN APPROVED SINCE 2012

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : VOC INVOICE
Text: [04/17/2019 - GAYLE, TAMARA]SENT INVOICE TO JAMES BEST.

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Action Plan
Other Subject : RTW OO JULY 2019
Text: [04/17/2019 - GAYLE, TAMARA]EE IS A 54 Y/O CHEMICAL OPERATOR-PRESUMED MED OCC-OA LDW: 10/28/18, DOD: 10/29/18, BBD: 4/29/19, CID: 4/28/21. -DX: NECK AND LOW BACK PAIN. R/LS OF OCCASIONAL BENDING TWISTING, AND NO LIFTING GREATER THAN 20 POUNDSFROM DODTHROUGH FIRST WEEK OF MAY PER CCS 4/12/19. DUE TO R&L'S AND CCS REVIEW DCM FINDS REASONABLE EE WILL REMAIN IMPAIRED THROUGH LTD BBD.***ACTION PLAN DCM TO GET UPDATED MEDICAL RECORDS FROM AP AND GET CHIRO DESK CONSULT**

**C ote**
Claim/Event/Leave: 8764447
NoteSubject : Voc Rehab
Other Subject : OA COMPLETED
Text: [04/17/2019 - DOUGHERTY, JESSICA]REPORT COMPLETED AND POSTED DIRECTLY TO SYSTEMONE, ALONG WITH INVOICE NO FURTHER VCM ACTIVITY.

**C ote**
Claim/Event/Leave: 8764447

Claim/Event/Leave: 8764447
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 4/16/2019-REFERRAL RECEIVED BY VCM AND ASSIGNED TO DOUGHERTY, JESSICA. CLAIM/AS EVENT IS PENDING REVIEW.

**ote**

Claim/Event/Leave: 8764447
NoteSubject : EE Called
Other Subject : EMAIL RECEIVED
Text: [04/15/2019 - GAYLE, TAMARA]EE'S HUSBAND CALLED STATING THAT HE RECEIVED AN EMAIL STATING THAT REQUEST FOR RECORDS WERE RECEIVED. DCM ADVISED THAT THIS MAY BE FROM EE'S PROVIDER AND TO FOLLOW UP WITH THEM ON THE EMAIL SENT AS THIS WAS NOT SENT FROM DCM. DCM ADVISED SPOKE WITH DR. GOLDBERG'S OFFICE THIS MORNING AND THEY STATED THAT REQUEST FOR MR WAS PENDING. EE'S HUSBAND ALSO ASKED ABOUT TAXES AND DCM ADVISED THAT ONCE MR IS RECEIVED AND DB IS SUPPORTED WE CAN MAKE DETERMINATION AND IF APPROVEDTAXES WOULD BE EE'S RESPONSIBILITY HOWEVER DCM WILL PROVIDE TAX FORM FOR EE TO COMPLETE AND RETURN. EE'S HUSBAND EANTED TO KNOW IF THAT IS NOT CONSIDERED DB SO THERE NOT TAXED AND DCM ADVISED THAT THIS IS AN INCOME REPLACEMENT AND IS TREATED AS IF EEWAS AT WORK. NFQ[04/16/2019 - GAYLE, TAMARA] ***DISREGARD NOTE**** NOTE FOR A DIFFERENT CLAIM***

**ote**

Claim/Event/Leave: 8764447
NoteSubject : EE Called
Other Subject : DR. HUGHES
Text: [04/15/2019 - GAYLE, TAMARA]EE RTC TO ADVISED ON DR HUGHES'S RECORDS EE INFORMED THAT HE WAS INFORMED THAT HE WAS GIVEN THE OPTION TO GET SHOT OR EITHER GET SX AND EE STATED THAT HE WANTED TO GET SHOTS BUT WAS ABLE TO GET BECAUSE EE WAS INFORMED THATHE HAD TO PAY FOR SHOT. DCM ADVISED EE WILL NEED TO GET UPDATED MR FROM DR HUGHES AND ORTHOPEDIC. EE STATED THAT HE WILL FOLLOW UP TO GET UPDATED RECORDS. EE STATED THAT HE WAS AWARDED SSDB AND DCM ADVISED THAT EE WILL NEED TO FAX A COPY OF AWARD LTR TO APPLY OFFSET.

**ote**

Claim/Event/Leave: 8764447
NoteSubject : EE Called
Other Subject : STATUS
Text: [04/15/2019 - GILMORE, KARLYN]CALL FROM EE REQUESTING STATUS OF PAYMENT, ADVISED OF APPROVAL AND CONFIRMED OFFICE PHONE/EXT FOR FURTHER QUESTIONS. NFQ

**ote**

Claim/Event/Leave: 8764447
NoteSubject : Called EE
Other Subject : UPDATED MR HUGHES
Text: [04/15/2019 - GAYLE, TAMARA]CALLED EE TO INFORM OF MR NOT RECEIVED FROM AP HUGHES. PHONE RANG AND THEN WAS DISCONNECTED.

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/12/2019 - REFERRED TO CONSULTING PHYSICIAN FOR CLAIM CONSULT - MEETING ATTENDANCE ONLY.

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO JAQUELINE MONAHAN.

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: INITIAL CALC PAYMENTS

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 4/12/2019 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Ref to Other
Other Subject : PSU
Text: [04/12/2019 - GAYLE, TAMARA]SCORE PAYMENT TO PSU FOR INITIAL CALCS

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : MENTOR REVIEW
Text: [04/12/2019 - THOMAS, BRETT]WHILE CLAIM IS LIKELY SUPPORTED, RECOMMEND TO WAIT FOR OA TO COME BACK TO CONFIRM OCC IS MEDIUM AND IF SO THEN AGREE TO PROCEED WITH APPROVAL

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Action Plan
Other Subject : RTW JULY 2019
Text: [04/12/2019 - GAYLE, TAMARA]EE IS A 54 Y/O CHEMICAL OPERATOR-PRESUMED MED OCC-OA PENDINGLDW: 10/28/18, DOD: 10/29/18, BBD: 4/29/19, CID: 4/28/21. -DX: NECK AND LOW BACK PAIN. R/LS OF OCCASIONAL BENDING TWISTING, AND NO LIFTING GREATER THAN 20 POUNDSFROM DOD THROUGH FIRST WEEK OF MAY PER CCS 4/12/19. DUE TO R&L'S AND CCS REVIEW DCM FINDS REASONABLE EE WILL REMAIN IMPAIRED THROUGH LTD BBD.***ACTION PLAN DCM TO GET UPDATED MEDICAL RECORDS FROM AP AND GET CHIRO DESK CONSULT*****

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Approved
Other Subject : REFER TO MENTOR
Text: [04/12/2019 - GAYLE, TAMARA]EE IS A 54 Y/O CHEMICAL OPERATOR-PRESUMED MED OCC-OA PENDINGLDW: 10/28/18, DOD: 10/29/18, BBD: 4/29/19, CID: 4/28/21. -DX: NECK AND LOW BACK PAIN. R/LS OF OCCASIONAL BENDING TWISTING, AND NO LIFTING GREATER THAN 20 POUNDSFROM DOD THROUGH FIRST WEEK OF MAY PER CCS 4/12/19. DUE TO R&L'S AND CCS REVIEW DCM FINDS REASONABLE EE WILL REMAIN IMPAIRED THROUGH LTD BBD. REFER TO MENTOR FOR APPROVAL.

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Ref to Voc Rehab
Other Subject : OA
Text: [04/12/2019 - GAYLE, TAMARA]REFERRED TO VOC FOR OA

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : PMR CCS
Text: [04/12/2019 - MULLEN, AIMEE]CLAIM REVIEWED IN PMR CCS WITH DR. RESTREPO-GARTNER. LDW: 10/28/18, DOD: 10/29/18, BBD: 4/29/19, CID: 4/28/21. EE IS A 54 Y/O CHEMICAL OPERATOR-PRESUMED MED OCC-OA PENDING-DX: NECK AND LOW BACK PAIN. R/LS OF OCCASIONAL BENDING TWISTING, AND NO LIFTING GREATER THAN 20 POUNDS FROM DOD THROUGH FIRST WEEK OF MAY. RECOMMEND OBTAINING UPDATED RECORDS AND CONSIDER DESK CONSULT WITH CHIROPRACTIC CP.

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : LTR to EE
Other Subject : ERISA
Text: [04/11/2019 - GAYLE, TAMARA]SENT ERISA 1ST EXT LTR TO EE ADVISING OF ADDITIONAL DAYS NEEDING TO MAKE DECISION.

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Ref to Other
Other Subject : CCS
Text: [04/10/2019 - GAYLE, TAMARA]REFERRED CLAIM, FOR CCS CONSULT 4/12/19

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Med Records Rcvd
Other Subject : OVN R&L'S TX PLAN
Text: [04/05/2019 - GAYLE, TAMARA]RECEIVED OVN, R&L'S AND TX PLAN FROM DR SMITH. SEE DOC LIST

**ote**

Claim/Event/Leave: 8764447
NoteSubject : Called EE
Other Subject : UPDATED RECORDS
Text: [04/03/2019 - GAYLE, TAMARA]CALLED EE AND INFORMED HIM OF NEW CM AND TO FIND OUT ABOUT UPDATED RECORDS. DCM ADVISED THAT RECORDS SENT PREVIOUSLY DID NOT HAVE ANY NOTATION OF R&L'S OR DURATION. ADVISES EE THAT WE SPOKE WITH DR'S OFFICE AND WAS INFORMED THAT INFORMATION WILL BE GIVEN TO DR TO UPDATE AND FAX OVER. DCM ADVISED THAT INFORMATION HAS NOT BEEN RECEIVED AND EE STATED HE IS HEADING TO CHIRO FOR AN OV AND WILL FOLLOW UP WITH OFFICE. DCM THANKED.

**C ote**

Claim/Event/Leave: 8764447

Claim/Event/Leave: 8764447
NoteSubject : Other
Other Subject : MGR 35 DAY REVIEW
Text: [04/03/2019 - SULLIVAN, BRIAN]PENDED FILE REVIEWED THIS DATE. AWAITING CLINICAL REVIEW FOR DETERMINATION.

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Med Records Rcvd
Other Subject :
Text: [03/27/2019 - GAYLE, TAMARA]RECEIVED UPDATED MEDICAL FROM DR SMITH 2/15/19-3/21/19

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Action Plan
Other Subject : DETERMINE LIABILITY
Text: [03/06/2019 - QUINTO, SCOTT]A. JONES. 54 YO MALE. LDW: 10/28/2018. DOD: 10/29/2018. BBD: 04/29/2019. CID: 04/28/2021. OCC: CHEMICAL OPERATOR. DX: LOW BACK PAIN. STD CLAIM CURRENTY ON N&P. ACTION PLAN: ONCE UPDATED MEDICAL RECD, REVIEW FOR ONGOING REVIEW OF STD CLAIM. LTD INTERVIEW COMPLETED. LTD FORMS RECD FEB 2019.

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : LTR to EE
Other Subject : LTD ACK
Text: [03/06/2019 - QUINTO, SCOTT]LTD ACK LTR MAILED TO EE

**ote**

Claim/Event/Leave: 8764447
NoteSubject : Initial EE Interview
Other Subject : COMPLETED
Text: [03/01/2019 - QUINTO, SCOTT]LDW: 10/28/18. DOD: 10/29/2018. EE INITIALLY WENT OUT OF WORK AND BUILT UP OVER TIME AND PINCHED NERVE SHOOTING PAIN DOWN LEGS. EE ALSO WITH BONE SPURS. EE REPORTS INITIALLY HE WAS TREATING WITH DR. SHELL BUT STARTINGANOTHER PROVIDER AT ALABAMA ORTHO. EE WAS SCHEDULED FOR 2/21/19 SHOT BUT DELAYED UNTIL HE HAS MONEY. EE ALSO TREATING WITH CHIRO AS OF YESTERDAY. DR. CARTER SMITH IS ALSO TREATING FOR BACK. EE WAS REFERRED TO UROLOGIST WITH DR. HUGHES 251.343.9090 FAX:.251.380.1015 AND ULTRASOUND 3/7/19. EE HAS NO ERTW BY 4/29/19. ***MARRIED BUT SEPARATED AT THIS TIME. 1 CHILD. RIGHT HANDED. 6 275LBS. NONSMOKER. *** CHEMICAL OPERATOR. EE HAD TO LIFT 50+ AND OVER. HEAVY DRUMS. HS EDUCATION. NOMILITARY EXPERIENCE. NO OTHER JOBS OR BUSINESS. NO OTHER INCOME. *** PROVIDED LTD INFORMATION, EXPLAINED LTD EP AND THE BENEFIT %, ADVISED SENDING OR HAVE SENT FORMS, EXPLAINED THE DCM ROLE, EXPLAINED THE CLAIM PROCESS, NO ADDITIONAL INFORMATION OR ANY QUESTIONS

**ote**

Claim/Event/Leave: 8764447
NoteSubject : Initial EE Interview
Other Subject : ATTEMPT 1
Text: [02/26/2019 - QUINTO, SCOTT]LEFT MSG WITH WOMAN ADVISING OF REQ FOR RETURN CALL

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Job Description
Other Subject : CHEMICAL OPERATOR
Text: [02/26/2019 - QUINTO, SCOTT]JD IN DOC LIST 2/4/19

**C ote**

Claim/Event/Leave: 8764447
NoteSubject : Initial Entry
Other Subject : LAST EXTENSION NOTE
Text: [02/26/2019 - QUINTO, SCOTT]02/07/2019 - POWELL, KRYSTAL EXTENDED CLAIM THRU 2/20/19, REASONABLE TO EXTEND CLAIM ADDITIONAL 2 WEEKS FOR RECOVERY DUE TO INJECTION. IF NO RTW UPDATED MEDICAL NEEDED FOR REVIEW

**ote Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

**Claim ve t eave m er** 6110673 **ommo atio m er**

**ote t pe**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec ●

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Closed
Other Subject : MAX DUR LTD
Text: [04/17/2019 - GAYLE, TAMARA]LDW: 10/28/18, DOD: 10/29/18, BBD: 4/29/19, CID: 4/28/21. EE IS A 54 Y/O CHEMICAL OPERATOR-PRESUMED MED OCC-OA SEE DOC LIST -DX: NECK AND LOW BACK PAIN. R/LS OF OCCASIONAL BENDING TWISTING, AND NO LIFTING GREATER THAN 20 POUNDS FROM DOD THROUGH FIRST WEEK OF MAY. DCM FINDS IT REASONABLE TO EXT AND CLOSE STD CLAIM BASED ON PM&R CCS 4/12/19 WITH R&LS SUPPORTED TO THE FIRST WEEK OF MAY PASS STD MBD.

**ote**
Claim/Event/Leave: 6110673
NoteSubject : AP Called
Other Subject : UROLOGY AND ONCOLOGY
Text: [04/16/2019 - BOSTICK, KHANDIS]EE CALLED AP TO ADVISE WE HAVEN'T RECVD MEDICAL. ADVISED WE RECVD INVOICE ON 4/8 AND PAID ON 4/10 VIA MAIL. WE ALLOW STANDARD TIME FOR PROCESSING. STATES WILL CONTACT EE TO ADVISE.

**ote**
Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject : UPDATE
Text: [04/16/2019 - THOMPSON, LATISHA]EE STATED HIS AP HUGHES WILL BE FAXING MEDICAL RECORDS TO ADCM TODAY

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Other
Other Subject : SCHEDULED PYMNT
Text: [04/11/2019 - GAYLE, TAMARA]UPDATED SCHEDULED PAYMENT TO REFLECT APPROVED THROUGH DATE AS R&L'S SUPPORT THROUGH 4/25/19

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/10/2019 - MITCHELL, CATHERINE]INVOICE DATED 4/8/2019___ FROM SHARECARE, LLC. INV #R6YD2-1 ___ , IN THE AMT OF $ 24.18 FOR MEDICAL RECORDS FROM UROLOGY & ONCOLOGY . INVOICE PAID IN FULL.

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Other
Other Subject : MR INVOICE
Text: [04/09/2019 - GAYLE, TAMARA]SENT MR INVOICE TO JAMES BEST.

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Other
Other Subject : MENTOR REVIEW
Text: [04/09/2019 - THOMAS, BRETT]AGREE WITH EXTENSION BASED ON SUPPORTED MDS REVIEW AND CAN SEE ABOUT PM&R CCS FOR LTD AND CONFIRM IF ANY RLS WOULD SUPPORT BEYOND FOR LTD DETERMINATION

**C ote**
Claim/Event/Leave: 6110673

NoteSubject : Extended Benefits
Other Subject : REFER TO MENTOR
Text: [04/09/2019 - GAYLE, TAMARA]54YOM CHEMICAL OPERATOR, MAX AMOUNT LIFT/PUSH/PULL 55LBSLDW 10/28/18, DOD 10/29/18, EE OUT OF WORK DUE TO SHOOTING PAIN IN LEGS AND NECKS. BASED ON NCM REVIEW OF CHIROPRACTIC LOV 3/20/19 R&L'S OF OCCASIONAL WALKING/SITTING, NO FORWARD BENDING, OCCASIONAL LIFT PUSH, PULL AND CARRY NO MORE THAN 10 LBS ARE REASONABLY SUPPORTED FROM 3/20/19 THROUGH 4/25/19{NOV WITH AP SMITH}. ***ACTION PLAN WILL FOLLOW UP WITH AP SMITH CHIROPRACTOR FOR UPDATED R&L'S AND ONGOING TX PLAN.UPDATE ADDITIONAL TREATING PROVIDERS*** REFER TO MENTOR FOR EXT

**ote**

Claim/Leave: 6110673
Episode #: 1
Nurse Name: GRAY, TASHIA
Service #: 16744707
Service Date: 04/09/2019
Activity: SUMMARY, FINAL CASE SUMMARY
Contact Information: CLAIMS, TAMARA, GAYLE
Note Type: INFORMATION OBTAINED DESC
Text: CONTACT WITH AP DONAHUE UNSUCCESSFUL AND LETTER NOT RETURNED AT THIS TIME. DISCUSSED CLAIM AND NCM ACTIVITIES WITH DCM. BASED ON RECORDS AVAILABLE FOR REVIEW AND CLARIFICATION OF IMPOSED RESTRICTIONS FROM AP SMITH, R/LS OF NO BENDING AND NO LIFTING MORE THAN 10 LBS ARE REASONABLY SUPPORTED FROM 3/20/19 THROUGH REEXAMINATION WITH AP SMITH WHICH IS OUTLINED TO OCCUR IN 3 WEEKS PER LETTER DATED 4/4/19{ AROUND 4/25/19}. THIS IS TO ALLOW FOR ONGOING TREATMENT AND REEVALUATION. IT IS ADVISED THAT DCM SECURE UPDATED RECORDS ALONG WITH AN UPDATED RESTRICTIONS FORM FOR FROM AP SMITH AND ANY UPDATED RECORDS FROM ADDITIONAL TREATING PROVIDERSTO DETERMINE THE NEED FOR ONGOING R/LS. PER DCM NO FURTHER NCM ACTIVITY REQUIRED. WILL REMOVE FROM ASSIGNMENT.

**ote**

Claim/Leave: 6110673
Episode #: 1
Nurse Name: GRAY, TASHIA
Service #: 16744702
Service Date: 04/09/2019
Activity: NURSE REVIEW, MEDICAL RECORDS REVIEW
Contact Information: PROVIDER, CARTER, SMITH
Note Type: INFORMATION OBTAINED DESC
Text: LETTER RECEIVED FROM AP SMITH THAT OUTLINED EE REPORTS OF PAIN 6/10{PAIN SCALE 0-10, WITH 10 BEING THE MOST SEVERE} THAT IS AGGRAVATED BY WALKING, STANDING, BENDING, SITTING AND CERVICAL ROM. RESTRICTIONS OF NO LIFTING AND BENDING ARE OUTLINED THROUGH REEXAMINATION WHICH IS SCHEDULED IN 3 WEEKS. IT IS ALSO NOTED THAT THE EE REPORTS BETTER RESPONSE WITH CHIROPRACTIC AND PHYSIOLOGICAL THERAPEUTICS.

**ote**

Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject : ACD CALL
Text: [04/08/2019 - JONES, KATIE]EE CALLED ASKING IF MEDICAL RECORDS HAVE COME IN FOR HIS EXT. INFORMED EE THA ADCM IS STILL WAITING ON MEDICAL RECORDS FOR EXT. ADCM WILL CALL ONCE RECEIVED AND I WILL RELAY MESSAGE TO ADCM IN CASE ANY F/U IS NEEDED.

**C ote**

Claim/Event/Leave: 6110673
NoteSubject : Other
Other Subject : MENTOR REVIEW
Text: [04/05/2019 - THOMAS, BRETT]DISAGREE AND WOULD RECOMMEND TO WAIT ON EXTENSION UNTIL NCM HAS REACHED AP OFFICE TO DISCUSS OR REVIEWED ADDITIONAL INFO RCVD TO CONFIRM IF RLS REMAIN SUPPORTED. SUGGEST TO CONTACT NCM WITH EMAIL AND ADV OF ADDITIONAL INFOADDED TO CLAIM FILE TO SEE IF IT SUPPORTS FURTHER IMPAIRMENT AS SHE IS ATTEMPTING TO REACH AP FOR VERBAL DISCUSSION AS WELL.

**C ote**

Claim/Event/Leave: 6110673
NoteSubject : Extended Benefits
Other Subject : REFER TO MENTOR
Text: [04/05/2019 - GAYLE, TAMARA]54YOM CHEMICAL OPERATOR, MAX AMOUNT LIFT/PUSH/PULL 55LBSLDW 10/28/18, DOD 10/29/18, EE OUT OF WORK DUE TO SHOOTING PAIN IN LEGS AND NECKS. BASED ON NCM REVIEW OF CHIROPRACTIC LOV 3/20/19 R&L'S OF OCCASIONAL WALKING/SITTING, NO FORWARD BENDING, OCCASIONAL LIFT PUSH, PULL AND CARRY UP TO 20 LBS BASED ON TX PLAN FROM AP SMITH OF 1- 2 TIMES PER WEEK FOR 3 WEEKS. DCM FINDS REASONABLE TO EXTEND BENEFITS TO 4/22/19. ****ACTION PLAN DCM TO F/UP WITH AP SMITH ON ANY NEW TXPLAN, ONGOING R&L'S IF ANY**** REFER TO MENTOR FOR EXT

**ote**

Claim/Leave: 6110673
Episode #: 1
Nurse Name: GRAY, TASHIA
Service #: 16743161

Service Date: 04/04/2019
Activity: LETTERS, PREPARE LETTERS
Contact Information: PROVIDER, DAVID, DONAHUE
Note Type: INFORMATION OBTAINED DESC
Text: PROVIDER PHONE CONTACT WAS UNSUCCESSFUL. TARGETED QUESTIONS LETTER PREPARED AND FAXED. PLAN TO AWAIT A RETURN FAX.

**ote**

Claim/Leave: 6110673
Episode #: 1
Nurse Name: GRAY, TASHIA
Service #: 16742246
Service Date: 04/03/2019
Activity: PHONE CONTACT, PHYSICIAN
Contact Information: PROVIDER, DAVID, DONAHUE
Note Type: INFORMATION OBTAINED DESC
Text: PLACED A 2ND CALL TO AP DONAHUE'S OFFICE AND LVM. PLAN TO AWAIT A RTC.

**C ote**

Claim/Event/Leave: 6110673
NoteSubject : Other
Other Subject : MENTOR REVIEW
Text: [04/03/2019 - THOMAS, BRETT]AGREE WITH STD EXTENSION TO 3/20/19 BASED ON MDS REVIEW IN DOC LIST AND AGREE WITH NCM FOLLOW UP AND MANAGEMENT TO CONTACT AP AS THEY ARE DOING TO OBTAIN UPDATE TO SEE ABOUT ONGOING IMPAIRMENT THAT MAY BE SUPPORTED .

**C ote**

Claim/Event/Leave: 6110673
NoteSubject : Extended Benefits
Other Subject : REFER TO MENTOR
Text: [04/02/2019 - GAYLE, TAMARA]54YOM CHEMICAL OPERATOR, MAX AMOUNT LIFT/PUSH/PULL 55LBSLDW 10/28/18, DOD 10/29/18, EE OUT OF WORK DUE TO SHOOTING PAIN IN LEGS AND NECKS. BASED ON NCM REVIEW OF CHIROPRACTIC LOV 3/20/19 R&L'S OF OCCASIONAL WALKING/SITTING, NO FORWARD BENDING, OCCASIONAL LIFT PUSH, PULL AND CARRY UP TO 20 LBS ARE REASONABLY SUPPORTED FROM 2/20/19 THROUGH 3/20/19{LOV WITH AP SMITH}. ***ACTION PLAN WILL FOLLOW UP WITH AP SMITH CHIROPRACTOR FOR UPDATED R&L'S AND ONGOING TX PLAN.***

**ote**

Claim/Leave: 6110673
Episode #: 1
Nurse Name: GRAY, TASHIA
Service #: 16741748
Service Date: 04/02/2019
Activity: PHONE CONTACT, PHYSICIAN
Contact Information: PROVIDER, ALABAMA, ORTHOPAEDIC CLINIC
Note Type: INFORMATION OBTAINED DESC
Text: PLACED A CALL TO OFFICE OF AP DONAHUE FOR CLINICAL UPDATE, TREATMENT PLAN ONGOING AND CLARIFICATION OF ONGOING R/LS. LVM ON THE NURSE LINE WITH CONTACT INFORMATION. PLAN TO AWAIT A RTC.

**ote**

Claim/Leave: 6110673
Episode #: 1
Nurse Name: GRAY, TASHIA
Service #: 16741735
Service Date: 04/02/2019
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, TAMARA, GAYLE
Note Type: INFORMATION OBTAINED DESC
Text: SEE NURSE MEMORANDUM IN DOC LIST

**ote**

Claim/Event/Leave: 6110673
NoteSubject : Called AP
Other Subject : TX PLAN R&L'S UPDATE
Text: [04/02/2019 - GAYLE, TAMARA]CALLED HANDS OF LIFE CHIROPRACTOR REHAB CENTER FOR CURRENT R&L'S CLARIFICATION AND TX PLAN GOING FORWARD. DR WAS NOT AVAILABLE SPOKE WITH NURSE WILLIE.

**C ote**

Claim/Event/Leave: 6110673
NoteSubject : Ref to Managed Care
Other Subject : LA REVIEW
Text: [03/27/2019 - GAYLE, TAMARA]54YOM CHEMICAL OPERATOR, MAX AMOUNT LIFT/PUSH/PULL 55LBSLDW 10/28/18, DOD 10/29/18, EE OUT OF WORK DUE TO SHOOTING PAIN IN LEGS AND NECKS. EE HAD MRI AND INFORMED THAT HE HAD BULGING DISCS. UPDATED MEDICAL IN DOC LIST FROMDR. SMITH. PLEASE ADVISE ON EE'S R&L'S AND FOR WHAT DURATION.

**ote**
Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject : ADCM
Text: [03/26/2019 - REEVE, CHRISTOPHER]EE CALLED TO SPEAK WITH ADCM. SUPPLIED CONTACT INFO FOR ADCM.

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Called AP
Other Subject : DR SMITH
Text: [03/26/2019 - GAYLE, TAMARA]CALLED DR SMITH TO CHECK TO SEE IF PREVIOUS REQUEST CAN BE RE-FAXED. PROVIDED NEW FAX # TO NURSE. NURSE ADVISED WILL BE FAXED EITHER 3/26/19 OR 3/27/19. DCM THANKED.

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Called AP
Other Subject : AP SMITH
Text: [03/26/2019 - GAYLE, TAMARA]CALLED AP SMITH TO CHECK ON UPDATED RECORDS REQUEST. SPOKE TO LILLY AT AP'S OFFICE WHO STATED THAT REQUEST WAS FAXED BACK ON 3/7/19. NO RECORDS SEEN IN DOC LIST.

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Called AP
Other Subject : AP HUGHES
Text: [03/26/2019 - GAYLE, TAMARA]CALLEED AP HUGHES TO VERIFY FAX NUMBER AND TO SEE IF REQUEST FOR MEDICAL RECORDS WERE RECEIVED AS DCM FAXED MULTIPLE COPIES. SPOKE WITH AMBER AT AP HUGHES'S OFFICE AND CONFIRMED THAT FAX WAS RECEIVED AND WILL BE PROCESSEDWITHIN 5 BUSINESS DAYS.

**ote**
Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject :
Text: [03/18/2019 - CHOUINARD, RAYMOND]EE C/IN FOR CLAIM STATUS - ADVISED NEED FOR AP HUGHES RECORDS AND EE STATED THEY WILL CALL OR GO DOWN TO OFFICE RE: AUTH FORM - DCM THANKED

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Called EE
Other Subject : DAY 21
Text: [03/18/2019 - QUINTO, SCOTT]LEFT MSG WITH LADY FOR EE TO RETURN CALL SO DCM CAN AVISE OF LACK OF RESPONSE FROM DR. HUGHES AND ALSO FOR TX UPDATE.

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Called AP
Other Subject : DR. HUGHES
Text: [03/18/2019 - QUINTO, SCOTT]OFFICE ADVISED DCM TO FAX REQ TO FAX: 251.380.1582. **REFAXED THIS DATE

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Med Records Rcvd
Other Subject : DR. SMITH
Text: [03/11/2019 - QUINTO, SCOTT]2/15/19-3/7/19 OVN

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [03/01/2019 - QUINTO, SCOTT] CONTACTED DR. HUGHES, AND DR. SMITH FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**ote**
Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject :
Text: [02/28/2019 - DELGADO, BRYANA]EE CALLED IN - REQUESTED ADCM CONTACT INFO, DCM PROVIDED - ADVISED STILL TXTING WITH AP CARTER SMITH - REFERRED TO UROLOGIST TO CHECK ON CYST ON KIDNEY (FOUND THRU MRI) - NOV: 3/7/19 WILL HAVE ULTRASOUND DONE; UROLOGIST:DR. HUGHES (DOES NOT HAVE P# BUT WILL C/B ONCE HE GETS P#) - DCM ADVISED WILL NOTIFY ADCM

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Med Records Rcvd
Other Subject : ALABAMA ORTHO

Text: [02/27/2019 - POWELL, KRYSTAL]PER AP NO RECORDS AVAILABLE BEYOND 2/7/19 AS 2/7/19 WAS WHEN EE WAS LAST SEEN

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Other
Other Subject : EE FORMS
Text: [02/27/2019 - QUINTO, SCOTT]CI, CSS, AQ, FI, SSRA, TEE, SEI, DL, AUTH

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Called AP
Other Subject : ALABAMA ORTHO
Text: [02/26/2019 - QUINTO, SCOTT]LEFT VM FOR MEDICAL RECORDS DEPT FOR STATUS OF MEDICAL RECORDS REQ. FAX: 251.410.3641 CONFIRMED. **REFAXED REQ THIS DATE

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Called EE
Other Subject : DAY 7
Text: [02/26/2019 - QUINTO, SCOTT]LEFT MSG REQUESTING RETURN CALL AND FOR LTD INTERVIEW

**ote**
Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject : VM
Text: [02/26/2019 - POWELL, KRYSTAL]EE CALLED AND LVM INFORMING THAT HE HAS A CYST ON HIS KIDNEY

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : STD Trans. LTD
Other Subject : LTD: 8764447
Text: [02/25/2019 - QUINTO, SCOTT]STD TRANSITIONED TO LTD: 8764447

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Other
Other Subject : FILE REVIEW
Text: [02/20/2019 - PARADISE, CAILYN]AGREE WITH ESC TO LTD

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Escalation
Other Subject : TO LTD
Text: [02/19/2019 - POWELL, KRYSTAL]MAX BEN 4/28/19, APPROVED THRU 2/20/19, DX LEG AND NECK PAIN. EE RECEIVED INJECTIONS THROUGHOUT CLAIM. POSSIBLE SX REFERRAL BUT NO SX SCHEDULED AS OF YET. CURRENT ACTION PLAN: EE TO GET ANOTHER INJECTION 2/22/19. UPDATEDFORMS SENT. JD ON FILE.

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Called AP
Other Subject : ALABAMA ORTHO
Text: [02/19/2019 - POWELL, KRYSTAL]CALLED AP OFFICE BUT WAS ON HOLD FOR OVER 5 MIN. DCM CALLED EE, LVM ADVISING OF ACTION PLAN.

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Notice/Proof Review
Other Subject : DEADLINE 3/22/19
Text: [02/19/2019 - POWELL, KRYSTAL]LTR SENT TO EE TO INFORM OF MED REQUEST SENT TO AL ORTHO REQUESTING RECORDS FROM 2/8/19-PRESENT, DEADLINE 3/22/19

**ote**
Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject : VM
Text: [02/19/2019 - POWELL, KRYSTAL]EE CALLED AND LVM INFORMING THAT HE IS GETTING ANOTHER INJECTION ON 2/22/19

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Status Report
Other Subject : EXTENDED
Text: EXTENDED THRU 2/20/19, ERTW UNKNOWN

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Extended Benefits
Other Subject : THRU 2/20/19
Text: [02/07/2019 - POWELL, KRYSTAL]EXTENDED CLAIM THRU 2/20/19, REASONABLE TO EXTEND CLAIM ADDITIONAL 2 WEEKS FOR RECOVERY DUE TO INJECTION. IF NO RTW UPDATED MEDICAL NEEDED FOR REVIEW

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Med Records Rcvd
Other Subject : ALABAMA ORTHO
Text: [02/07/2019 - POWELL, KRYSTAL]OVN 2/7/19

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Job Description
Other Subject : OPERATOR
Text: [02/04/2019 - POWELL, KRYSTAL]JD ON FILE

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Other
Other Subject : 90 DAY REVIEW
Text: [02/04/2019 - POWELL, KRYSTAL]SENT UPDATED FORMS, REQUESTED JD

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Called EE
Other Subject : EXTENDED
Text: [02/04/2019 - POWELL, KRYSTAL]CALLED EE, LVM TO INFORM OF EXTENSION

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Status Report
Other Subject : EXTENDED
Text: EXTENDED THRU 2/7/19, ERTW UNKNOWN

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Extended Benefits
Other Subject : THRU 2/7/19
Text: [02/04/2019 - POWELL, KRYSTAL]EXTENDED CLAIM THRU 2/7/19, REASONABLE TO EXTEND CLAIM TO ALLOW ADDITIONAL F/U WITH AP. ACTION PLAN: IF NO RTW OBTAIN UPDATED MED RECORDS FOR REVIEW

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Med Records Rcvd
Other Subject : ALABAMA ORTHO
Text: [02/04/2019 - POWELL, KRYSTAL]OVN 1/14/19, EPIDURAL NOTE - EE TO F/U 7-10 DAYS[02/05/2019 - POWELL, KRYSTAL] PHONE REPORT FROM 1/23

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : LTR to AP
Other Subject : CARTER
Text: [02/01/2019 - POWELL, KRYSTAL]SENT LETTER TO AP REQUESTING MED RECORDS FROM 1/1/19-PRESENT

**ote**
Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject : UPDATE
Text: [02/01/2019 - POWELL, KRYSTAL]EE CALLED TO INFORM THAT HE ALSO TREATS WITH CHIROPRACTOR. LOV 1/31/19 AND NOV IS SOMETIME NEXT WEEKS. DR. CARTER SMITH, 651-447-2142, FAX 651-447-2271

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : LTR to AP
Other Subject : ALABAMA ORTHO
Text: [02/01/2019 - POWELL, KRYSTAL]SENT LETTER TO AP FOR RECORDS FROM 1/1/19-PRESENT

**ote**
Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject : UPDATE

Other Subject : UPDATE
Text: [02/01/2019 - POWELL, KRYSTAL]EE CALLED AND INFORMED THAT HE COULD NOT GET AN APPOINTMENT FOR TODAY. HE INFORMED THAT HIS NOV IS GOING TO BE ON 2/7/19. HE ADVISED THAT HE TOLD NURSE THAT LINCOLN ADVISED NO RECORDS FROM JAN WERE SUBMITTED SHE ADVISEDTHAT IN FLLE SHE DID NOT SEE THEM EITHER BUT THEY WILL UPDATE THEM. DCM INFORMED THAT A NEW REQUEST WILL BE SENT TO ALABAMA ORTHO FOR THE RECORDS

**ote**

Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject : STATUS
Text: [01/30/2019 - POWELL, KRYSTAL]EE CALLED BACK DCM INFORMED THAT MED RECORDS FROM SHELLY RECEIVED FROM DEC BUT NO NEW CURRENT RECORDS. ADVISED THAT RECORDS NEEDED FOR JAN. EE INFORMED THAT PER AP THEY SENT RECORDS. DCM ADVISED THAT THEY DID BUT NOT ANYFROM DEC. EE WENT IN A CIRCLE ABOUT AP SENDING RECORDS. DCM ASKED EE IF SHELLY GAVE HIM THE SHOT. HE SAID NO. ASKED EE WHAT AP GAVE HIM THE SHOT AND WHAT AP TOLD HIM HE NEEDED ADDITIONAL TIME OOW. EE COULD NOT ANSWER HE SAID HE HAS TO LOOK FOR PAPERWORK. HE INFORMED THAT HE THINKS HE HAS AN APPOINTMENT ON FRIDAY. DCM INFORMED THAT HE SHOULD CALL DCM BACK ON FRIDAY WITH UPDATE INFO FOR AP CONTACT AND CURRENT STATUS.

**ote**

Claim/Event/Leave: 6110673
NoteSubject : Called EE
Other Subject : UPDATE
Text: [01/30/2019 - POWELL, KRYSTAL]CALLED EE, LVM REQUESTING A RETURN CALL WITH UPDATED DR. INFO AS DR. SHELL ONLY PROVIDED OVN FROM DEC.

**ote**

Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject : VM
Text: [01/30/2019 - POWELL, KRYSTAL]EE CALLED AND LVM INFORMING THAT AP HAS HIM OOW FOR AT LEAST ANOTHER WEEK TO SEE HOW MEDICINE IS WORKING AND THEN HE WILL F/U WITH AP AGAIN TO SEE WHATS NEXT. NO ADDITIONAL INFO PROVIDED. CALLED EE, BUT EE NOT HOME WAS PROVIDED WITH CELL NUMBER.

**C ote**

Claim/Event/Leave: 6110673
NoteSubject : Med Records Rcvd
Other Subject : ALABAMA ORTHO
Text: [01/30/2019 - POWELL, KRYSTAL]OVN 12/3 AND 12/7

**ote**

Claim/Event/Leave: 6110673
NoteSubject : Called EE
Other Subject : RTC
Text: [01/29/2019 - POWELL, KRYSTAL]CALLED EE AND WAS ADVISED THAT EE WAS NOT AVAILABLE. DCM LVM INFORMING THAT WE ARE STILL WAITING ON MED RECORDS FROM AP AND INFORMED THAT DCM NEEDS UNDERSTANDING ON WHEN HE IS EXPECTED TO RETURN TO WORK

**ote**

Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject : VM
Text: [01/29/2019 - POWELL, KRYSTAL]EE CALLED AND LVM INFORMED THAT THE DOCTOR ADVISED THAT HE NEEDS 1 WEEK FOR MEDICINE TO WORK.

**ote**

Claim/Event/Leave: 6110673
NoteSubject : Called EE
Other Subject : LFT MSG
Text: [01/22/2019 - SMITH, MARYELLEN]CALLED EE - WOMAN ANSWERED & ADVSD EE NOT AT HOME BUT COULD GIVE HIM MSG. ASKED THAT EE BE ADVSD THAT NO MED RECS RECVD TO DATE & 2ND REQ WAS SENT TODAY.

**ote**

Claim/Event/Leave: 6110673
NoteSubject : Called AP
Other Subject : SHELL
Text: [01/22/2019 - SMITH, MARYELLEN]CALLED OFFICE & WAS TRANSFERRED TO MED RECS - LFT VM TO FAX REQ'D RECS OR CALL BK. PROVIDED CONTACT INFO.[01/22/2019 - SMITH, MARYELLEN]SUB REQ SENT

**C ote**

Claim/Event/Leave: 6110673
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR MAXIMUM ENTITLEMENT

**ote**

Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject : VM
Text: [01/17/2019 - POWELL, KRYSTAL]EE CALLED AND LVM INFORMING THAT HE RECEIVED HIS INJECTION ON 1/15/19

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Notice/Proof Review
Other Subject : N&P DUE 3/1/2019
Text: [01/16/2019 - REEVE, CHRISTOPHER]FAXED MED REQUEST TO DR SHELL (OV NOTES, OP REPORTS, DISCHARGE SUMMARIES AND ANY DIAGNOSTIC TEST RESULTS FOR THE PERIOD 12/1/18 TO PRESENT). MAILED AUTH TO EE. N&P DUE 3/1/2019.

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Called EE
Other Subject : UPDATE
Text: [01/16/2019 - REEVE, CHRISTOPHER]CALLED EE AND LEFT MESSAGE WITH EE'S MOTHER.

**ote**
Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject : VM
Text: [01/09/2019 - POWELL, KRYSTAL]EE CALLED AND LVM INFORMING THAT HE JUST WANTED TO INFORM HE IS RECEIVING ANOTHER INJECTION ON 1/14/19

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Med Records Rcvd
Other Subject : DR. SHELL
Text: [01/03/2019 - TWADDLE, DEBORAH]RECEIVED MEDS FROM DR. SHELL 12/3/2018 TO 12/6/2018

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Status Report
Other Subject : EXTEND
Text: EXTEND TO 1/30/2018

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Extended Benefits
Other Subject : 1/30/2018
Text: [12/27/2018 - WITEK, MARY]BASED ON EXTENDED CARE, REASONABLE TO EXTEND TO 1/30/18

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Med Records Rcvd
Other Subject : ALABAMA ORTHO
Text: [12/27/2018 - WITEK, MARY]REC'D MEDICAL RECORDS FROM ALABMA ORTHO. 12/3/18 - 12/6/18. DX: LOW BACK PAIN AND BI -LAT LEG PAIN.

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Called AP
Other Subject : ATTEMPTED
Text: [12/26/2018 - MCCROREY, ERIC]CALLED AP @ 251-410-3600 ALABAMA ORTHO REC, LFT MSG FOR CB

**ote**
Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject : VM
Text: [12/17/2018 - POWELL, KRYSTAL]EE CALLED AND LVM FOR DCM THAT HE NEEDED TO DO P/T. HE INFORMED THAT CALL BACK NUMBER IS DCM CALLED EE, LVM TO INFORM OF N&P AND DEADLINE

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : LTR to ER
Other Subject : PENDED

Other Subject : PENDED
Text: [12/17/2018 - POWELL, KRYSTAL]SENT PENDED LTR TO ER

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Notice/Proof Review
Other Subject : DEADLINE 1/15/19
Text: [12/17/2018 - POWELL, KRYSTAL]LTR SENT TO EE TO INFORM OF MED REQUEST SENT TO AP SHELL REQUESTING RECORDS FROM 11/5/18-PRESENT. DEADLINE 1/15/19

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Other
Other Subject : ER INFO
Text: [12/17/2018 - POWELL, KRYSTAL]KRYSTAL - ALEX HAS NOT YET RETURNED TO WORK. WE HAVE INSTRUCTED HIM TO REACH OUT TO YOU BECAUSE HE IS STILL OUT WITH WORK RESTRICTIONS.

**ote**
Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject : EXT NEEDED
Text: [12/13/2018 - MANSON, JULIA]EE CALLED, NO RTW, EE DOES PHYS THER 3 TIMES A WEEK-EE NOT SURE FOR HOW LONG ALABAMA PHYSICAL THERAPY 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 , DCM THANKED FOR AN UPDATE, NOTE TO ADCM, NFQ.

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : LTR to ER
Other Subject : RTW
Text: [12/13/2018 - POWELL, KRYSTAL]SENT LETTER TO ER FOR RTW INFO

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Called EE
Other Subject : RTW
Text: [12/13/2018 - POWELL, KRYSTAL]CALLED EE TO CONFIRM IF EE HAS RETURNED TO WORK, PHONE RANG AND RANG, NO ANSWER OR VM

**ote**
Claim/Event/Leave: 6110673
NoteSubject : EE Called
Other Subject : RTW?
Text: [11/29/2018 - POWELL, KRYSTAL]CALLED EE TO SEE IF HE RTW, EE WAS NOT AVAILABLE AND DCM UNABLE TO PROVIDE LADY WHO ANSWERED PHONE CONTACT INFO BEFORE LINE DISCONNECTED.

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Med Records Rcvd
Other Subject : AL ORTHO
Text: [11/14/2018 - POWELL, KRYSTAL]PREVIOUS MED REC ON FILE, ALSO INCLUDED INJECTION 11/2/18 REPORT

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Called EE
Other Subject : APPROVED
Text: [11/08/2018 - POWELL, KRYSTAL]CALLED EE TO INFORM OF APPROVAL. EE WAS NOT AVAILABLE. LVM WITH WOMAN WHO ANSWERED PHONE.

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Status Report
Other Subject : APPROVED
Text: DOD 10/29/18, BBD 10/29/18, APPROVED THRU 11/25/18, ERTW UNKNOWN

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Approved
Other Subject : THRU 11/25/18
Text: [11/08/2018 - POWELL, KRYSTAL]LDW 10/28/18, DOD 10/29/18, BBD 10/29/18 APPROVED THRU 11/25/18, BACK PAIN, REASONABLE TO APPROVE CLAIM TO ALLOW FURTHER EVALUATION AND TX FOR DX. ESCALATION OF CARE SHOWN WITH MRI, INJECT AND SX REFERRAL. JOB TITLE CHEMOPERATOR, HEAVY. ACTION PLAN: IF NO RTW OBTAIN CLINICAL UPDATE FROM AP

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : FMLA

NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : FMLA
Other Subject : REQUEST END DATE CHG
Text: THE REQUESTED LEAVE END DATE WAS ADJUSTED TO REFLECT A CHANGE TO THE DISABILITY CLAIM'S APPROVED THROUGH DATE. THE ACTUAL LEAVE END DATE MAY HAVE CHANGED AS A RESULT OF THIS ACTION.

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Med Records Rcvd
Other Subject : AL ORTHO
Text: [11/08/2018 - POWELL, KRYSTAL]OVN 10/5/18, 10/19/18, 10/24/18. INCLUDES MRI

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Other
Other Subject : 7 DAY
Text: [11/05/2018 - MCCROREY, ERIC]MEDICAL RECORDS RECEIVED

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Notice/Proof Review
Other Subject : DEADLINE 11/27/18
Text: [10/29/2018 - POWELL, KRYSTAL]LETTER SENT TO EE TO INFORM OF MED REQUEST SENT TO AP SHELL FOR RECORDS FROM 10/1/18-PRESENT. ALSO SENT LETTER TO ER TO ADVISE

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Called AP
Other Subject : SHELL
Text: [10/29/2018 - POWELL, KRYSTAL]CALLED AP, AND OBTAINED FAX NUMBER

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [10/29/2018 - POWELL, KRYSTAL]LDW 10/28/18, DOD 10/29/18, EE OUT OF WORK DUE TO SHOOTING PAIN IN LEGS AND NECKS. EE HAD MRI AND INFORMED THAT HE HAD BULGING DISCS. EE IS BEING SET UP FOR AN INJECTION AND SPECIALIST.EE INFORMED NO INJURY, HAPPENED OVERTIME. LOV 10/24/18. EE INFORMED THAT HE CONTINUED TO WORK AFTER LOV BUT HE HAD RESTRICTIONS THAT ER TOLD HIM THAT THEY COULD NOT MEET. HE WAS TOLD AFTER HIS SHIFT. EE DOES NOT HAVE SPECIALIST CONTACT INFO AS OF YET. HE IS CURRENTLY TREATING WITH DR. GRANT SHELL-ALABAMA ORTHO 251-410-3600 . NO AUTH BUT THEY WILL PROVIDE IT. NO COMORBIDS. JOB TITLE; CHEMICAL OPERATOR, MAX AMOUNT LIFT/PUSH/PULL 55LBS. NO OTHER INCOME.

**ote**
Claim/Event/Leave: 6110673
NoteSubject : Prior Claim
Other Subject :
Text: [10/29/2018 - HOLLIS, DEBORAH]PLS INVESTIGATE

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 10/29/2018 AND THE LEAVE END DATE IS 11/28/2018.

**C ote**
Claim/Event/Leave: 6110673
NoteSubject : Telephonic Intake
Other Subject : MEDICAL CONDITION
Text: LOWER BACK PAINS, PINCHED NERVES, KNEES.

Liberty Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MR. PETER BURKE
CRUMLEY ROBERTS
2400 FREEMAN MILL ROAD
SUITE 200
GREENSBORO NC 27406

Liberty Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3598

February 25, 2021

Mr. Peter H. Burke
Crumley Roberts
2400 FREEMAN MILL ROAD
SUITE 200
GREENSBORO, NC 27406

RE: Long Term Disability (LTD) Benefits
Arkema Inc.
Claim #: 8764447
Claimant: Alex Jones

Dear Mr. Peter Burke:

Lincoln Life Assurance Company of Boston (Lincoln), formerly Liberty Life Assurance Company of Boston, is responsible for managing claims for Long Term Disability (LTD) Benefits under the Arkema Inc.'s Group Disability Policy (the Policy). We are writing in reference to Mr. Alex Jones's LTD claim under the Policy.

We are writing to acknowledge our receipt of your correspondence dated February 23, 2021, wherein you state that your firm represents Mr. Jones (along with Gregory McKay) in connection with his claim for LTD benefits under the Policy.

As requested, please find enclosed a complete copy of Mr. Jones's disability claim file. We have also enclosed a copy of the Policy applicable to his LTD claim. This documentation constitutes all information that was received and reviewed in our evaluation of Mr. Jones's claim. The enclosed claim file copy contains the names and reports of all individuals consulted in our review of this claim, including all medical doctors and consultants. All claim file records and data are, and will be, maintained appropriately.

Kindly note, Mr. Jones's claim was denied on May 18, 2019 and he was advised of his right to appeal the decision under the Employee Retirement Income Security Act (ERISA) guidelines. Mr. Jones appealed the denial decision, with the assistance of Mr. Gregory J. McKay, in a letter dated November 14, 2019 and our office conducted a full and fair review of the appeal and a determination was rendered on January 30, 2020 (included in the copy of his claim file) to uphold the denial of LTD benefits.

In the January 30, 2020 letter, Mr. Jones, by way of Mr. McKay, was provided with specific details regarding the determination to deny benefits beyond May 15, 2019, the medical reviews conducted

on his file, the appeal uphold determination, and applicable policy language (including the *Legal Proceedings* language).

Mr. Jones was afforded an opportunity to appeal the denial of his LTD claim and to submit additional documentation to support his claim. Lincoln has reviewed this appeal and rendered our final determination on Mr. Jones's claim. Mr. Jones has exhausted his administrative remedies under ERISA. Therefore, Mr. Jones's LTD claim remains closed and no further action will be taken by Lincoln.

If you have any questions regarding this matter, please contact me.

Sincerely,

Janelle Paine
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 41495
Secure Fax No.: (603) 334-3598

Crumley Roberts
Attorneys At Law

**FAX NUMBER:** 16033343598
**FROM:** Tyler Goad
**DATE:** 02-24-2021 11:04 AM
**SUBJECT:** Alex Jones, Claim # 8764447
**TOTAL PAGES:** 4

Please see attached letter of representation and request for claim file for Alex Jones, Claim # 8764447.

Thank you,

**Tyler Goad**
**NC State Bar Certified Paralegal**
**Litigation Case Manager**

Crumley Roberts, LLP
2400 Freeman Mill Rd, Suite 200
Greensboro, NC 27406
T: (800) 288-1529 ext. 1651
D: (844) 671-8945
F: (866) 916-7910

E-mail: tygoad@crumleyroberts.com
Web site: http://CrumleyRoberts.com

"We Stand Up for You!"

"Privileged and Confidential- This communication may contain confidential or legally privileged information and is intended only for the use of the individual or entity to whom it is addressed. Any dissemination, distribution, printing or copying of this material by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately."

The information contained in this facsimile message is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this fax in error, please notify us by telephone and return the original message to us via U.S. Postal Service to Crumley Roberts LLP. 2400 Freeman Mill Rd, Suite 200, Greensboro, NC 27406.

Crumley Roberts®
Attorneys At Law
WE STAND UP FOR YOU®

MAILING ADDRESS:
2400 Freeman Mill Road
Suite 200
Greensboro, NC 27406
336-333-9899
336-333-9894 Fax

1-800-288-1-LAW
(1-800-288-1529)

www.CrumleyRoberts.com

**Peter H. Burke**
**Writer's Direct No.: 205.747.1901**
**Writer's E-mail: phburke@crumleyroberts.com**

February 23, 2021

**SENT VIA FACSIMILE 603-334-3598**
**AND US MAIL**

Janelle Paine
Appeals Consultant
Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

| | |
|---|---|
| **RE:** | **ALEX JONES** |
| **CLAIM #:** | **8764447** |
| **ARKEMA INC.** | |

Dear Janelle:

This firm has been retained as an additional representative for Mr. Jones in his claim for disability benefits. Please show me as Mr. Jones' representative, along with Gregory J. McKay, and include me on all future correspondence concerning his claim. Also, please inform me of any impending appeal deadlines, time limit or statute of limitation of which you are aware.

ERISA Document Production Request:

If it is your company's contention that the Employee Retirement Income Security Act ("ERISA") 29 U.S.C. § 1001 et. seq. applies to these benefits, then please produce any and all "relevant" (as defined within 29 C.F.R. § 2560.503-1) documents to include the policy, summary plan description, or any other documents specified within 29 U.S.C. § 1001 et. seq. and C.F.R. § 2560.503-1. Further, please be advised that pursuant to 29 U.S.C.A. § 1021 (a)(1) & (2) and 29 U.S.C.A. § 1024(b)(4), a Plan Administrator is required to supply a participant with the Summary Plan Description ("SPD") and, upon written request, with a copy of any "... trust agreement, contract, or other instruments under which the plan is established or operated..." These documents should include any and all information regarding any claim for benefits, and all documents pertaining to or referencing the employee welfare benefit plan(s) and/or employee pension plans under the terms of which the above-referenced individuals are or were beneficiaries and/or participants.

Your response should include any "relevant" ERISA documents, plan documents, claim file documents, any manuals or any other documents pertaining to the guidelines under which claims are to be determined, and any brochures, handbooks, benefit guides, plan documents detailing any and all benefits provided to the above-referenced individual. This request pertains to any benefits available to the above-referenced individual. This request seeks production of materials generated during the course of this claim from persons performing services for the Plan. Please direct those additional entities to respond to our requests.

The Secretary of Labor's ERISA claim procedures regulations, set out in 29 C.F.R. 2560.503-1 (h)(2)(iii) further describe what documents an administrator must provide. The regulations state that, in order to provide a full and fair review, the Plan must provide a claimant, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claimant's claim for benefits. Pursuant to this provision, your production should include but not be limited to the following:

A. The complete claim file, including but not limited to:

1. All medical evidence, whether considered and mentioned in the evaluation process or not.
2. Correspondence from Lincoln to Mr. Jones regarding this claim.
3. Internal notes, updates and daily activity reports regarding this claim.
4. Opinions of any "independent medical examiners" or other medical professionals paid or employed by Lincoln to review their claim.

B. A copy of the policy or policies of insurance in effect at the time Mr. Jones claimed his disability.

C. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos, to or from Mr. Jones' employer.

D. Any correspondence regarding this claim including but not limited to any letters, e-mails, memos to or from Mr. Jones' treating physicians.

Thank you in advance for your cooperation in this matter. If the claim file is being sent via email please send to my assistant, Monica Reynolds at mlreynolds@crumleyroberts.com

Sincerely,
CRUMLEY ROBERTS, LLP

Peter H. Burke
Attorney

PHB/mlr
Enclosure
cc: Alex Jones

# PRIVACY RELEASE

I, Alex Jones (Client), ______________(Social Security Number), am currently seeking a reassessment of my claim for Long Term Disability Benefits by Lincoln Life Assurance Company of Boston (insurance company), Policy Number ______________.

Claim Number 8764447. I have retained Crumley Roberts, LLP to be my legal representative in this review and intend for this legal representative to have immediate access to my claim file, including any medical records regarding my physical and mental conditions prior and subsequent to the date and authorization. This authorization shall be deemed to comply with all requirements of HIPAA (45 CFR § 16.509).

I understand that I may revoke this authorization at any time except to the extent that action has been taken in reliance on this authorization by sending written notice to the record providers and/or the person named as personal representative.

Alex Jones

Signature

Alex Jones jr

Printed or Typed Name

02/24/2021

Date

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3598

| | |
|---|---|
| Date: | January 6, 2020 |
| To: | MR. GREGORY MCKAY<br>MCKAY LAW<br>PO BOX 321363<br>BIRMINGHAM AL 35212 |
| Attn: | |
| Fax: | (205) 224-5755 |
| From: | Janelle Paine<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-3598 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 8764447<br>Claimant: Alex Jones<br><br>Arkema Inc. |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1. de septiembre de 2019, Liberty Life Assurance Company of Boston cambi su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibir un Endoso que debe adjuntarse a su p liza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3598

January 6, 2020

Mr. Gregory J. McKay
McKay Law
PO BOX 321363
BIRMINGHAM, AL 35212

RE: Long Term Disability (LTD) Benefits
Arkema Inc.
Claim #: 8764447
Claimant: Alex Jones

Dear Mr. Gregory McKay:

Lincoln Life Assurance Company of Boston, a Lincoln Financial Group company, is responsible for managing claims for benefits under the Arkema, Inc.'s Long Term Disability (LTD) Policy.

We are in process of reviewing mr. Alex Jones's appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on Mr. Jones's appeal.

Please find attached a copy of a Board Certified chiropractic peer review, which is new or additional evidence in connection with Mr. Jones's appeal. You may review the December 27, 2019 chriopractic peer review report by Dr. Gary Ierna, DC, Board Certified Chiropractic Physician, and provide a response to us, which we will consider in making our decision on Mr. Jones's appeal. If we do not receive your response within 21 days of the date of this letter or January 26, 2020, we will proceed with making a determination on Mr. Jones's appeal.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive your timely response. Upon receipt of your response, we will promptly complete our review and render a determination on Mr. Jones's appeal. If your response is not received by January 26, 2020 (21 days from the date of this letter), we will render a determination based on the information contained in Mr. Jones's file.

Should you have any questions pertaining to the status of Mr. Jones's appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Janelle Paine
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 41495
Secure Fax No.: (603) 334-3598

Attachments: 8764447-MEDICAL-CP/PEER REVIEW-12.27.2019

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| ARKEMA INC. | ALEX JONES | 8764447 |

| | | | |
|---|---|---|---|
| **Referred By:** | Janelle Paine | **Claimant DOB:** | |
| **Referral Date:** | 12/10/2019 | **Job Title:** | CHEMICAL OPERATOR |
| **Due Date:** | 12/24/2019 | **Medical/ Surgical Condition:** | neck/back pain |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 10/28/2018 |
| **Report Date:** | 12/27/2019 | **DOD:** | 10/29/2018 |
| **Physical Demands:** | | **BBD:** | 04/29/2019 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Core Questions**

1. **Does the medical evidence support any diagnoses causing functional impairment from 5/16/19 through the present? Please explain your medical rationale as to why or why not. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**
   Based on my review of the available medical documentation in the file, I cannot identify objective or clear functional limitations that would have prevented this claimant from returning to full-duty work as of 5/16/19. It appears the claimant insidiously developed low back pain in 2018. The claimant expressed difficulties with his activities of daily living and his work. The claimant stopped working on 10/29/18 and has been out of work since then without documentation of clear functional limitations, co-morbidities or complicating factors which would prevent the claimant from safely performing his normal work activities. Carter Smith, D.C. has been treating the claimant for an extended period of time, at least since 2018, however there is a lack of documented evidence that a thorough orthopedic and neurological examination of the claimant has been performed. There is no evidence of lumbar radiculopathy, muscle/motor weakness, or any functional impairment which would prevent the claimant from performing his normal work activities. This is not intended to mean that performing normal work activities would be effortless and that he would be free of all symptoms however there is insufficient evidence in the medical records to support any assertion that the claimant has been incapable of performing the material and substantial duties of his normal job. There is also insufficient evidence in the medical records to support any assertion that the claimant's health would be harmed by working his normal job. Although considerable weight is given to the opinion of the treating provider, it is also necessary that the opinion be supported to a reasonable degree by objective medical findings and this has not been provided. There is a lack of documented evidence that a thorough examination and

functional evaluation of the claimant was performed which demonstrated an inability to sit, stand, bend, walk, lift, push, pull or perform any of his regular duties; thus restrictions and limitations are not supported by the medical documentation and cannot be clinically justified.

2. **Does the medical evidence support the claimant has the ability to sustain full time capacity (8 hours/day, 5 days/ week) within the identified restrictions and limitations? Please explain your medical rationale. Please provide medical evidence to support your answer.**
   The claimant has been evaluated by Carter Smith, D.C. reporting slight to moderate intermittent low back pain which was aggravated by sitting and bending. The last office note submitted by Dr. Smith was from 3/21/19. Dr. Smith's examinations during each office visit did not include an orthopedic or neurological assessment of the claimant. He reported palpatory findings which are not objective and provide no clinically meaningful insight into the claimant's functional ability.

3. **Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.**
   Despite reportedly receiving ongoing chiropractic care, there are no medical records submitted since 3/21/19, therefore it is not possible opine whether treatment is consistent with the severity and scope of the claimant's medical condition.

4. **Are there any reported or observed cognitive and/or physical side effects attributed to the prescribed medications? If yes, do the side effects contribute to claimant's impairment?**
   There are no reported or observed cognitive and/or physical side effects attributed to prescribed medications. There is no indication that the claimant is currently taking any prescription pain medications.

5. **Please contact Dr. Smith (p) (251) 447-2142 (f) (251) 447-2271 to discuss the claimant's medical condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. What diagnoses are supported by the medical evidence?**
   I placed a call into Dr. Smith on 12/27/19 at 4:40pm EST however the office answering machine came on. I l/m and requested a c/b. I provided my cell phone # for his convenience.

   I placed a second call into Dr. Smith on 12/30/19 at 4:45pm EST and spoke with Willie. She stated she gave Dr. Smith the message earlier. She stated that he was with patients and could not come to the phone. I l/m and requested a c/b. I provided my cell phone # for his convenience.

**Summary**

The claimant is a 55 y.o. male who reportedly has been experiencing low back and leg pain since April of 2018. The claimant reportedly has been receiving chiropractic care with physical therapy since May of 2018. On 10/29/18, the claimant stopped working and has not returned to work since then.

On 10/5/18, the claimant was evaluated by Grantham Shell, M.D. for reported low back and bilateral anterior and posterior leg pain. He reportedly has been experiencing the pain for 6 months and has been receiving chiropractic and physical therapy however has been getting worse. Dr. Shell did not perform and orthopedic or neurological examination of the claimant and diagnosed him with:

Lumbar disc herniation. He took lumbar radiographs and referred the claimant for an MRI of the lumbar spine.

On 10/19/18, the claimant underwent an MRI of the lumbar spine which demonstrated a grade I spondylolisthesis at L4 on L5. Mild disc bulges were reported at each level. An incidental finding of a renal cyst was noted.

On 10/24/18, the claimant was evaluated by Grantham Shell, M.D. for review of the claimant's MRI which reportedly demonstrated spondylolisthesis at L4-5 resulting in moderate bilateral foraminal stenosis and central L5-S1 stenosis with congenital narrow canal. Neither an orthopedic or neurological examination of the claimant was performed. A lumbar ESI was recommended.

On 12/3/18, the claimant was evaluated by Grantham Shell, M.D. for follow-up following ESI. He reported he did not receive much benefit. No examination was performed and no restrictions and limitations provided.

On 12/6/18, the claimant was evaluated by David Donahue, M.D. (orthopedist) who reported the claimant complained of low back pain and bilateral leg pain. He rated his pain at 6/10 in intensity. The claimant reportedly failed physical therapy. The claimant's examination was unremarkable. Reflex, motor and sensory testing was not documented. He diagnosed the claimant with: Spondylolisthesis lumbar region; Osteoarthritis of the spine with radiculopathy; and Lumbar stenosis with neurogenic claudication. Plan was to receive his 2nd lumbar ESI. He recommended restrictions and limitations of limit lifting to 20#.

On 2/7/19, the claimant was evaluated by David Donahue, M.D. (orthopedist) who reported the claimant complained of low back pain and bilateral leg pain. He rated his pain at 8/10 in intensity. He reported the claimant has undergone 2 lumbar ESIs (11/2/18, and 1/14/19). The claimant reportedly failed physical therapy. The claimant's examination was unremarkable. Reflex, motor and sensory testing was not documented. He diagnosed the claimant with: Spondylolisthesis lumbar region; Osteoarthritis of the spine with radiculopathy; and Lumbar stenosis with neurogenic claudication. Plan was to receive his 3rd lumbar ESI.

On 2/15/19, the first chiropractic note was provided by Carter Smith, M.D. reporting slight to moderate intermittent low back pain which was aggravated by sitting and bending. Dr. Smith's examination did not include an orthopedic or neurological assessment of the claimant. He reported palpatory findings which are not objective and provide no clinically meaningful insight into the claimant's functional ability.

On 2/26/19, the claimant was evaluated by C. Tanner Hughes, M.D. for a renal cyst. He reported the claimant experienced associated low back pain as a result of the cyst. The claimant is 72" tall and weighs 270# with BMI of 36.62. Examination revealed normal stance, gait and posture. The claimant's neurological examination was normal. He was diagnosed with a Renal Cyst.

On 3/7/19, the claimant was re-evaluated by C. Tanner Hughes, M.D. for a renal cyst. He reported the claimant experienced associated low back pain as a result of the cyst. He reported the claimant had difficulty walking however he further documented normal stance, gait and posture. The claimant's neurological examination was normal. He was diagnosed with a Renal Cyst.

On 4/2/19, a nurse review conducted by G. Tashia, R.N. opined "Based on the positive MRI with outlined conservative treatment with pending 3rd injection, possible surgical intervention, and ongoing care with chiropractor, r/ls of occasional walking/sitting, no forward bending, occasional lift push, pull and carry up to 20 lbs are reasonably supported from 2/20/19 through 3/20/19{LOV with AP Smith}. This is to allow for ongoing treatment with injection, chiropractic adjustments/therapy, and reevaluation. R/ls beyond this date remain unclear due to lack of information on updated treatment plan with ortho in terms of last injection and surgical intervention. It is recommended that NCM reach out to AP Donahue for clinical/treatment plan update as well as ongoing r/ls."

On 4/4/19, a letter from Dr. Smith which reported the claimant was receiving care for "grade II neck pain" and grade II low back pain". He rated his pain at 6/10 in intensity which was aggravated by sitting, bending, standing, walking and cervical range of motion. He reported that the claimant was responding favorably to chiropractic care and would continue receiving care 1-2/week.

On 5/9/19, a Peer Review was conducted by Jay M Cohen, D.C. who opined "After careful review of this file, it is my expert chiropractic opinion that this claimant has reached maximum medical improvement and is not in need of ongoing chiropractic care for this condition any longer. There is a lack of significant clinical evidence to back up the disability claim as well for the timeframe being requested for this claimant. No further chiropractic care is required since reaching maximum medical improvement and ongoing chiropractic care would be palliative if care would continue. There is no specific chiropractic care plan or anticipated discharge date as well for this claimant. It seems like the chiropractic care is ongoing without a clinical goal timeframe. Chronic conditions such as these do not respond any longer to conservative chiropractic care. If persistent pain should continue, then maybe a neuro-surgical evaluation would be appropriate."

On 10/8/19, Dr. Smith submitted a letter stating the claimant continues to receive chiropractic care for neck and low back pain rated 6/10 in intensity which was aggravated by prolonged sitting, standing, bending, lifting and walking. The claimant reportedly continues to receive chiropractic care 1-2x/week and receives the greatest relief from chiropractic care. He recommended ongoing monthly care and that he "refrain from prolonged standing and lifting. This exacerbates his condition, placing repeated stresses on his body which does not promote sufficient healing to occur".

On 11/14/19, an appeal letter was submitted by the claimant's attorney, Gregory McKay.

<u>Chiropractic Notes</u>
3/1, 7, 12, 19, 21
2/15, 19, 27

Job Description – Chemical Operator
"Medium Work - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work."

***Gary F. Ierna, D.C.***
Musculoskeletal Conditions
Board Certified Chiropractic Physician

# Gary F. Ierna, D.C.

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
841-1415

12/30/19

Carter Smith, D.C.
Hands of Life Chiropractic & Rehab Center
2056 Dauphin Street
Mobile, AL 36606
Fax: (251)447-2142

| | |
|---|---|
| Re: | Disability Benefits |
| Claimant Name: | Alex Jones |
| Claimant DOB: | |
| Claim Number: | 8764447 |

Dear Dr. Smith,

Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits. Attempts were made to reach you by phone on 12/27/19 where I left a voicemail message and on 12/30/19 when I spoke with Willie. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations.

Based on my review of the available medical documentation in the file, I cannot identify objective or clear functional limitations that would have prevented this claimant from returning to full-duty work as of 5/16/19. Mr. Jones stopped working on 10/29/18 and has been out of work since then without documentation of clear functional limitations, co-morbidities or complicating factors which would prevent the claimant from safely performing his normal work activities. The last office note we have which you submitted was dated 3/21/19. If you opine that Mr. Jones has not been capable of performing his normal work activities, please provide your medical records and any additional documentation to support your opinion.

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

***-Electronically Signed-***

Gary F. Ierna, D.C.
Board Certified, Chiropractic Physician

__No changes/comments, OR
__ With changes/comments as noted above

______________________ ____________

Carter Smith, D.C Date

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| ARKEMA INC. | ALEX JONES | 8764447 |

| | | | |
|---|---|---|---|
| **Referred By:** | Janelle Paine | **Claimant DOB:** | |
| **Referral Date:** | 12/10/2019 | **Job Title:** | CHEMICAL OPERATOR |
| **Due Date:** | 12/24/2019 | **Medical/ Surgical Condition:** | neck/back pain |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 10/28/2018 |
| **Report Date:** | 12/27/2019 | **DOD:** | 10/29/2018 |
| **Physical Demands:** | | **BBD:** | 04/29/2019 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

## Core Questions

1. **Does the medical evidence support any diagnoses causing functional impairment from 5/16/19 through the present? Please explain your medical rationale as to why or why not. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**
   Based on my review of the available medical documentation in the file, I cannot identify objective or clear functional limitations that would have prevented this claimant from returning to full-duty work as of 5/16/19. It appears the claimant insidiously developed low back pain in 2018. The claimant expressed difficulties with his activities of daily living and his work. The claimant stopped working on 10/29/18 and has been out of work since then without documentation of clear functional limitations, co-morbidities or complicating factors which would prevent the claimant from safely performing his normal work activities. Carter Smith, D.C. has been treating the claimant for an extended period of time, at least since 2018, however there is a lack of documented evidence that a thorough orthopedic and neurological examination of the claimant has been performed. There is no evidence of lumbar radiculopathy, muscle/motor weakness, or any functional impairment which would prevent the claimant from performing his normal work activities. This is not intended to mean that performing normal work activities would be effortless and that he would be free of all symptoms however there is insufficient evidence in the medical records to support any assertion that the claimant has been incapable of performing the material and substantial duties of his normal job. There is also insufficient evidence in the medical records to support any assertion that the claimant's health would be harmed by working his normal job. Although considerable weight is given to the opinion of the treating provider, it is also necessary that the opinion be supported to a reasonable degree by objective medical findings and this has not been provided. There is a lack of documented evidence that a thorough examination and

functional evaluation of the claimant was performed which demonstrated an inability to sit, stand, bend, walk, lift, push, pull or perform any of his regular duties; thus restrictions and limitations are not supported by the medical documentation and cannot be clinically justified.

2. **Does the medical evidence support the claimant has the ability to sustain full time capacity (8 hours/day, 5 days/ week) within the identified restrictions and limitations? Please explain your medical rationale. Please provide medical evidence to support your answer.**
   The claimant has been evaluated by Carter Smith, D.C. reporting slight to moderate intermittent low back pain which was aggravated by sitting and bending. The last office note submitted by Dr. Smith was from 3/21/19. Dr. Smith's examinations during each office visit did not include an orthopedic or neurological assessment of the claimant. He reported palpatory findings which are not objective and provide no clinically meaningful insight into the claimant's functional ability.

3. **Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.**
   Despite reportedly receiving ongoing chiropractic care, there are no medical records submitted since 3/21/19, therefore it is not possible opine whether treatment is consistent with the severity and scope of the claimant's medical condition.

4. **Are there any reported or observed cognitive and/or physical side effects attributed to the prescribed medications? If yes, do the side effects contribute to claimant's impairment?**
   There are no reported or observed cognitive and/or physical side effects attributed to prescribed medications. There is no indication that the claimant is currently taking any prescription pain medications.

5. **Please contact Dr. Smith (p) (251) 447-2142 (f) (251) 447-2271 to discuss the claimant's medical condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. What diagnoses are supported by the medical evidence?**
   I placed a call into Dr. Smith on 12/27/19 at 4:40pm EST however the office answering machine came on. I l/m and requested a c/b. I provided my cell phone # for his convenience.

**Summary**

The claimant is a 55 y.o. male who reportedly has been experiencing low back and leg pain since April of 2018. The claimant reportedly has been receiving chiropractic care with physical therapy since May of 2018. On 10/29/18, the claimant stopped working and has not returned to work since then.

On 10/5/18, the claimant was evaluated by Grantham Shell, M.D. for reported low back and bilateral anterior and posterior leg pain. He reportedly has been experiencing the pain for 6 months and has been receiving chiropractic and physical therapy however has been getting worse. Dr. Shell did not perform and orthopedic or neurological examination of the claimant and diagnosed him with: Lumbar disc herniation. He took lumbar radiographs and referred the claimant for an MRI of the lumbar spine.

On 10/19/18, the claimant underwent an MRI of the lumbar spine which demonstrated a grade I spondylolisthesis at L4 on L5. Mild disc bulges were reported at each level. An incidental finding of a renal cyst was noted.

On 10/24/18, the claimant was evaluated by Grantham Shell, M.D. for review of the claimant's MRI which reportedly demonstrated spondylolisthesis at L4-5 resulting in moderate bilateral foraminal stenosis and central L5-S1 stenosis with congenital narrow canal. Neither an orthopedic or neurological examination of the claimant was performed. A lumbar ESI was recommended.

On 12/3/18, the claimant was evaluated by Grantham Shell, M.D. for follow-up following ESI. He reported he did not receive much benefit. No examination was performed and no restrictions and limitations provided.

On 12/6/18, the claimant was evaluated by David Donahue, M.D. (orthopedist) who reported the claimant complained of low back pain and bilateral leg pain. He rated his pain at 6/10 in intensity. The claimant reportedly failed physical therapy. The claimant's examination was unremarkable. Reflex, motor and sensory testing was not documented. He diagnosed the claimant with: Spondylolisthesis lumbar region; Osteoarthritis of the spine with radiculopathy; and Lumbar stenosis with neurogenic claudication. Plan was to receive his 2nd lumbar ESI. He recommended restrictions and limitations of limit lifting to 20#.

On 2/7/19, the claimant was evaluated by David Donahue, M.D. (orthopedist) who reported the claimant complained of low back pain and bilateral leg pain. He rated his pain at 8/10 in intensity. He reported the claimant has undergone 2 lumbar ESIs (11/2/18, and 1/14/19). The claimant reportedly failed physical therapy. The claimant's examination was unremarkable. Reflex, motor and sensory testing was not documented. He diagnosed the claimant with: Spondylolisthesis lumbar region; Osteoarthritis of the spine with radiculopathy; and Lumbar stenosis with neurogenic claudication. Plan was to receive his 3rd lumbar ESI.

On 2/15/19, the first chiropractic note was provided by Carter Smith, M.D. reporting slight to moderate intermittent low back pain which was aggravated by sitting and bending. Dr. Smith's examination did not include an orthopedic or neurological assessment of the claimant. He reported palpatory findings which are not objective and provide no clinically meaningful insight into the claimant's functional ability.

On 2/26/19, the claimant was evaluated by C. Tanner Hughes, M.D. for a renal cyst. He reported the claimant experienced associated low back pain as a result of the cyst. The claimant is 72" tall and weighs 270# with BMI of 36.62. Examination revealed normal stance, gait and posture. The claimant's neurological examination was normal. He was diagnosed with a Renal Cyst.

On 3/7/19, the claimant was re-evaluated by C. Tanner Hughes, M.D. for a renal cyst. He reported the claimant experienced associated low back pain as a result of the cyst. He reported the claimant had difficulty walking however he further documented normal stance, gait and posture. The claimant's neurological examination was normal. He was diagnosed with a Renal Cyst.

On 4/2/19, a nurse review conducted by G. Tashia, R.N. opined "Based on the positive MRI with outlined conservative treatment with pending 3rd injection, possible surgical intervention, and

ongoing care with chiropractor, r/ls of occasional walking/sitting, no forward bending, occasional lift push, pull and carry up to 20 lbs are reasonably supported from 2/20/19 through 3/20/19{LOV with AP Smith}. This is to allow for ongoing treatment with injection, chiropractic adjustments/therapy, and reevaluation. R/ls beyond this date remain unclear due to lack of information on updated treatment plan with ortho in terms of last injection and surgical intervention. It is recommended that NCM reach out to AP Donahue for clinical/treatment plan update as well as ongoing r/ls."

On 4/4/19, a letter from Dr. Smith which reported the claimant was receiving care for "grade II neck pain" and grade II low back pain". He rated his pain at 6/10 in intensity which was aggravated by sitting, bending, standing, walking and cervical range of motion. He reported that the claimant was responding favorably to chiropractic care and would continue receiving care 1-2/week.

On 5/9/19, a Peer Review was conducted by Jay M Cohen, D.C. who opined "After careful review of this file, it is my expert chiropractic opinion that this claimant has reached
maximum medical improvement and is not in need of ongoing chiropractic care for this condition any longer. There is a lack of significant clinical evidence to back up the disability claim as well for the timeframe being requested for this claimant. No further chiropractic care is required since reaching maximum medical improvement and ongoing chiropractic care would be palliative if care would continue. There is no specific chiropractic care plan or anticipated discharge date as well for this claimant. It seems like the chiropractic care is ongoing without a clinical goal timeframe. Chronic conditions such as these do not respond any longer to conservative chiropractic care. If persistent pain should continue, then maybe a neuro-surgical evaluation would be appropriate."

On 10/8/19, Dr. Smith submitted a letter stating the claimant continues to receive chiropractic care for neck and low back pain rated 6/10 in intensity which was aggravated by prolonged sitting, standing, bending, lifting and walking. The claimant reportedly continues to receive chiropractic care 1-2x/week and receives the greatest relief from chiropractic care. He recommended ongoing monthly care and that he "refrain from prolonged standing and lifting. This exacerbates his condition, placing repeated stresses on his body which does not promote sufficient healing to occur".

On 11/14/19, an appeal letter was submitted by the claimant's attorney, Gregory McKay.

<u>Chiropractic Notes</u>
3/1, 7, 12, 19, 21
2/15, 19, 27

Job Description – Chemical Operator
"Medium Work - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work."

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| ARKEMA INC. | ALEX JONES | 8764447 |

| | | | |
|---|---|---|---|
| **Referred By:** | Janelle Paine | **Claimant DOB:** | |
| **Referral Date:** | 12/10/2019 | **Job Title:** | CHEMICAL OPERATOR |
| **Due Date:** | 12/24/2019 | **Medical/ Surgical Condition:** | neck/back pain |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 10/28/2018 |
| **Report Date:** | 12/27/2019 | **DOD:** | 10/29/2018 |
| **Physical Demands:** | | **BBD:** | 04/29/2019 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

## Core Questions

1. **Does the medical evidence support any diagnoses causing functional impairment from 5/16/19 through the present? Please explain your medical rationale as to why or why not. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**
   Based on my review of the available medical documentation in the file, I cannot identify objective or clear functional limitations that would have prevented this claimant from returning to full-duty work as of 5/16/19. It appears the claimant insidiously developed low back pain in 2018. The claimant expressed difficulties with his activities of daily living and his work. The claimant stopped working on 10/29/18 and has been out of work since then without documentation of clear functional limitations, co-morbidities or complicating factors which would prevent the claimant from safely performing his normal work activities. Carter Smith, D.C. has been treating the claimant for an extended period of time, at least since 2018, however there is a lack of documented evidence that a thorough orthopedic and neurological examination of the claimant has been performed. There is no evidence of lumbar radiculopathy, muscle/motor weakness, or any functional impairment which would prevent the claimant from performing his normal work activities. This is not intended to mean that performing normal work activities would be effortless and that he would be free of all symptoms however there is insufficient evidence in the medical records to support any assertion that the claimant has been incapable of performing the material and substantial duties of his normal job. There is also insufficient evidence in the medical records to support any assertion that the claimant's health would be harmed by working his normal job. Although considerable weight is given to the opinion of the treating provider, it is also necessary that the opinion be supported to a reasonable degree by objective medical findings and this has not been provided. There is a lack of documented evidence that a thorough examination and

functional evaluation of the claimant was performed which demonstrated an inability to sit, stand, bend, walk, lift, push, pull or perform any of his regular duties; thus restrictions and limitations are not supported by the medical documentation and cannot be clinically justified.

2. **Does the medical evidence support the claimant has the ability to sustain full time capacity (8 hours/day, 5 days/ week) within the identified restrictions and limitations? Please explain your medical rationale. Please provide medical evidence to support your answer.**
   The claimant has been evaluated by Carter Smith, D.C. reporting slight to moderate intermittent low back pain which was aggravated by sitting and bending. The last office note submitted by Dr. Smith was from 3/21/19. Dr. Smith's examinations during each office visit did not include an orthopedic or neurological assessment of the claimant. He reported palpatory findings which are not objective and provide no clinically meaningful insight into the claimant's functional ability.

3. **Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer.**
   Despite reportedly receiving ongoing chiropractic care, there are no medical records submitted since 3/21/19, therefore it is not possible opine whether treatment is consistent with the severity and scope of the claimant's medical condition.

4. **Are there any reported or observed cognitive and/or physical side effects attributed to the prescribed medications? If yes, do the side effects contribute to claimant's impairment?**
   There are no reported or observed cognitive and/or physical side effects attributed to prescribed medications. There is no indication that the claimant is currently taking any prescription pain medications.

5. **Please contact Dr. Smith (p) (251) 447-2142 (f) (251) 447-2271 to discuss the claimant's medical condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. What diagnoses are supported by the medical evidence?**
   I placed a call into Dr. Smith on 12/27/19 at 4:40pm EST however the office answering machine came on. I l/m and requested a c/b. I provided my cell phone # for his convenience.

   I placed a second call into Dr. Smith on 12/30/19 at 4:45pm EST and spoke with Willie. She stated she gave Dr. Smith the message earlier. She stated that he was with patients and could not come to the phone. I l/m and requested a c/b. I provided my cell phone # for his convenience.

**Summary**

The claimant is a 55 y.o. male who reportedly has been experiencing low back and leg pain since April of 2018. The claimant reportedly has been receiving chiropractic care with physical therapy since May of 2018. On 10/29/18, the claimant stopped working and has not returned to work since then.

On 10/5/18, the claimant was evaluated by Grantham Shell, M.D. for reported low back and bilateral anterior and posterior leg pain. He reportedly has been experiencing the pain for 6 months and has been receiving chiropractic and physical therapy however has been getting worse. Dr. Shell did not perform and orthopedic or neurological examination of the claimant and diagnosed him with:

Lumbar disc herniation. He took lumbar radiographs and referred the claimant for an MRI of the lumbar spine.

On 10/19/18, the claimant underwent an MRI of the lumbar spine which demonstrated a grade I spondylolisthesis at L4 on L5. Mild disc bulges were reported at each level. An incidental finding of a renal cyst was noted.

On 10/24/18, the claimant was evaluated by Grantham Shell, M.D. for review of the claimant's MRI which reportedly demonstrated spondylolisthesis at L4-5 resulting in moderate bilateral foraminal stenosis and central L5-S1 stenosis with congenital narrow canal. Neither an orthopedic or neurological examination of the claimant was performed. A lumbar ESI was recommended.

On 12/3/18, the claimant was evaluated by Grantham Shell, M.D. for follow-up following ESI. He reported he did not receive much benefit. No examination was performed and no restrictions and limitations provided.

On 12/6/18, the claimant was evaluated by David Donahue, M.D. (orthopedist) who reported the claimant complained of low back pain and bilateral leg pain. He rated his pain at 6/10 in intensity. The claimant reportedly failed physical therapy. The claimant's examination was unremarkable. Reflex, motor and sensory testing was not documented. He diagnosed the claimant with: Spondylolisthesis lumbar region; Osteoarthritis of the spine with radiculopathy; and Lumbar stenosis with neurogenic claudication. Plan was to receive his 2nd lumbar ESI. He recommended restrictions and limitations of limit lifting to 20#.

On 2/7/19, the claimant was evaluated by David Donahue, M.D. (orthopedist) who reported the claimant complained of low back pain and bilateral leg pain. He rated his pain at 8/10 in intensity. He reported the claimant has undergone 2 lumbar ESIs (11/2/18, and 1/14/19). The claimant reportedly failed physical therapy. The claimant's examination was unremarkable. Reflex, motor and sensory testing was not documented. He diagnosed the claimant with: Spondylolisthesis lumbar region; Osteoarthritis of the spine with radiculopathy; and Lumbar stenosis with neurogenic claudication. Plan was to receive his 3rd lumbar ESI.

On 2/15/19, the first chiropractic note was provided by Carter Smith, M.D. reporting slight to moderate intermittent low back pain which was aggravated by sitting and bending. Dr. Smith's examination did not include an orthopedic or neurological assessment of the claimant. He reported palpatory findings which are not objective and provide no clinically meaningful insight into the claimant's functional ability.

On 2/26/19, the claimant was evaluated by C. Tanner Hughes, M.D. for a renal cyst. He reported the claimant experienced associated low back pain as a result of the cyst. The claimant is 72" tall and weighs 270# with BMI of 36.62. Examination revealed normal stance, gait and posture. The claimant's neurological examination was normal. He was diagnosed with a Renal Cyst.

On 3/7/19, the claimant was re-evaluated by C. Tanner Hughes, M.D. for a renal cyst. He reported the claimant experienced associated low back pain as a result of the cyst. He reported the claimant had difficulty walking however he further documented normal stance, gait and posture. The claimant's neurological examination was normal. He was diagnosed with a Renal Cyst.

On 4/2/19, a nurse review conducted by G. Tashia, R.N. opined "Based on the positive MRI with outlined conservative treatment with pending 3rd injection, possible surgical intervention, and ongoing care with chiropractor, r/ls of occasional walking/sitting, no forward bending, occasional lift push, pull and carry up to 20 lbs are reasonably supported from 2/20/19 through 3/20/19{LOV with AP Smith}. This is to allow for ongoing treatment with injection, chiropractic adjustments/therapy, and reevaluation. R/ls beyond this date remain unclear due to lack of information on updated treatment plan with ortho in terms of last injection and surgical intervention. It is recommended that NCM reach out to AP Donahue for clinical/treatment plan update as well as ongoing r/ls."

On 4/4/19, a letter from Dr. Smith which reported the claimant was receiving care for "grade II neck pain" and grade II low back pain". He rated his pain at 6/10 in intensity which was aggravated by sitting, bending, standing, walking and cervical range of motion. He reported that the claimant was responding favorably to chiropractic care and would continue receiving care 1-2/week.

On 5/9/19, a Peer Review was conducted by Jay M Cohen, D.C. who opined "After careful review of this file, it is my expert chiropractic opinion that this claimant has reached
maximum medical improvement and is not in need of ongoing chiropractic care for this condition any longer. There is a lack of significant clinical evidence to back up the disability claim as well for the timeframe being requested for this claimant. No further chiropractic care is required since reaching maximum medical improvement and ongoing chiropractic care would be palliative if care would continue. There is no specific chiropractic care plan or anticipated discharge date as well for this claimant. It seems like the chiropractic care is ongoing without a clinical goal timeframe. Chronic conditions such as these do not respond any longer to conservative chiropractic care. If persistent pain should continue, then maybe a neuro-surgical evaluation would be appropriate."

On 10/8/19, Dr. Smith submitted a letter stating the claimant continues to receive chiropractic care for neck and low back pain rated 6/10 in intensity which was aggravated by prolonged sitting, standing, bending, lifting and walking. The claimant reportedly continues to receive chiropractic care 1-2x/week and receives the greatest relief from chiropractic care. He recommended ongoing monthly care and that he "refrain from prolonged standing and lifting. This exacerbates his condition, placing repeated stresses on his body which does not promote sufficient healing to occur".

On 11/14/19, an appeal letter was submitted by the claimant's attorney, Gregory McKay.

<u>Chiropractic Notes</u>
3/1, 7, 12, 19, 21
2/15, 19, 27

Job Description – Chemical Operator
"Medium Work - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work."

***Gary F. Ierna, D.C.***
Musculoskeletal Conditions
Board Certified Chiropractic Physician

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. ALEX JONES JR
MCKAY LAW OFFICES
C/O ALEX JONES
PO BOX 321363
BIRMINGHAM AL 35212

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3598

December 24, 2019

Mr. Alex Jones Jr
MCKAY LAW OFFICES
C/O ALEX JONES
PO BOX 321363
BIRMINGHAM, AL 35212

RE: Long Term Disability (LTD) Benefits
Arkema Inc.
Claim #: 8764447

Dear Mr. Alex Jones Jr:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Arkema Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of reviewing your appeal. To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a Board Certified Chiropractor.

We anticipate a response from the reviewing Board Certified Chiropractor by February 11, 2020. If there is an unexpected delay in receiving a response we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

Pursuant to ERISA regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is suspended while Lincoln Life Assurance Company of Boston is awaiting receipt of requested documentation needed to fully evaluate your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Janelle Paine
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 41495
Secure Fax No.: (603) 334-3598

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-6006

00000781 LFPKBTD1 00001562 E

November 26, 2019

Mr. Alex Jones Jr
MCKAY LAW OFFICES
C/O ALEX JONES
PO BOX 321363
BIRMINGHAM, AL 35212

RE: Long Term Disability (LTD) Benefits
Arkema Inc.
Claim #: 8764447

Dear Mr. Alex Jones Jr:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Arkema Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

Your file is being forwarded to Lincoln Financial Group's Appeal Review Unit for an independent review of your claim eligibility. Your claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Aubrey Lambert
Appeal Examiner II

**Lincoln Financial Group®**

*LINCOLN LIFE ASSURANCE COMPANY OF BOSTON*
*GROUP BENEFITS DISABILITY CLAIMS*
*P.O. BOX 7213*
*LONDON, KY 40742-7213*

000781 LFPK8TD1 000000

MR. ALEX JONES JR
MCKAY LAW OFFICES
C/O ALEX JONES
PO BOX 321363
BIRMINGHAM AL 35212

S 00000781 LFPK8TD1 00001561

[illegible]

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 40742721313 *2075-01798-07-23

UNABLE TO FORWARD FOR REVIEW
**3013**

BC: 35232136363 DU *2075-01798-07-23

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| ARKEMA INC. | ALEX JONES | 8764447 |

| | | | |
|---|---|---|---|
| **Referred By:** | Janelle Paine | **Claimant DOB:** | |
| **Referral Date:** | 12/10/2019 | **Job Title:** | CHEMICAL OPERATOR |
| **Due Date:** | 12/24/2019 | **Medical/ Surgical Condition:** | neck/back pain |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 10/28/2018 |
| **Report Date:** | | **DOD:** | 10/29/2018 |
| **Physical Demands:** | | **BBD:** | 04/29/2019 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

## Core Questions

There are no core questions.

## Additional Questions

Other ***This is an appeal, please ensure all records reviewed and considered. File previously reviewed by Dr. Restrepo-Gartner and Dr. Cohen (RRS), please ensure that file is reviewed by a physician not previously involved with the claim.***

Other Please contact Dr. Smith (p) (251) 447-2142 (f) (251) 447-2271 to discuss the claimant's medical condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. What diagnoses are supported by the medical evidence? Does the medical evidence support any diagnoses causing functional impairment from 5/16/19 through the present? Please explain your medical rationale as to why or why not. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Does the medical evidence support the claimant has the ability to sustain full time capacity (8 hours/day, 5 days/ week) within the identified restrictions and limitations? Please explain your medical rationale. Please provide medical evidence to support your answer. Are the severity and scope of the claimant's reported pain consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? Please provide medical evidence to support your answer. Are there any reported or observed cognitive and/or physical side effects attributed to the prescribed medications? If yes, do the side effects contribute to claimant's impairment?

**Other Comments**
Other Comments - null

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Tue, 10 Dec 2019 21:00:20 +0000
**To:**Paine, Janelle
**Subject:**Claim Referral - Assignment Notification

Your referral request with requested specialty of Chiropractic for claim number 8764447 has been assigned to Dr. Gary Ierna. The anticipated due date for this request is 12/24/2019.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. ALEX JONES JR
MCKAY LAW OFFICES
C/O ALEX JONES
PO BOX 321363
BIRMINGHAM AL 35212

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-6006

November 26, 2019

Mr. Alex Jones Jr
MCKAY LAW OFFICES
C/O ALEX JONES
PO BOX 321363
BIRMINGHAM, AL 35212

RE: Long Term Disability (LTD) Benefits
Arkema Inc.
Claim #: 8764447

Dear Mr. Alex Jones Jr:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Arkema Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

Your file is being forwarded to Lincoln Financial Group's Appeal Review Unit for an independent review of your claim eligibility. Your claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Lincoln Financial Group's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Aubrey Lambert
Appeal Examiner II

Phone No.: (888) 437-7611 Ext. 16670
Secure Fax No.: (603) 422-6006

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587 Manager: FITZGERALD, JOEL Case Mgr: GAYLE, TAMARA

Claimant Name: ALEX JONES Claim #: 8764447

Occupation (Job Title): CHEMICAL OPERATOR Date Sent: 11/20/2019

Diagnosis: M54.5 Low back pain, M25.561 Pain in right knee

Date of Disability: 10/29/2018 Date Benefits Began: 4/29/2019

Maximum Duration: 6/26/2029 Paid Through: 5/15/2019

Date of Denial or (DB451): 5/15/2019 Date Appeal Received: 11/14/2019

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: ARKEMA INC.

Product: LTD Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

# McKayLaw

www.gmckaylegal.com

**Gregory J. McKay, Attorney, LLC**

**P.O. Box 321363 Birmingham, Alabama 35212 · Phone: 205-224-5754 · Fax: 205-224-5755**

DATE: 11/14/19

TO: Liberty Life Assurance Company of Boston

FAX NUMBER: 603-285-4407

IN REFERENCE TO: Alex Jones

NUMBER OF PAGES: 4

COMMENTS:

Confidentiality Notice: The information contained in this facsimile may be confidential and legally privileged. It is intended *only* for use of the individual named. If you are not the intended recipient, you are hereby notified that the disclosure, copying, distribution, or taking of any action in regards to the contents on this fax – except its direct delivery in the intended recipient – is strictly prohibited. If you have received this fax in error, please notify the sender immediately and destroy this cover sheet along with its contents, and delete from your system, if applicable.

McKay Law

Liberty Life Assurance Company of Boston
ATTN: Appeal Review Unit
Group Benefits Disability Claims
PO Box 7213
London, KY 40742-7213 VIA FAX 603-285-4407

RE: Alex Jones
LTD Benefit
Arkema Inc.
#8764447

November 14, 2019

Dear Sir or Mdm.

The purpose of this letter is to appeal the denial of benefits by letter of May 18, 2019. The basis for that denial is Mr. Jones no longer has the need for chiropractic services and there are no current functional restrictions. We have enclosed the statement from Dr. Carter A. Smith, chiropractor, which states Mr. Smith is in continuing need of chiropractic services and instructs him to refrain from prolonged sitting, standing and lifting. Dr. Smith also indicates Mr. Smith would have pain on the ten-point scale rated as a six. This degree of pain would be expected to interfere with an individual's concentration, production and pace to the extent regular competitive employment would not be possible.

Based upon the opinion of the doctor most familiar with Mr. Jones condition, we ask that you reinstate his benefits. If additional information is needed to support this appeal please contact me.

Very truly yours,

Gregory McKay
Gregory J McKay

Gregory J. McKay / McKay Law P.O. Box 321636 Birmingham, Al 35232 ph: (205)224-5754 fax: (205)224-5755

McKay Law

## Privacy Release

I, ALEX JONES JR am currently seeking a reassessment of my claim for Long Term Disability benefits by:

Insurance Co: LINCOLN FINANCIAL

Employer: ARKEMA INC.

Claim Number: 8764447

I have retained the legal services of Gregory J. McKay, Attorney, LLC, of McKay Law, to be my legal representative in this review. It is my intent of this legal representative to have immediate access to my claim file, including any medical records regarding my physical and mental condition prior to and subsequent to the date of authorization.

**This authorization shall be deemed to comply with all requirements of HIPPA (45 CFR Section 16.509).**

I understand I may revoke this authorization at any time, except to the extent action has been taken in reliance on this authorization, by sending written notice to the record providers and/or the person named as personal representative. I authorize any settlement proceeds or past due amounts owed be sent directly to my representative, McKay Law/Gregory J. McKay on behalf of myself ALEX JONES JR to P.O. Box 321636 Birmingham, AL 35232.

| ALEX JONES JR | Alex Jones Jr | 8/9/19 |
|---|---|---|
| Printed/Typed Name | Client Signature | Date |

Hands of Life Chiropractic & Rehab Center, PC

HANDS OF LIFE
CHIROPRACTIC & REHAB CENTER

2056 Dauphin Street
Mobile, AL 36606
Phone 251-447-2142 Fax 251-447-2271

October 8, 2019

McKay Law
P.O. Box 321636
Birmingham, Al 35232

RE: Alex Jones

Mr. Alex Jones is a current patient treating at my clinic for relief of neck pain and low back pain. His condition is aggravated by prolonged sitting, standing, bending, lifting, and walking. He describes his pain as frequent, sharp, accompanied by aches with a pain scale of 6 out of 10. Mr. Jones treatment plan consists of 1-2 times a week. He relates his greatest relief through the utilization of chiropractic and physiological therapeutics.

Mr. Jones prognosis for relief of neck pain and low back pain is fair. It is recommended that he continues routine monthly care to address his condition. It is also recommended that Mr. Jones refrain from prolonged standing and lifting. This exacerbates his condition, placing repeated stresses on his body which does not promote sufficient healing to occur.

If I can be of further assistance regarding this patient, please contact my office.

**Yours in health,**

**Dr. Carter A. Smith**
**Chiropractic Physician**

# INVOICE

Reliable Review Services

**Invoice Number : 37369-1** **5/9/2019 3:35 PM CDT**

Claimant: Alex Jones
Client Claim#: 8764447
RRS Claim#: 37369-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Amount Due |
|---|---|---|---|---|
| PEER REVIEW | 2.25 | 210 | $0.00 | 472.50 |

**Total Due: $472.50**

**Reviewer Details**

**Reviewer**

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

*Prompt payment within 30 days is greatly appreciated!*

Reliable RS, PO Box 492890, Redding CA 96049

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 1, 2019 |
| To: | C TANNER HUGHES |
| Attn: | |
| Fax: | (251) 380-1015 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 1, 2019

C Tanner Hughes

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 8, 2019 through the present

We ask that you provide this information by March 5, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4191 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.26.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Alex Jones ✓

Name of legal representative, if applicable (print) NaNette P. CRUZ ✓ Relationship NONE

Signature of claimant or legal representative Alex Jones

Date of Birth: ___ ✓ Claim Number: 6110673 Date: 2/18/19 ✓

**A copy of this authorization will be considered as valid as the original**

# Chart

## Alex Jones JR

**DOB:**

From 02/08/2019 to 04/19/2019

**Encounter #2**

**History & Physical Report**
**3/7/2019: Office Visit - RENAL CYST (753.10 | N28.1) (C Tanner Hughes, MD)**
Alex Jones JR
3/7/2019 2:10 PM
Location: Urology- Mobile
Patient #: 1069750
DOB:
Single / Language: English / Race: Black or African American
Male

History of Present Illness (C Tanner Hughes MD; 3/8/2019 9:39 AM)
The patient is a 54 year old male who presents for a Recheck of Renal cyst. Onset was week(s) ago. Associated symptoms include back pain, while associated symptoms do not include perineal pain, anorexia, seizure, hematuria, nausea or vomiting. The patient is not currently being treated for this problem. Risk factors do not include trauma, smoking or dialysis. The patient was previously evaluated by a primary physician (Dr. Grantham Shell) week(s) ago. Previous presentation included an incidental finding. Past evaluation has included renal ultrasound and abdominal MRI. This problem has not been previously treated. Note for "Renal cyst": 2/26/19 Patient is here due to a renal mass incidentally found during an MRI. He denies any urinary problems or complaints at this moment.

incompletely imaged kidneys, relatively simple appearing cyst on non con mri

3/7/19 Patient is here for a f/u to discuss his recent RUS. He denies any new problems or complaints as of today..

Problem List/Past Medical (Enjali Jones; 3/7/2019 2:49 PM)
RENAL CYST (753.10 | N28.1)

Allergies (Enjali Jones; 3/7/2019 2:49 PM)
No Known Allergies [02/26/2019]:
No Known Drug Allergies [02/26/2019]:
Allergies Reconciled

Family History (Enjali Jones; 3/7/2019 2:49 PM)
Arthritis Mother.
Diabetes Mellitus Mother.
Hypertension Mother.

Social History (Enjali Jones; 3/7/2019 2:49 PM)
Alcohol use 02/26/2019: Never drinks.
Exercise Walks 1-2 times a week.
HIV risk factors 02/26/2019: no
Illicit drug use 02/26/2019: none
Seat Belt Use always
Sun Exposure frequently
Tobacco / smoke exposure 02/26/2019: No
Tobacco use Never smoker. Never smoker.

Medication History (Enjali Jones; 3/7/2019 2:49 PM)
Ibuprofen (800MG Tablet, Oral) Active.
Medications Reconciled

Past Surgical History (Enjali Jones; 3/7/2019 2:49 PM)
No pertinent past surgical history

Other Problems (Enjali Jones; 3/7/2019 2:49 PM)
Arthritis
Diabetes Mellitus
Sleep Apnea
Unspecified Diagnosis

Review of Systems (Enjali Jones; 3/7/2019 2:45 PM)
**General** Present- Weight Loss. Not Present- Fatigue, Fever, Persistent Infections and Weight Gain.
**Skin** Not Present- Change in Wart/Mole, Dryness, Hives, New sore/lesion, Rash and Ulcer.
**HEENT** Present- Wears glasses/contact lenses. Not Present- Hearing Loss, Oral Ulcers, Seasonal Allergies, Sinus Pain and Visual Disturbances.
**Neck** Not Present- Neck Mass.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Difficulty Breathing and Wheezing.
**Breast** Not Present- Breast Mass, Breast Pain and Nipple Discharge.
**Cardiovascular** Present- Shortness of Breath and Swelling of Extremities. Not Present- Chest Pain, Difficulty Breathing On Exertion and Palpitations.
**Gastrointestinal** Present- Hemorrhoids. Not Present- Abdominal Pain, Bloody Stool, Change in Bowel Habits, Chronic diarrhea, Constipation, Difficulty Swallowing, Excessive gas, Fecal incontinence, Heartburn, Jaundice, Nausea, Painful Swallowing and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Change in Urinary Stream, Frequency, Impotence, Incontinence, Nocturia, Painful Urination, Penile Lesions, Testicular Mass, Testicular Pain, Urethral Discharge and Urgency.
**Musculoskeletal** Present- Joint Pain, Muscle Pain and Muscle Weakness.
**Neurological** Present- Trouble walking. Not Present- Decreased Memory, Fainting, Headaches, Numbness and Seizures.
**Psychiatric** Present- Change in Sleep Pattern. Not Present- Anxiety, Depression, Fearful and Frequent crying.
**Endocrine** Not Present- Hair Changes.
**Hematology** Not Present- Easy Bruising, Excessive bleeding and Gland problems.

Vitals (Enjali Jones; 3/7/2019 2:46 PM)
3/7/2019 2:45 PM
**Weight:** 275 lb **Height:** 72 in

**Body Surface Area:** 2.44 $m^2$ **Body Mass Index:** 37.3 kg/$m^2$
**Temp.:** 97.3° F **Pulse:** 69 (Regular)
**BP: 164/103 (Sitting, Left Arm, Standard)**

Physical Exam (C Tanner Hughes MD; 3/8/2019 9:39 AM)
**Integumentary**
**General Characteristics**
**Overall examination of the patient's skin reveals -** no rashes. **Color -** normal coloration of skin. **Skin Moisture -** normal skin moisture.

**Head and Neck**
**Face**
**Global Assessment -** atraumatic.
**Trachea** - midline.

**Eye**
**Sclera/Conjunctiva - Bilateral -** Normal.
**Pupil - Bilateral** - Equal.

**ENMT**
**Global Assessment**
**Examination of related systems reveals -** well developed, well nourished and in no acute distress and normal voice with no communication aids required.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles.

**Neurologic**
**Mental Status**
**Affect -** appropriate. **Speech -** Normal.

**Neuropsychiatric**
**Examination of related systems reveals** - strength and tone is normal overall with no atrophy, spasticity or temors.
**Mental status exam performed with findings of** - attention span and ability to concentrate are normal.

**Musculoskeletal**
**Global Assessment**
**Examination of related systems reveals -** no generalized swelling or edema of extremities and no digital clubbing or cyanosis. **Gait and Station -** normal gait and station and normal posture.

Assessment & Plan (C Tanner Hughes MD; 3/8/2019 9:40 AM)
RENAL CYST (753.10 | N28.1)
Impression: stable from CT in 2012, some mild internal echos but generally stable and only mildly complex appearing

fu with CT A/P w/wo in 6 months
Current Plans

- URINALYSIS, AUTOMATED W/ MICRO(LABTRAK) (81001)
- INFLUENZA IMMUNIZATION HAS NOT BEEN RECEIVED (G8483)
- CURRENT NON SMOKER (1036F)
- COLON AND RECTAL CANCER SCREENING HAS BEEN PERFORMED (3017F)

Signed electronically by C Tanner Hughes, MD (3/8/2019 9:40 AM)

## Flow Sheet

**AUA SYMPTOM SCORE**
**Date:** 2/26/2019
**Note:**

| | AUA SCORE | Column 2 |
|---|---|---|
| Row 2 | 3/7/19 | 0 |

## Laboratories

**URINALYSIS, AUTOMATED W/ MICRO(LABTRAK) (81001)** Preliminary, Partially Reviewed (Collected: 03/07/2019)
Diagnosis: RENAL CYST (753.10 | N28.1)

| | | |
|---|---|---|
| UA - COLOR | **Yellow** | Result Note:<br>Result Annotation: |
| UA - APPEARANCE | **Clear** | Result Note:<br>Result Annotation: |
| UA - LEUKOCYTE ESTERASE | | |
| UA - NITRITE | **Negative** | Result Note:<br>Result Annotation: |
| UA - Urobilinogen | **0.2** | (Normal Range: .2-8) Result Note:<br>Result Annotation: |
| UA - PROTEIN | **Negative** mg/dl | mg/dl) Result Note:<br>Result Annotation: |
| UA - PH | **5 (abn)** | Result Note:<br>Result Annotation: |
| UA - BLOOD | **Negative** | Result Note:<br>Result Annotation: |
| UA - SPECIFIC GRAVITY | **1.030 (abn)** | Result Note:<br>Result Annotation: |
| UA - KETONES | **Negative** | Result Note:<br>Result Annotation: |
| UA - BILIRUBIN | **Negative** | Result Note:<br>Result Annotation: |
| UA - GLUCOSE | **Negative** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - WBC | **WBC, 0** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - RBC | **RBC, 0** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - BACTERIA | **Bacteria, 0** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - OTHER | **Negative** | Result Note:<br>Result Annotation: |

## Procedures

**INFLUENZA IMMUNIZATION HAS NOT BEEN RECEIVED (G8483)** Performed: 03/07/2019 (Final, Reviewed)
**CURRENT NON SMOKER (1036F)** Performed: 03/07/2019 (Final, Reviewed)
**COLON AND RECTAL CANCER SCREENING HAS BEEN PERFORMED (3017F)** Performed: 03/07/2019 (Final, Reviewed)

## Encounter #1

**History & Physical Report**
**2/26/2019: Office Visit - RENAL CYST (753.10 | N28.1) (C Tanner Hughes, MD)**
Alex Jones JR
2/26/2019 2:40 PM
Location: Urology- Mobile
Patient #: 1069750
DOB:
Single / Language: English / Race: Black or African American
Male

History of Present Illness (C Tanner Hughes MD; 3/1/2019 12:48 PM)
The patient is a 54 year old male who presents for a Recheck of Renal cyst. Onset was day(s) ago. Associated symptoms include back pain, while associated symptoms do not include perineal pain, anorexia, seizure, hematuria, nausea or vomiting. The patient is not currently being treated for this problem. Risk factors do not include trauma, smoking or dialysis. The patient was previously evaluated by a primary physician (Dr. Grantham Shell) day(s) ago. Previous presentation included an incidental finding. Past evaluation has included abdominal MRI. This problem has not been previously treated. Note for "Renal cyst": 2/26/19 Patient is here due to a renal mass incidentally found during an MRI. He denies any urinary problems or complaints at this moment.

incompletely imaged kidneys, relatively simple appearing cyst on non con mri

Allergies (Enjali Jones; 2/26/2019 2:56 PM)
No Known Allergies [02/26/2019]:
No Known Drug Allergies [02/26/2019]:
Allergies Reconciled

Family History (Enjali Jones; 2/26/2019 2:58 PM)
Arthritis Mother.
Diabetes Mellitus Mother.
Hypertension Mother.

Social History (Enjali Jones; 2/26/2019 2:58 PM)
Alcohol use 02/26/2019: Never drinks.
Exercise Walks 1-2 times a week.
HIV risk factors 02/26/2019: no
Illicit drug use 02/26/2019: none
Seat Belt Use always
Sun Exposure frequently
Tobacco / smoke exposure 02/26/2019: No
Tobacco use Never smoker. Never smoker.

Medication History (Enjali Jones; 2/26/2019 2:58 PM)
Ibuprofen (800MG Tablet, Oral) Active.
Medications Reconciled

Past Surgical History (Enjali Jones; 2/26/2019 2:58 PM)
No pertinent past surgical history

Other Problems (Enjali Jones; 2/26/2019 2:58 PM)
Arthritis
Diabetes Mellitus
Sleep Apnea

Review of Systems (Enjali Jones; 2/26/2019 3:05 PM)
**General** Present- Weight Loss. Not Present- Fatigue, Fever, Persistent Infections and Weight Gain.
**Skin** Not Present- Change in Wart/Mole, Dryness, Hives, New sore/lesion, Rash and Ulcer.
**HEENT** Present- Wears glasses/contact lenses. Not Present- Hearing Loss, Oral Ulcers, Seasonal Allergies, Sinus Pain and Visual Disturbances.
**Neck** Not Present- Neck Mass.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Difficulty Breathing and Wheezing.
**Breast** Not Present- Breast Mass, Breast Pain and Nipple Discharge.
**Cardiovascular** Present- Shortness of Breath. Not Present- Chest Pain, Difficulty Breathing On Exertion, Palpitations and Swelling of Extremities.
**Gastrointestinal** Present- Constipation and Hemorrhoids. Not Present- Abdominal Pain, Bloody Stool, Change in Bowel Habits, Chronic diarrhea, Difficulty Swallowing, Excessive gas, Fecal incontinence, Heartburn, Jaundice, Nausea, Painful Swallowing and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Change in Urinary Stream, Frequency, Impotence, Incontinence, Nocturia, Painful Urination, Penile Lesions, Testicular Mass, Testicular Pain, Urethral Discharge and Urgency.
**Musculoskeletal** Present- Joint Pain, Muscle Pain and Muscle Weakness.
**Neurological** Present- Headaches and Trouble walking. Not Present- Decreased Memory, Fainting, Numbness and Seizures.
**Psychiatric** Present- Change in Sleep Pattern. Not Present- Anxiety, Depression, Fearful and Frequent crying.
**Endocrine** Present- Hot Flashes . Not Present- Cold Intolerance, Hair Changes and Heat Intolerance.
**Hematology** Not Present- Easy Bruising.

Vitals (Enjali Jones; 2/26/2019 2:53 PM)
2/26/2019 2:53 PM
**Weight:** 270 lb **Height:** 72 in
**Body Surface Area:** 2.42 $m^2$ **Body Mass Index:** 36.62 kg/$m^2$
**Temp.:** 97.7° F **Pulse:** 87 (Regular)
**BP: 157/102 (Sitting, Left Arm, Standard)**

Physical Exam (C Tanner Hughes MD; 3/1/2019 12:48 PM)
**Integumentary**
**General Characteristics**
**Overall examination of the patient's skin reveals -** no rashes. **Color -** normal coloration of skin. **Skin Moisture -** normal skin moisture.

**Head and Neck**
**Face**
**Global Assessment -** atraumatic.
**Trachea** - midline.

**Eye**
**Sclera/Conjunctiva - Bilateral** - Normal.
**Pupil - Bilateral** - Equal.

**ENMT**
**Global Assessment**
**Examination of related systems reveals -** well developed, well nourished and in no acute distress and normal voice with no communication aids required.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles.

**Neurologic**
**Mental Status**
**Affect -** appropriate. **Speech -** Normal.

**Neuropsychiatric**
**Examination of related systems reveals** - strength and tone is normal overall with no atrophy, spasticity or temors.
**Mental status exam performed with findings of** - attention span and ability to concentrate are normal.

**Musculoskeletal**
**Global Assessment**
**Examination of related systems reveals -** no generalized swelling or edema of extremities and no digital clubbing or cyanosis. **Gait and Station -** normal gait and station and normal posture.

Assessment & Plan (C Tanner Hughes MD; 3/1/2019 12:49 PM)
RENAL CYST (753.10 | N28.1)
Impression: RUS to fu after - discussed if complex will need CT but looks relatively simple on MRI

We discussed the natural history of renal cysts, and that we break them down according to complexity. The best evaluation is often CT w/wo, however US can be useful in determining complexity and lacks radiation and iodinated contrast. We discussed that simple cysts require no follow up, that complex cysts can require excision due to concern for malignancy. We will proceed with imaging to further delineate the degree of complexity.
Current Plans

- URINALYSIS, AUTOMATED W/ MICRO(LABTRAK) (81001)
- CURRENT NON SMOKER (1036F)
- INFLUENZA IMMUNIZATION HAS NOT BEEN RECEIVED (G8483)
- COLON AND RECTAL CANCER SCREENING HAS BEEN PERFORMED (3017F)

Signed electronically by C Tanner Hughes, MD (3/1/2019 12:50 PM)

# Flow Sheet

**AUA SYMPTOM SCORE**
**Date:** 2/26/2019
**Note:**

| | AUA SCORE | Column 2 |
|---|---|---|
| Row 1 | 2/26/19 | 0 |

## Laboratories

**URINALYSIS, AUTOMATED W/ MICRO(LABTRAK) (81001)** Final, Reviewed (Collected: 02/26/2019)
Diagnosis: RENAL CYST (753.10 | N28.1)

| | | |
|---|---|---|
| UA - COLOR | **dark yellow** | Result Note:<br>Result Annotation: |
| UA - APPEARANCE | **Clear** | Result Note:<br>Result Annotation: |
| UA - LEUKOCYTE ESTERASE | **Negative** | Result Note:<br>Result Annotation: |
| UA - NITRITE | **Negative** | Result Note:<br>Result Annotation: |
| UA - Urobilinogen | **0.2** | (Normal Range: .2-8) Result Note:<br>Result Annotation: |
| UA - PROTEIN | **Negative** mg/dl | mg/dl) Result Note:<br>Result Annotation: |
| UA - PH | **6.5 (abn)** | Result Note:<br>Result Annotation: |
| UA - BLOOD | **Negative** | Result Note:<br>Result Annotation: |
| UA - SPECIFIC GRAVITY | **1.025** | Result Note:<br>Result Annotation: |
| UA - KETONES | **Negative** | Result Note:<br>Result Annotation: |
| UA - BILIRUBIN | **Negative** | Result Note:<br>Result Annotation: |
| UA - GLUCOSE | **Negative** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - WBC | **WBC, 0** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - RBC | **RBC, 0** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - BACTERIA | **Bacteria, 0** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - OTHER | **Negative** | Result Note:<br>Result Annotation: |

## Procedures

**CURRENT NON SMOKER (1036F)** Performed: 02/26/2019 (Final, Reviewed)
**INFLUENZA IMMUNIZATION HAS NOT BEEN RECEIVED (G8483)** Performed: 02/26/2019 (Final, Reviewed)
**COLON AND RECTAL CANCER SCREENING HAS BEEN PERFORMED (3017F)** Performed: 02/26/2019 (Final, Reviewed)

The information contained in this transmission is privileged, confidential or proprietary information intended only for the use of the individual or entity named within. Information in this transmission may be protected by physician-patient privilege, attorney-client privilege or laws governing proprietary information or trade secrets. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original transmission to us at the above address via the U.S. Postal Service.

Springhill Medical Center
3719 Dauphin Street Mobile, Alabama 36608
(251) 344-9630 Fax (251) 461-2030

PATIENT NAME: JONES, ALEX J MRN: 420272 HOSP NO: 1100597917
DOB: SEX: M Age: 54Y PATIENT TYPE: C
LOC/ROOM: RAD---SMC ADMIT DATE: 03/07/2019 10:30:00
ORDERING MD: Charles Hughes ORDER # : 001FHKGSL

EXAM: US Renal

DATE: 03/07/2019

COMPARISON: CT of the abdomen and pelvis on 10/22/2012

HISTORY: Cyst of kidney, acquired.

FINDINGS: A 1.6 x 2.0 x 2.1 cm cyst with low-grade internal echoes in the lower pole of the right kidney has had no significant change. Both kidneys are otherwise normal with right length 10.8 cm and left length 10.7 cm. There is no hydronephrosis. The bladder is normal.

IMPRESSION:
1. Right renal cyst.
2. Otherwise unremarkable renal ultrasound.

Dictated and Electronically signed by: Donald Wagnon; 3/7/2019 11:58 AM

**From:** LincolnAbsenceNotification@lfg.com
**To:** judy.smith@arkema.com;nick.robertson@arkema.com;paul.dececco@arkema.com;theresa.owler@arkema.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Change in Long Term Disability Status for Alex Jones 8293 Claim 8764447

This is to notify you that there has been a change in the status of your employee's long term disability claim.

**Long Term Disability Information:**

Benefit Payments Period: 4/29/2019 thru 5/15/2019

Disability Claim Status: Closed Not Totally Disabled For Own Occupation

If you have further questions, please call Lincoln Financial at 1-800-291-0112 ext. 14144 or contact the assigned Case Manager at tamara.gayle@libertymutual.com. Please be sure to reference claim number 8764447.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. ALEX JONES JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

May 18, 2019

Mr. Alex Jones Jr

RE: Long Term Disability (LTD) Benefits
Arkema Inc.
Claim #: 8764447

Dear Mr. Alex Jones Jr:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Arkema Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond May 15, 2019. Arkema Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

> ***"Disability"*** *or* ***"Disabled"*** *means:*
>
> 1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
>    i. *if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
>    ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> 2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
>
>    ***"Disability" or "Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*
>
> ***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability*

*under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since April 29, 2019.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for low back pain and your claim file contains the following medical documentation:

- Office Visit Notes, Treatment Plan and Restrictions Dr. Smith 04/04/2019, 02/15/2019-03/21/2019
- Alabama Orthopedic 01/14/2019-02/07/2019, 12/03/2018-12/06/2018, 11/02/2018
- Office Visit Notes 12/03/2018-12/06/2018

In order to better understand any restrictions and limitations that may be supported we referred your file to a Physician Board Certified Chiropractor. The review opined as follows:

*"There is a lack of clinical documentation to support the impairment being requested in my opinion. This medical condition does not support impairment and/or the need for restrictions and/or limitations from 02/08/2019 to 03/28/2019.*

*After careful review of this file, it is my expert chiropractic opinion that this claimant has reached maximum medical improvement and is not in need of ongoing chiropractic care for this condition any longer. There is a lack of significant clinical evidence to back up the disability claim as well for the timeframe being requested for this claimant. No further chiropractic care is required since reachingmaximum medical improvement and ongoing chiropractic care would be palliative if care would continue."*

We understand that while working at Arkema Inc., you must operator a DCS from the Control Room, producing latex and monitoring the Dryers. Prepping Raw Materials, cleaning tanks, monitor operations and stay in communication for safety and proper operation of the unit.. However, based on research performed by a Vocational Consultant, your occupation as a(n) Chemical Operator, as defined in the national economy, requires medium. These requirements are within your functional capabilities capacity. Therefore, you are capable of performing your occupation with a different employer.

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty Life Assurance Company of Boston, you are expected to repay the amount of

any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Liberty Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Any additional medical records you feel that will support your claim file including office treatment notes, test results, consultations and work restrictions.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłį́į’ dóó ná’ookąąh nííní’ąągo naaltsoos níínítsoozígíí hazho’ó bik’idi’deeshtį́įł nínízingo doo bąąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tamara Gayle
Long Term Disability Claims Examiner II
Phone No.: (800) 291-0112 Ext. 14144
Secure Fax No.: (603) 285-4407

3L133190778

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

**Return to:** Tamara Gayle

**EMPLOYEE/CLAIMANT NAME:** Alex Jones **CLAIM #:** 8764447
**EMPLOYER:** Arkema Inc. **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Alex Jone | | |
| Street Address | City | State / Zip Code |
| | | |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
| | | Separted |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| Shelia Jones | 2 | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Adneather Jones Relationship to you? Mother Tel #. 2

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☑ | ☐ | Social Security (disability or retirement) | $ 2,550 | 4/5/19 | LAST OCT | 1st NOV |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Alex Jones

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** Alex Jone

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

**Return To:** Tamara Gayle

**EMPLOYEE/CLAIMANT NAME:** Alex Jones
**CLAIM NO:** 8764447
**EMPLOYER/SPONSOR:** Arkema Inc. **DATE OF BIRTH:**

**TO BE COMPLETED BY EMPLOYEE:**
**Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 10/28/2018 to present.** ***If additional space is needed, please use a separate sheet of paper.***

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: LLYOD A MAY
Specialty: MD
Address: Family Medical West 5580 INN RD Mobile ALA 36619
Telephone No.: (251) 666-8057 Fax No.: ( )

Name: Gratt Shell
Specialty: MD
Address: 3610 Springhill Medical [illegible] Mobile ALA 36608
Telephone No.: (251) 410-3600 Fax No.: (251) 410-3700

Name: Carter Smith
Specialty: Chiropractor
Address: 2501 Dauphin Island PKWY Mobile ALA 36605
Telephone No.: (251) 447-2142 Fax No.: (251) 447-2271

Name: Dr Donahoe
Specialty: Orthopaedic Spine Surgery
Address: 3610 Springhill Medical Drive North Mobile ALA 36608
Telephone No.: (251) 410-3600 Fax No.: (251) 410-3700

Dr John W. Clardy: Eye Doctor: For Drusens In Eyes: phone: 251-476-0100 FAX: 251-476-0152

**MEDICAL INSURANCE CARRIER(S):**

Name: AetNA
Specialty:
Address:
Telephone No.: (800) 233-6697 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: C V S Pharmacy
Specialty: Pharmacy
Address: Citronelle ALA 19215 North 3rd St.
Telephone No.: (251) 866-9605 Fax No.: ( )

Name: HPC Specialty Pharmacy
Specialty: Pharmacy
Address: 63 S. Royal St. Suite 800 Mobile ALA 36602
Telephone No.: (800) 757-9192 Fax No.: ( )

**I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.**

**SIGNATURE:** Alex Jones **DATE:** 4/24/19

3L133190778

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

**Return to:** Tamara Gayle

**EMPLOYEE/CLAIMANT NAME:** Alex Jones
**CLAIM NO:** 8764447
**EMPLOYER/SPONSOR:** Arkema Inc. **DATE OF BIRTH:**

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ✓ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Shelia Jones DOB:

Do you have children or dependents*? Yes ✓ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| William Lucious | | Non-Custodial | No | N/A |
| Jacorey Petties | | Custodial | Yes | 2019 - 2021 |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Alex Jones Date: 4/24/19

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

EMPLOYEE/CLAIMANT NAME: Alex Jones
CLAIM NO: 8764447
EMPLOYER/SPONSOR: Arkema Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: Yes Certificate Program completed: Yes

Associates Degree: N/A - None College: number of years: No

Bachelor's Degree: BA /BS Major: N/A - None Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): None

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: None

Additional Skills, Hobbies & Volunteer Work None

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Arkema Department: IM PRODUCTION From: 1988 To: 2019
   Job Title(s): Chemical Operator
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): Make Process Batches From Start to Finish, Monitor, pressure, temp, Add chemical into Batch Process

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): ______

A Lincoln Financial Group Company

3. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

4. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

5. Company: ______________ Department: ______________ From: ________ To: ________
   Job Title(s): ______________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______________

**Computer Utilization:**

Computer Training/Courses, Certifications: None

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ________ | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute) ________

(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: - .com Work: ________

SIGNATURE: Alif Jones PHONE NO: ________

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

**Return To:** Tamara Gayle



**EMPLOYEE/CLAIMANT NAME:** Alex Jones
**CLAIM NO:** 8764447 **DATE OF BIRTH:** ______
**EMPLOYER/SPONSOR:** Arkema Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
**Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.**

How long are you able to: Have to get up + strech
sit 2 to 3 hr or until pain gets unbearable stand 1 hr or until pain shoots thru my legs walk Until my legs get tight

How many hours a day do you:
sit until pain get unbearable stand Until pain shoots thru my legs walk Until my legs get tight + pain gets unbearable

Do you take a nap during the day?
Yes ✓ No ______
If Yes, for how long? long as I can until cramps or pain wake me up At what time of the day? After I take my pain pill

How many hours a day do you spend in bed? As long as I can until pain get unbearable

Do you require any assistive devices such as a:
cane ✓ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 2 to 3 hrs

Do you hold a valid driver's license?
Yes ✓ No ______
If No, please explain: ~
If Yes, how long are you able to drive a car? 2 to 3 hrs if pain Allows
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
talk to people + friend At Church on Sundays or Call on phone

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth 10/17/86 / 4/22/03

Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ~

How many times a day do you leave the house during the week? 3 to 4 times when going to therapy or My Doctor
On the weekends? 1 to 2 hrs going to church or to Church on Sundays

How often do you run errands? Go get food to eat or cook, get hair cut

Please describe what errands you most commonly run: food run, go get hair cut

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? Go check mailbox Everyday, Go to chiropractor, doctor, or therapy

Are you left or right hand dominant? Left ______ Right ✓

Are you able to work in your garden? Yes ______ No ✓

Are you able to work on your house? Yes ______ No ✓

Are you able to wash your car? Yes ______ No ✓

How much time is spent daily on your home computer?
✓ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
✓ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: None

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______

Do you have a working home copy machine/fax machine? ______ Yes ✓ No

If yes, please explain purpose and usage: —

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Me | |
| Carrying groceries into the house | Me | |
| Cooking meals | Mother /me | |
| Cleaning after meals | mother /me | |
| Cleaning bathrooms | Mother | |
| Vacuuming | Mother | |
| Doing the laundry | Mother /me | |
| Opening and responding to mail | Me | |
| Managing your finances | me | |
| Balancing your checkbook | me | |
| Bathing yourself | me | |
| Styling your own hair | Get it Cut Bald | |
| Getting dressed | Me | |
| Going up and down stairs | Me with care | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ✓

If Yes, please provide reason and hospital contact Information: Go to get a shot in my BACK

Lincoln Financial Group®

**ACTIVITIES QUESTIONNAIRE**
*page 3 of 3*

How often do you travel or take vacation? None

Where do you go? How do you get there (transportation method)? –

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ____

Do you participate in an exercise program? Yes ____ No ✓ just what they Had me doing in therapy

If Yes, please describe ____

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? –

how many hours per week? –

for whom? ____

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name On long term disability, + S.S. Disability

**Describe in your own words, what prevents you from engaging in any gainful employment.**

I'm in A lot of Pain Everyday + Every Night, Painful to bend legs, walk, Squat, sit, cramps in legs + Hands, legs weak, tighten up when I walk, Arthritis in my Back Severe

**Please describe your daily routine: (If more space is needed, please use the back of this form)**

Get up in morning, wash face, brush teeth get shower, eat breakfast + take pain meds, put on cloth, go to Dr Appointments, therapy, chiropractor, go Back Home, eat dinner take pain med, take Nap, get up eat snack take pain med, go to mailbox read mail, Check News, Eat snack, talk to Mother, Family use bathroom, take pain med, Say Prayers, And go to Bed

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Adneather Jones

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Alex Jones Date: 4/24/19

Signature: Alex Jones

# DIRECT DEPOSIT APPLICATION

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

**Return To:** Tamara Gayle

**EMPLOYEE/CLAIMANT NAME:** Alex Jones
**CLAIM NO:** 8764447
**EMPLOYER/SPONSOR:** Arkema Inc. **DATE OF BIRTH:**

**CHECK ONE:** ☒ New ☐ Change
**YOUR TELEPHONE NUMBER:**
**ADDRESS:** **CITY:** **STATE:** **ZIP:**

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☑ **Checking** ☐ **Savings** **BANK NAME:** Region BANK
**9 DIGIT ABA ROUTING NUMBER:** **BANK ADDRESS:** Mobile ALA
**YOUR ACCOUNT NUMBER:** **CITY:** Mobile **STATE:** ALA **ZIP:** 366
**BANK PHONE:** (251) 431-8100

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: Alex Jones Date: 4/24/19

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

3L133190610

ALEX JONES JR

1122

61-1/620

DATE

PAY TO THE ORDER OF $

DOLLARS

REGIONS

VOID

FOR

3L133190610

Lincoln Financial Group®

# LINCOLN FINANCIAL GROUP
# LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Alex Jones ______ Date of Birth: ______

Employer: Arkema Inc. ______ Policy/Plan Sponsor No. 03 - 509413

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life Assurance Company of Boston. In consideration of Liberty Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life Assurance Company of Boston's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life Assurance Company of Boston immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life Assurance Company of Boston until the amount of Liberty Life Assurance Company of Boston 's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life Assurance Company of Boston within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life Assurance Company of Boston 's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life Assurance Company of Boston in full, I understand Liberty Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.**

Alex Jones 4/24/19

3L133190610

**(Insured/Employee signature)** Alex Jones

**(Address)** 9.

**(Date)** 4/24/19

***Please retain a copy for your records or one can be provided upon request.***

3L133190673

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Alex Jones

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative Alex Jones

Date of Birth: ______________ Claim Number: 8764447 Date: 4/24/19

**A copy of this authorization will be considered as valid as the original.**

Date: 5/09/2019

To: Tamara Gayle
LINCOLN FINANCIAL GROUP

Re: RRS ID: 37369

---

Claimant: Alex Jones

Claim #: 8764447

Line of Business: Disability

Review Type: LTD

Review Level: Initial

Advisory Report

## Clinical History

The claimant is a 54-year-old male with a diagnosis of low back pain related to a lumbar disc herniation. This review is from a Chiropractic perspective to determine if the claimant was functionally impaired from 02/08/2019 to 03/28/2019.

On 10/5/2018, a letter by Dr. Shell stated he was getting worse with physical therapy (PT) and chiropractic for 5 months of care.

The claimant has had PT, medication, home exercise, and pain injections, and still had low back pain and bilateral leg pain. The claimant had an old injury years ago from falling out of tree.

On 1/23/19, the claimant went to see an orthopedic doctor, Dr. May for low back and bilateral leg pain. He has had a lumbar magnetic resonance imaging (MRI) and bilateral epidurals with Dr. Stone. A lumbar disc diagnosis was given. Dr. Smith (Chiropractic) is now treating this claimant for low back and neck pain. This was an injury from 10/29/2018.

On 3/26/19, Dr. Smith noted the claimant had low back pain. Dr. Smith noted the diagnosis is grade 2 neck and low back pain.

The claimant was still experiencing neck and back pain. There was a letter from Dr. Smith's office on 04/04/19 describing the diagnosis.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 5/1/2019 8:56 AM CDT | No Answer | I called the office of Dr. Tanner. No one answered the call. I was unable to leave a voice message. |

| | | |
|---|---|---|
| 5/1/2019 9:57 AM CDT | Kaitlin | I called the office of Dr. Tanner and reached Kaitlin. I left a message for a call back from the provider. |
| 5/1/2019 10:00 AM CDT | Dr. Tanner | See discussion below. |
| 4/30/2019 2:50 PM CDT | Willy - Secretary | I called the office of Dr. Smith and left a message with Willy to ask Dr. Smith to return my call tomorrow morning to discuss the claimant's condition before he begins seeing patients. |
| 5/1/2019 8:52 AM CDT | No Answer | I called the office of Dr. Smith. There was no answer and no way to leave a voice message. I did not receive a call back from the provider. |

## Discussion Summary:

I called and spoke with Dr. Tanner who did not have anything clinical to add after speaking with him. He stated that the renal cyst is not a cause for low back pain and no disability is warranted on his end.

## Questions and Reviewer's Response

**1. Please identify the primary impairing diagnosis(es) with ICD-10 code(s).**

The primary diagnosis with ICD-10 code lumbar disc herniation (722.10/M51.26).

Also noted was a 2.7 cm right renal cyst with back pain per the notes from 3/8/19 which could be a possible reason for low back/flank pain.

**2. If applicable, please identify clinically significant comorbid diagnosis(es) with ICD-10 code(s).**

There were no comorbid diagnoses noted.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 02/08/2019 to 03/28/2019, and comment on the expected duration.**

**A. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

There is a lack of clinical documentation to support the impairment being requested in my opinion. This medical condition does not support impairment and/or the need for restrictions and/or limitations from 02/08/2019 to 03/28/2019. The renal cyst is a non-eventful concern per Dr. Tanner.

There is a lack of significant clinical documentation to substantiate the disability claim being requested at this time.

**4. Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

It seems the claimant is consistent and compliant with the treatment and the treatment provided by the chiropractor is consistent with the standard of care for the apparent level of severity of the condition.

The chiropractor's treatment follows protocol, but is not medically necessary at this point in time for the timeframe being requested due to reaching maximum medical improvement/clinical end point.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There are no non-medical circumstances identified in the medical records that may interfere with work-related activities.

## Assessment/Rationale

After careful review of this file, it is my expert chiropractic opinion that this claimant has reached maximum medical improvement and is not in need of ongoing chiropractic care for this condition any longer. There is a lack of significant clinical evidence to back up the disability claim as well for the timeframe being requested for this claimant. No further chiropractic care is required since reaching maximum medical improvement and ongoing chiropractic care would be palliative if care would continue. There is no specific chiropractic care plan or anticipated discharge date as well for this claimant. It seems like the chiropractic care is ongoing without a clinical goal timeframe. Chronic conditions such as these do not respond any longer to conservative chiropractic care. If persistent pain should continue, then maybe a neuro-surgical evaluation would be appropriate.

## References

Official Disability Guidelines Treatment Index, 23rd Online Edition 2018

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the***

***treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Jay M Cohen, D.C.
Chiropractic
Expertise in: Acupuncture
CT - 000865
NJ - 38MC00379200
NY - 006187
PA - DC004128L
SC - 2943
VA - 0104555809

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 04/30/2019 | Independent Evaluation | Lincoln Financial Group |
| 11/01/2018, 01/23/2019, 01/30/2019, 02/07/2019 | Fax Sheet | Alabama Orthopaedic Clinic |
| 10/05/2018, 10/24/2018, 12/03/2018, 12/06/2018, 02/07/2019 | Progress Note | Alabama Orthopaedic Clinic |
| 01/14/2019 | Progress Record | Gulf Coast Surgical Pertners |
| 12/17/2018, 03/01/2019, 03/18/2019, 03/20/2019, 03/21/2019 | Fax Sheet | Lincoln Financial Group |
| 03/01/2019, 03/18/2019, 03/20/2019, 03/21/2019 | Correspondence | Lincoln Financial Group |
| 02/18/2019 | Authorization for the Release of Protected Health Information | Lincoln Financial Group |
| 02/26/2019, 03/07/2019 | History & Physical Report | C. Tanner Hughes, MD |
| 10/19/2018 | Diagnostic Report | Stephen C. Ashe, DO |
| 12/03/2018-12/17/2018 | Cover Page | Alabama Orthopaedic Clinic |
| 11/05/2018-12/28/2018 | Cover Page | Alabama Orthopaedic Clinic |

| | | |
|---|---|---|
| 03/26/2019, 04/04/2019 | Fax Sheet | Hands of Life Chiropractic & Rehab Center |
| 02/15/2019, 02/19/2019, 02/27/2019, 03/01/2019, 03/07/2019, 03/13/2019, 03/19/2019, 03/21/2019 | PT Notes | Unknown |
| 04/04/2019 | Correspondence | Hands of Life Chiropractic & Rehab Center |

Reliable Review Services

| | |
|---|---|
| Date: | 5/09/2019 |
| To: | Tamara Gayle |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 37369 |

---

| | |
|---|---|
| Claimant: | Alex Jones |
| Claim #: | 8764447 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

Advisory Report

## Clinical History

The claimant is a 54-year-old male with a diagnosis of low back pain related to a lumbar disc herniation. This review is from a Chiropractic perspective to determine if the claimant was functionally impaired from 02/08/2019 to 03/28/2019.

On 10/5/2018, a letter by Dr. Shell stated he was getting worse with physical therapy (PT) and chiropractic for 5 months of care.

The claimant has had PT, medication, home exercise, and pain injections, and still had low back pain and bilateral leg pain. The claimant had an old injury years ago from falling out of tree.

On 1/23/19, the claimant went to see an orthopedic doctor, Dr. May for low back and bilateral leg pain. He has had a lumbar magnetic resonance imaging (MRI) and bilateral epidurals with Dr. Stone. A lumbar disc diagnosis was given. Dr. Smith (Chiropractic) is now treating this claimant for low back and neck pain. This was an injury from 10/29/2018.

On 3/26/19, Dr. Smith noted the claimant had low back pain. Dr. Smith noted the diagnosis is grade 2 neck and low back pain.

The claimant was still experiencing neck and back pain. There was a letter from Dr. Smith's office on 04/04/19 describing the diagnosis.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 5/1/2019 8:56 AM CDT | No Answer | I called the office of Dr. Tanner. No one answered the call. I was unable to leave a voice message. |

| | | |
|---|---|---|
| 5/1/2019 9:57 AM CDT | Kaitlin | I called the office of Dr. Tanner and reached Kaitlin. I left a message for a call back from the provider. |
| 5/1/2019 10:00 AM CDT | Dr. Tanner | See discussion below. |
| 4/30/2019 2:50 PM CDT | Willy - Secretary | I called the office of Dr. Smith and left a message with Willy to ask Dr. Smith to return my call tomorrow morning to discuss the claimant's condition before he begins seeing patients. |
| 5/1/2019 8:52 AM CDT | No Answer | I called the office of Dr. Smith. There was no answer and no way to leave a voice message. I did not receive a call back from the provider. |

## Discussion Summary:

I called and spoke with Dr. Tanner who did not have anything clinical to add after speaking with him. He stated that the renal cyst is not a cause for low back pain and no disability is warranted on his end.

## Questions and Reviewer's Response

**1. Please identify the primary impairing diagnosis(es) with ICD-10 code(s).**

The primary diagnosis with ICD-10 code lumbar disc herniation (722.10/M51.26).

Also noted was a 2.7 cm right renal cyst with back pain per the notes from 3/8/19 which could be a possible reason for low back/flank pain.

**2. If applicable, please identify clinically significant comorbid diagnosis(es) with ICD-10 code(s).**

There were no comorbid diagnoses noted.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 02/08/2019 to 03/28/2019, and comment on the expected duration.**

**A. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

There is a lack of clinical documentation to support the impairment being requested in my opinion. This medical condition does not support impairment and/or the need for restrictions and/or limitations from 02/08/2019 to 03/28/2019. The renal cyst is a non-eventful concern per Dr. Tanner.

There is a lack of significant clinical documentation to substantiate the disability claim being requested at this time.

**4. Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

It seems the claimant is consistent and compliant with the treatment and the treatment provided by the chiropractor is consistent with the standard of care for the apparent level of severity of the condition.

The chiropractor's treatment follows protocol, but is not medically necessary at this point in time for the timeframe being requested due to reaching maximum medical improvement/clinical end point.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

There are no non-medical circumstances identified in the medical records that may interfere with work-related activities.

## Assessment/Rationale

After careful review of this file, it is my expert chiropractic opinion that this claimant has reached maximum medical improvement and is not in need of ongoing chiropractic care for this condition any longer. There is a lack of significant clinical evidence to back up the disability claim as well for the timeframe being requested for this claimant. No further chiropractic care is required since reaching maximum medical improvement and ongoing chiropractic care would be palliative if care would continue. There is no specific chiropractic care plan or anticipated discharge date as well for this claimant. It seems like the chiropractic care is ongoing without a clinical goal timeframe. Chronic conditions such as these do not respond any longer to conservative chiropractic care. If persistent pain should continue, then maybe a neuro-surgical evaluation would be appropriate.

## References


Official Disability Guidelines Treatment Index, 23rd Online Edition 2018


***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the***

***treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Jay M Cohen, D.C.
Chiropractic
Expertise in: Acupuncture
CT - 000865
NJ - 38MC00379200
NY - 006187
PA - DC004128L
SC - 2943
VA - 0104555809

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 04/30/2019 | Independent Evaluation | Lincoln Financial Group |
| 11/01/2018, 01/23/2019, 01/30/2019, 02/07/2019 | Fax Sheet | Alabama Orthopaedic Clinic |
| 10/05/2018, 10/24/2018, 12/03/2018, 12/06/2018, 02/07/2019 | Progress Note | Alabama Orthopaedic Clinic |
| 01/14/2019 | Progress Record | Gulf Coast Surgical Pertners |
| 12/17/2018, 03/01/2019, 03/18/2019, 03/20/2019, 03/21/2019 | Fax Sheet | Lincoln Financial Group |
| 03/01/2019, 03/18/2019, 03/20/2019, 03/21/2019 | Correspondence | Lincoln Financial Group |
| 02/18/2019 | Authorization for the Release of Protected Health Information | Lincoln Financial Group |
| 02/26/2019, 03/07/2019 | History & Physical Report | C. Tanner Hughes, MD |
| 10/19/2018 | Diagnostic Report | Stephen C. Ashe, DO |
| 12/03/2018-12/17/2018 | Cover Page | Alabama Orthopaedic Clinic |
| 11/05/2018-12/28/2018 | Cover Page | Alabama Orthopaedic Clinic |

| | | |
|---|---|---|
| 03/26/2019, 04/04/2019 | Fax Sheet | Hands of Life Chiropractic & Rehab Center |
| 02/15/2019, 02/19/2019, 02/27/2019, 03/01/2019, 03/07/2019, 03/13/2019, 03/19/2019, 03/21/2019 | PT Notes | Unknown |
| 04/04/2019 | Correspondence | Hands of Life Chiropractic & Rehab Center |

sharecare
8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 800.560.3800 | F: 858.430.4962

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records for the patient named on the enclosed invoice. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To expedite handling or contact us, please visit our website:
hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be canceled.

**Liliana Calderon | Credit & Collections**

T: 858.244.1811 F: 858.430.4641 – liliana.calderon@sharecare.com– hds.sharecare.com

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

sharecare

| | |
|---|---|
| Invoice Number: | REBXB-1 |
| Date: | 05/06/2019 |
| Customer Number: | LIBERTY-7211 |
| Due: | Upon Receipt |

(E) LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
SCOTT QUINTO
PO BOX 7211
LONDON, KY 40742

Location: AL031
Facility: UROLOGY AND ONCOLOGY SPECIALISTS, PC

**Patient Name: ALEX JONES** **6110673**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 12 Pages | 1 | $5.00 | $5.00 |
| 2 | Pages Copied: from 1 to 25 | 12 | $1.00 | $12.00 |

| | |
|---|---|
| Electronic Transmission: | $0.43 |
| Sub Total: | $17.43 |
| Tax: | $0.00 |
| Invoice Total | $17.43 |
| Applied: | $0.00 |
| **Balance Due:** | **$17.43** |

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at hds.sharecare.com

Card #: Signature:

Expiration Date:

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**Sharecare Health Data Services, LLC**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | REBXB-1 |
| Date: | 05/06/2019 |
| Customer Number: | LIBERTY-7211 |
| Balance Due: | 17.43 |

## Initial Payment Set up Worksheet

**Claimant's Name** Alex Jones **DOB**

**Customer** Arkema Inc

**LTD Claim #** 8764447 **Work State:** AL

**Associated Claims** 6110673 Type STD Type

**Benefit End date of associated claims** 4/28/2019

**Contractual EP** Greater of End of STD Benefits or 180 days

**LTD Benefit begin date** 4/29/2019 **DOD** 10/29/2018 **AGE** 54

**Max Benefit date** 6/26/2029 To age 65 (but not less than 5 yrs)

**Does policy include COLA provision** No

**Sources used to verify BME amount**

Elig file Dtd 10/22/18 indicates Annual $67,206.00 / 12 mos = $5600.50 BME

**BME amount** $5,600.50 **Benefit percentage** 66.67

**Gross modal benefit** $3,733.85

**Benefit Begin date** 4/29/2019

**Approved thru date** 4/28/2021 24 months own occupation

**Offsets entered**

| Type | Amount |
|---|---|
| n/a | |
| | |
| | |

**Deductions entered** **Effective:** **Through**

| Type | Amount | Type | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** **State**

**Completed by:** **Jackie M.** **Approved by:**

T



Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 21, 2019 |
| To: | C TANNER HUGHES |
| Attn: | |
| Fax: | (251) 380-1582 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 21, 2019

C Tanner Hughes

RE: Arkema Inc. Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Group Disability Plan. We are writing in reference to Alex Jones's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Hughes. This is the fourth request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 25, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-REQUEST-PROVIDER-03.20.2019
6110673-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.20.2019

T



Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 20, 2019 |
| To: | C TANNER HUGHES |
| Attn: | |
| Fax: | (251) 380-1582 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

T



Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 20, 2019

C Tanner Hughes

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Group Disability Plan. We are writing in reference to Alex Jones's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Hughes. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 22, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-REQUEST-PROVIDER-03.18.2019

T



Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 18, 2019 |
| To: | C TANNER HUGHES |
| Attn: | |
| Fax: | (251) 380-1582 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

Welcome to Lincoln Financial Group.
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

Bienvenido a Lincoln Financial Group.
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

T



Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 18, 2019

C Tanner Hughes

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Group Disability Plan. We are writing in reference to Alex Jones's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Hughes. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 26, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-REQUEST-PROVIDER-03.01.2019

T



Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 1, 2019 |
| To: | C TANNER HUGHES |
| Attn: | |
| Fax: | (251) 380-1015 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

T



Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 1, 2019

C Tanner Hughes

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 8, 2019 through the present

We ask that you provide this information by March 5, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4191 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Jones allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Jones¿s signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

T



law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.26.2019

T



Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Alex Jones

Name of legal representative, if applicable (print) NANette P. CRUZ Relationship NONE

Signature of claimant or legal representative: Alex Jones

Date of Birth: _ Claim Number: 6110673 Date: 2/18/19

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB Psychotherapy 2015

T



Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Alex Jones

Name of legal representative, if applicable (print) Nanette P. Cruz Relationship Legal Representative

Signature of claimant or legal representative Alex Jones

Date of Birth: ______ Claim Number: 6110673 Date: 2/8/19

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

T

# Chart

## Alex Jones JR

**DOB:**

From 02/08/2019 to 03/29/2019

T

**Encounter #2**

**History & Physical Report**
**3/7/2019: Office Visit - RENAL CYST (753.10 | N28.1) (C Tanner Hughes, MD)**
Alex Jones JR
3/7/2019 2:10 PM
Location: Urology- Mobile
Patient #: 1069750
DOB:
Single / Language: English / Race: Black or African American
Male

History of Present Illness (C Tanner Hughes MD; 3/8/2019 9:39 AM)
The patient is a 54 year old male who presents for a Recheck of Renal cyst. Onset was week(s) ago. Associated symptoms include back pain, while associated symptoms do not include perineal pain, anorexia, seizure, hematuria, nausea or vomiting. The patient is not currently being treated for this problem. Risk factors do not include trauma, smoking or dialysis. The patient was previously evaluated by a primary physician (Dr. Grantham Shell) week(s) ago. Previous presentation included an incidental finding. Past evaluation has included renal ultrasound and abdominal MRI. This problem has not been previously treated. Note for "Renal cyst": 2/26/19 Patient is here due to a renal mass incidentally found during an MRI. He denies any urinary problems or complaints at this moment.

incompletely imaged kidneys, relatively simple appearing cyst on non con mri

3/7/19 Patient is here for a f/u to discuss his recent RUS. He denies any new problems or complaints as of today..

Problem List/Past Medical (Enjali Jones; 3/7/2019 2:49 PM)
RENAL CYST (753.10 | N28.1)

Allergies (Enjali Jones; 3/7/2019 2:49 PM)
No Known Allergies [02/26/2019]:
No Known Drug Allergies [02/26/2019]:
Allergies Reconciled

Family History (Enjali Jones; 3/7/2019 2:49 PM)
Arthritis Mother.
Diabetes Mellitus Mother.
Hypertension Mother.

Social History (Enjali Jones; 3/7/2019 2:49 PM)
Alcohol use 02/26/2019: Never drinks.
Exercise Walks 1-2 times a week.
HIV risk factors 02/26/2019: no
Illicit drug use 02/26/2019: none
Seat Belt Use always
Sun Exposure frequently
Tobacco / smoke exposure 02/26/2019: No
Tobacco use Never smoker. Never smoker.

Medication History (Enjali Jones; 3/7/2019 2:49 PM)
Ibuprofen (800MG Tablet, Oral) Active.
Medications Reconciled

Past Surgical History (Enjali Jones; 3/7/2019 2:49 PM)
No pertinent past surgical history

Other Problems (Enjali Jones; 3/7/2019 2:49 PM)
Arthritis
Diabetes Mellitus
Sleep Apnea
Unspecified Diagnosis

Review of Systems (Enjali Jones; 3/7/2019 2:45 PM)
**General** Present- Weight Loss. Not Present- Fatigue, Fever, Persistent Infections and Weight Gain.
**Skin** Not Present- Change in Wart/Mole, Dryness, Hives, New sore/lesion, Rash and Ulcer.
**HEENT** Present- Wears glasses/contact lenses. Not Present- Hearing Loss, Oral Ulcers, Seasonal Allergies, Sinus Pain and Visual Disturbances.
**Neck** Not Present- Neck Mass.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Difficulty Breathing and Wheezing.
**Breast** Not Present- Breast Mass, Breast Pain and Nipple Discharge.
**Cardiovascular** Present- Shortness of Breath and Swelling of Extremities. Not Present- Chest Pain, Difficulty Breathing On Exertion and Palpitations.
**Gastrointestinal** Present- Hemorrhoids. Not Present- Abdominal Pain, Bloody Stool, Change in Bowel Habits, Chronic diarrhea, Constipation, Difficulty Swallowing, Excessive gas, Fecal incontinence, Heartburn, Jaundice, Nausea, Painful Swallowing and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Change in Urinary Stream, Frequency, Impotence, Incontinence, Nocturia, Painful Urination, Penile Lesions, Testicular Mass, Testicular Pain, Urethral Discharge and Urgency.
**Musculoskeletal** Present- Joint Pain, Muscle Pain and Muscle Weakness.
**Neurological** Present- Trouble walking. Not Present- Decreased Memory, Fainting, Headaches, Numbness and Seizures.
**Psychiatric** Present- Change in Sleep Pattern. Not Present- Anxiety, Depression, Fearful and Frequent crying.
**Endocrine** Not Present- Hair Changes.
**Hematology** Not Present- Easy Bruising, Excessive bleeding and Gland problems.

Vitals (Enjali Jones; 3/7/2019 2:46 PM)
3/7/2019 2:45 PM
**Weight:** 275 lb **Height:** 72 in

T

**Body Surface Area:** 2.44 m² **Body Mass Index:** 37.3 kg/m²
**Temp.:** 97.3° F **Pulse:** 69 (Regular)
**BP: 164/103 (Sitting, Left Arm, Standard)**

Physical Exam (C Tanner Hughes MD; 3/8/2019 9:39 AM)
**Integumentary**
**General Characteristics**
**Overall examination of the patient's skin reveals -** no rashes. **Color -** normal coloration of skin. **Skin Moisture -** normal skin moisture.

**Head and Neck**
**Face**
**Global Assessment -** atraumatic.
**Trachea** - midline.

**Eye**
**Sclera/Conjunctiva - Bilateral** - Normal.
**Pupil - Bilateral** - Equal.

**ENMT**
**Global Assessment**
**Examination of related systems reveals -** well developed, well nourished and in no acute distress and normal voice with no communication aids required.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles.

**Neurologic**
**Mental Status**
**Affect -** appropriate. **Speech -** Normal.

**Neuropsychiatric**
**Examination of related systems reveals** - strength and tone is normal overall with no atrophy, spasticity or temors.
**Mental status exam performed with findings of** - attention span and ability to concentrate are normal.

**Musculoskeletal**
**Global Assessment**
**Examination of related systems reveals -** no generalized swelling or edema of extremities and no digital clubbing or cyanosis. **Gait and Station -** normal gait and station and normal posture.

Assessment & Plan (C Tanner Hughes MD; 3/8/2019 9:40 AM)
RENAL CYST (753.10 | N28.1)
Impression: stable from CT in 2012, some mild internal echos but generally stable and only mildly complex appearing

fu with CT A/P w/wo in 6 months
Current Plans

- URINALYSIS, AUTOMATED W/ MICRO(LABTRAK) (81001)
- INFLUENZA IMMUNIZATION HAS NOT BEEN RECEIVED (G8483)
- CURRENT NON SMOKER (1036F)
- COLON AND RECTAL CANCER SCREENING HAS BEEN PERFORMED (3017F)

Signed electronically by C Tanner Hughes, MD (3/8/2019 9:40 AM)

## Flow Sheet

**AUA SYMPTOM SCORE**
**Date:** 2/26/2019
**Note:**

| | AUA SCORE | Column 2 |
|---|---|---|
| **Row 2** | 3/7/19 | 0 |

T

## Laboratories

**URINALYSIS, AUTOMATED W/ MICRO(LABTRAK) (81001)** Preliminary, Partially Reviewed (Collected: 03/07/2019)
Diagnosis: RENAL CYST (753.10 | N28.1)

| | | |
|---|---|---|
| UA - COLOR | **Yellow** | Result Note:<br>Result Annotation: |
| UA - APPEARANCE | **Clear** | Result Note:<br>Result Annotation: |
| UA - LEUKOCYTE ESTERASE | | |
| UA - NITRITE | **Negative** | Result Note:<br>Result Annotation: |
| UA - Urobilinogen | **0.2** | (Normal Range: .2-8) Result Note:<br>Result Annotation: |
| UA - PROTEIN | **Negative** mg/dl | mg/dl) Result Note:<br>Result Annotation: |
| UA - PH | **5 (abn)** | Result Note:<br>Result Annotation: |
| UA - BLOOD | **Negative** | Result Note:<br>Result Annotation: |
| UA - SPECIFIC GRAVITY | **1.030 (abn)** | Result Note:<br>Result Annotation: |
| UA - KETONES | **Negative** | Result Note:<br>Result Annotation: |
| UA - BILIRUBIN | **Negative** | Result Note:<br>Result Annotation: |
| UA - GLUCOSE | **Negative** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - WBC | **WBC, 0** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - RBC | **RBC, 0** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - BACTERIA | **Bacteria, 0** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - OTHER | **Negative** | Result Note:<br>Result Annotation: |

## Procedures

**INFLUENZA IMMUNIZATION HAS NOT BEEN RECEIVED (G8483)** Performed: 03/07/2019 (Final, Reviewed)
**CURRENT NON SMOKER (1036F)** Performed: 03/07/2019 (Final, Reviewed)
**COLON AND RECTAL CANCER SCREENING HAS BEEN PERFORMED (3017F)** Performed: 03/07/2019 (Final, Reviewed)

T

## Encounter #1

**History & Physical Report**
**2/26/2019: Office Visit - RENAL CYST (753.10 | N28.1) (C Tanner Hughes, MD)**
Alex Jones JR
2/26/2019 2:40 PM
Location: Urology- Mobile
Patient #: 1069750
DOB:
Single / Language: English / Race: Black or African American
Male

History of Present Illness (C Tanner Hughes MD; 3/1/2019 12:48 PM)
The patient is a 54 year old male who presents for a Recheck of Renal cyst. Onset was day(s) ago. Associated symptoms include back pain, while associated symptoms do not include perineal pain, anorexia, seizure, hematuria, nausea or vomiting. The patient is not currently being treated for this problem. Risk factors do not include trauma, smoking or dialysis. The patient was previously evaluated by a primary physician (Dr. Grantham Shell) day(s) ago. Previous presentation included an incidental finding. Past evaluation has included abdominal MRI. This problem has not been previously treated. Note for "Renal cyst": 2/26/19 Patient is here due to a renal mass incidentally found during an MRI. He denies any urinary problems or complaints at this moment.

incompletely imaged kidneys, relatively simple appearing cyst on non con mri

Allergies (Enjali Jones; 2/26/2019 2:56 PM)
No Known Allergies [02/26/2019]:
No Known Drug Allergies [02/26/2019]:
Allergies Reconciled

Family History (Enjali Jones; 2/26/2019 2:58 PM)
Arthritis Mother.
Diabetes Mellitus Mother.
Hypertension Mother.

Social History (Enjali Jones; 2/26/2019 2:58 PM)
Alcohol use 02/26/2019: Never drinks.
Exercise Walks 1-2 times a week.
HIV risk factors 02/26/2019: no
Illicit drug use 02/26/2019: none
Seat Belt Use always
Sun Exposure frequently
Tobacco / smoke exposure 02/26/2019: No
Tobacco use Never smoker. Never smoker.

Medication History (Enjali Jones; 2/26/2019 2:58 PM)
Ibuprofen (800MG Tablet, Oral) Active.
Medications Reconciled

Past Surgical History (Enjali Jones; 2/26/2019 2:58 PM)
No pertinent past surgical history

Other Problems (Enjali Jones; 2/26/2019 2:58 PM)
Arthritis
Diabetes Mellitus
Sleep Apnea

Review of Systems (Enjali Jones; 2/26/2019 3:05 PM)
**General** Present- Weight Loss. Not Present- Fatigue, Fever, Persistent Infections and Weight Gain.
**Skin** Not Present- Change in Wart/Mole, Dryness, Hives, New sore/lesion, Rash and Ulcer.
**HEENT** Present- Wears glasses/contact lenses. Not Present- Hearing Loss, Oral Ulcers, Seasonal Allergies, Sinus Pain and Visual Disturbances.
**Neck** Not Present- Neck Mass.
**Respiratory** Not Present- Bloody sputum, Chronic Cough, Difficulty Breathing and Wheezing.
**Breast** Not Present- Breast Mass, Breast Pain and Nipple Discharge.
**Cardiovascular** Present- Shortness of Breath. Not Present- Chest Pain, Difficulty Breathing On Exertion, Palpitations and Swelling of Extremities.
**Gastrointestinal** Present- Constipation and Hemorrhoids. Not Present- Abdominal Pain, Bloody Stool, Change in Bowel Habits, Chronic diarrhea, Difficulty Swallowing, Excessive gas, Fecal incontinence, Heartburn, Jaundice, Nausea, Painful Swallowing and Vomiting.
**Male Genitourinary** Not Present- Blood in Urine, Change in Urinary Stream, Frequency, Impotence, Incontinence, Nocturia, Painful Urination, Penile Lesions, Testicular Mass, Testicular Pain, Urethral Discharge and Urgency.
**Musculoskeletal** Present- Joint Pain, Muscle Pain and Muscle Weakness.
**Neurological** Present- Headaches and Trouble walking. Not Present- Decreased Memory, Fainting, Numbness and Seizures.
**Psychiatric** Present- Change in Sleep Pattern. Not Present- Anxiety, Depression, Fearful and Frequent crying.
**Endocrine** Present- Hot Flashes . Not Present- Cold Intolerance, Hair Changes and Heat Intolerance.
**Hematology** Not Present- Easy Bruising.

Vitals (Enjali Jones; 2/26/2019 2:53 PM)
2/26/2019 2:53 PM
**Weight:** 270 lb **Height:** 72 in
**Body Surface Area:** 2.42 $m^2$ **Body Mass Index:** 36.62 kg/$m^2$
**Temp.:** 97.7° F **Pulse:** 87 (Regular)
**BP: 157/102 (Sitting, Left Arm, Standard)**

T

Physical Exam (C Tanner Hughes MD; 3/1/2019 12:48 PM)
**Integumentary**
**General Characteristics**
**Overall examination of the patient's skin reveals -** no rashes. **Color -** normal coloration of skin. **Skin Moisture -** normal skin moisture.

**Head and Neck**
**Face**
**Global Assessment -** atraumatic.
**Trachea** - midline.

**Eye**
**Sclera/Conjunctiva - Bilateral** - Normal.
**Pupil - Bilateral** - Equal.

**ENMT**
**Global Assessment**
**Examination of related systems reveals -** well developed, well nourished and in no acute distress and normal voice with no communication aids required.

**Chest and Lung Exam**
**Chest and lung exam reveals** - quiet, even and easy respiratory effort with no use of accessory muscles.

**Neurologic**
**Mental Status**
**Affect -** appropriate. **Speech -** Normal.

**Neuropsychiatric**
**Examination of related systems reveals** - strength and tone is normal overall with no atrophy, spasticity or temors.
**Mental status exam performed with findings of** - attention span and ability to concentrate are normal.

**Musculoskeletal**
**Global Assessment**
**Examination of related systems reveals -** no generalized swelling or edema of extremities and no digital clubbing or cyanosis. **Gait and Station -** normal gait and station and normal posture.

Assessment & Plan (C Tanner Hughes MD; 3/1/2019 12:49 PM)
RENAL CYST (753.10 | N28.1)
Impression: RUS to fu after - discussed if complex will need CT but looks relatively simple on MRI

We discussed the natural history of renal cysts, and that we break them down according to complexity. The best evaluation is often CT w/wo, however US can be useful in determining complexity and lacks radiation and iodinated contrast. We discussed that simple cysts require no follow up, that complex cysts can require excision due to concern for malignancy. We will proceed with imaging to further delineate the degree of complexity.
Current Plans

- URINALYSIS, AUTOMATED W/ MICRO(LABTRAK) (81001)
- CURRENT NON SMOKER (1036F)
- INFLUENZA IMMUNIZATION HAS NOT BEEN RECEIVED (G8483)
- COLON AND RECTAL CANCER SCREENING HAS BEEN PERFORMED (3017F)

Signed electronically by C Tanner Hughes, MD (3/1/2019 12:50 PM)

# Flow Sheet
**AUA SYMPTOM SCORE**
**Date:** 2/26/2019
**Note:**

| | AUA SCORE | Column 2 |
|---|---|---|
| Row 1 | 2/26/19 | 0 |

T

## Laboratories

**URINALYSIS, AUTOMATED W/ MICRO(LABTRAK) (81001)** Final, Reviewed (Collected: 02/26/2019)
Diagnosis: RENAL CYST (753.10 | N28.1)

| | | |
|---|---|---|
| UA - COLOR | **dark yellow** | Result Note:<br>Result Annotation: |
| UA - APPEARANCE | **Clear** | Result Note:<br>Result Annotation: |
| UA - LEUKOCYTE ESTERASE | **Negative** | Result Note:<br>Result Annotation: |
| UA - NITRITE | **Negative** | Result Note:<br>Result Annotation: |
| UA - Urobilinogen | **0.2** | (Normal Range: .2-8) Result Note:<br>Result Annotation: |
| UA - PROTEIN | **Negative** mg/dl | mg/dl) Result Note:<br>Result Annotation: |
| UA - PH | **6.5 (abn)** | Result Note:<br>Result Annotation: |
| UA - BLOOD | **Negative** | Result Note:<br>Result Annotation: |
| UA - SPECIFIC GRAVITY | **1.025** | Result Note:<br>Result Annotation: |
| UA - KETONES | **Negative** | Result Note:<br>Result Annotation: |
| UA - BILIRUBIN | **Negative** | Result Note:<br>Result Annotation: |
| UA - GLUCOSE | **Negative** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - WBC | **WBC, 0** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - RBC | **RBC, 0** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - BACTERIA | **Bacteria, 0** | Result Note:<br>Result Annotation: |
| UA - MICROSCOPY - OTHER | **Negative** | Result Note:<br>Result Annotation: |

## Procedures

**CURRENT NON SMOKER (1036F)** Performed: 02/26/2019 (Final, Reviewed)
**INFLUENZA IMMUNIZATION HAS NOT BEEN RECEIVED (G8483)** Performed: 02/26/2019 (Final, Reviewed)
**COLON AND RECTAL CANCER SCREENING HAS BEEN PERFORMED (3017F)** Performed: 02/26/2019 (Final, Reviewed)

**From:** LincolnAbsenceNotification@lfg.com
**To:**
judy.smith@arkema.com;nick.robertson@arkema.com;paul.dececco@arkema.com;theresa.owler@arkema.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Approval of Long Term Disability for Alex Jones 8293 Claim 8764447

This is to notify you that there has been an approval or extension of your employee's Long Term disability claim.

**Long Term Disability Information:**

Benefit Payments Period: 4/29/2019 thru 4/28/2021

If you have further questions, please call Lincoln Financial at 1-888-440-6118 ext. 14144 or contact the assigned Case Manager at tamara.gayle@libertymutual.com. Please be sure to reference claim number 8764447.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**From:** LincolnAbsenceNotification@lfg.com
**To:**
judy.smith@arkema.com;nick.robertson@arkema.com;paul.dececco@arkema.com;theresa.owler@arkema.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Change in Status of Short Term Disability/Leave Status for Alex Jones, 8293, 6110673

This is to notify you that there has been a change in the status of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Benefit Payments Period: 10/29/2018 thru 4/28/2019

Disability Claim Status: Closed - Maximum Duration/Switched To Ltd

**Family Medical Leave Information:**

Approved Leave Period: Not Applicable

Leave Status: Not Applicable -

If you have further questions, please call Lincoln Financial at 1-888-440-6118 ext. 14144 or contact the assigned Case Manager at tamara.gayle@libertymutual.com. Please be sure to reference claim number 6110673.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**Liberty Mutual Insurance**

Jessica Dougherty, MS, CRC
Commercial Insurance Claims
Medical & Disability Case Management
P.O. Box 66400
London, KY 40742
Phone: (919)710-7093
Fax: (888) 369-5748
E-Mail: Jessica.Dougherty@libertymutual.com

# OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

**Claimant Name:** Alex Jones
**Claim Number:** 8764447
**Technical Claims Manager:** Tamara Gale
**Date of Report:** 4/17/19

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS

Mr. Jones is a 54-year-old Chemical Operator employed by Arkema Inc. who discontinued work on October 29, 2018 due to low back pain. In preparation for this report, I have reviewed the electronic claim file, the job description from the employer, researched standard vocational resources (e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, etc.) and Internet job boards.

### JOB

The details of Mr. Jones' job were obtained from the job description that was found in the claim file. The job duties were reported as:

> "Jobholder will be producing Durastrength and Plastistrength products. The product is produced as a latex in Reactors in a batch process. The Latex is then dried in a continuous process and packaged into several different package sizes. Trouble shooting to correct problems within their work area is critical. Needs good communication skills and able to work well with others. All job functions must be conducted using all safety and environmental procedures and systems. Accurate reporting and computer system entries are critical. Jobholder needs to be self-motivated and require little supervision.
>
> **ACTIVITIES**

Jobholder will be operating a DCS from the Control Room, producing latex and monitoring the Dryers. Several checks are required on Electronic files as well as entries on paper copies of batch sheets. Jobholder holder will be required to perform work in the field. Activities include prepping raw materials for batches, transferring batches to storage, cleaning storage tanks, and monitoring the Dryers. It is critical for the Operators in the Control Room and Field to stay in constant communication for safety and proper operation of the unit. Jobholder will be working using procedures, temporary procedures, and MOC's. They will need to trouble shoot to correct problems within their work area. Microsoft Excel, and Microsoft Word usage is a requirement of the job functions."

Please see claim file for copy of complete job description.

## ASSESSMENT / ANALYSIS

**OCCUPATION**

Based on my review of the job description overviewed above, Mr. Jones' occupation is best represented by that of Packager, Machine (DOT#920.685-078). The DOT description and tasks are substantially similar to the updated information in the Standard Occupation Classification/Occupational Information Network (SOC/O*NET) description of 51-9111.00 - Packaging and Filling Machine Operators and Tenders. The O*NET describes this occupation, along with a sample of reported job titles as,

> "Operate or tend machines to prepare industrial or consumer products for storage or shipment. Includes cannery workers who pack food products.
>
> Sample of reported job titles: Machine Operator, Bundler, Packaging Operator, Closing Machine Operator, Filler Operator, Packing Machine Operator, A-Operator, Fabrication Technician, Adjuster/Packer, Chemical Operator"

Internet research was conducted to further define the physical demands of the occupation. Additionally, a 2015 survey of valid respondents from O*NET was reviewed with regards to the additional physical demands.

**PHYSICAL DEMANDS**

Based on a combination of all the research outlined above, the occupation of Packager, Machine is performed within the medium physical demand classification. The United States Department of Labor defines medium as:

> "**Medium Work** - Exerting 20 to 50 pounds of force occasionally, and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work."

Additional positional requirements:

> **Frequent to Continuous:** standing, reaching, handling, fingering, bending/stooping, twisting
> **Occasional to Frequent:** walking

**<u>Occasional</u>:** sitting, kneeling, crouching/squatting
**<u>No</u>:** climbing, crawling, balancing

## ACTION PLAN / OUTCOME

### SUMMARY AND CONCLUSIONS

Based on the above research, the occupation of Packager, Machine exists in significant numbers within the national economy at the medium physical demand classification as defined above. Specific positional requirements are outlined above. According to the standard vocational resources outlined above, coupled with my vocational expertise, part time opportunity does exist in this occupation in the national economy.

I have not met with Mr. Jones for the purpose of this review. All opinions are based on a review of the electronic claim file and resources listed. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance.

Respectfully submitted,

Jessica A. Dougherty

Jessica Dougherty, MS, CRC
Senior Vocational Consultant

# Liberty Mutual Vocational Rehabilitation



## INVOICE

**TO:** Tamara Gayle
Liberty Mutual Insurance Co.
13830 Ballantyne Corporate Pl
Charlotte NC 28277

**Claimant:** Jones, Alex
**Claim #:** 8764447
**Employer:** Arkema, Inc.
**Date of Injury:** 04/16/2019

04/17/2019

| Date | Code | Nature of Service | Prof | TW | Miles | Misc |
|---|---|---|---|---|---|---|
| 04/17/2019 | | Occupational Analysis | 1.83 | | | |
| | | SUBTOTAL | 1.83 | 0.0 | 0.0 | $0.00 |

**Respectfully Submitted**
Jessica Dougherty

Reference Number: 5700810 / 1116542

**Remit To:**
Liberty Mutual Managed Care, LLC
PO Box 860176
Minneapolis, MN 55486-0176
Fed ID: 04-3217691

| Rate Type | Rates | Quantity | Totals |
|---|---|---|---|
| Professional | 86.0 | 1.83 | $157.38 |
| PAY THIS AMOUNT | | | $157.38 |

Invoice Generic Rev 4/2014

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. ALEX JONES JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

April 18, 2019

Mr. Alex Jones Jr

RE: Long Term Disability (LTD) Benefits
Arkema Inc.
Claim #: 8764447

Dear Mr. Alex Jones Jr:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Arkema Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> ***"Disability"*** *or* ***"Disabled"*** *means:*
>
> 1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
>    i. *if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
>    ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> 2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
>
>    ***"Disability" or "Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is October 29, 2018 and your benefits begin on April 29, 2019. Benefit payment will be sent under separate cover.

The Policy provides benefits at 66% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We ask that you complete the forms indicated below and return them to our office by May 31, 2019.

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Direct Deposit Application
X SS Reimbursement Agreement
X Training Education Experience
X Advantages of Social Security Disability Benefits Form

X W-4S 2019

__ Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Lincoln Financial Group offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylincolnportal.com on your computer or mobile device.

Sincerely,

Tamara Gayle
Long Term Disability Claims Examiner II
Phone No.: (800) 291-0112 Ext. 14144
Secure Fax No.: (603) 285-4407

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Direct Deposit Application
SS Reimbursement Agreement
Training Education Experience
Advantages of Social Security Disability Benefits Form
W-4S 2019
8764447-ACKNOWLEDGE-NEW CLAIM-03.06.2019

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

**Return To:** Tamara Gayle



EMPLOYEE/CLAIMANT NAME: Alex Jones

CLAIM NO: 8764447 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Arkema Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________

If Yes, how long are you able to drive a car?____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________

How many times a day do you leave the house during the week? ____________

On the weekends?____________

How often do you run errands? ____________

Please describe what errands you most commonly run: ____________

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _____ No _____

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _____ No _____

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _____ No _____

If Yes:

how many hours per day? _______

how many hours per week? _______

for whom? ______________________________

Are you working for wages? Yes _____ No _____

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________

Date of Birth: ________________ Claim Number: 8764447 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

**Return To:** Tamara Gayle

EMPLOYEE/CLAIMANT NAME: Alex Jones
CLAIM NO: 8764447
EMPLOYER/SPONSOR: Arkema Inc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 10/28/2019 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
________ ________
Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

**Return to:** Tamara Gayle

**EMPLOYEE/CLAIMANT NAME:** Alex Jones **CLAIM #:** 8764447
**EMPLOYER:** Arkema Inc. **DATE OF BIRTH:** ______

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

DP 409

# DIRECT DEPOSIT APPLICATION

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

**Return To:** Tamara Gayle

EMPLOYEE/CLAIMANT NAME: Alex Jones
CLAIM NO: 8764447
EMPLOYER/SPONSOR: Arkema Inc. DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ______ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

Lincoln Financial Group®

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

**LINCOLN FINANCIAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Alex Jones **Date of Birth:** ____________

**Employer:** Arkema Inc. **Policy/Plan Sponsor No.** 03 - 509413

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life Assurance Company of Boston. In consideration of Liberty Life Assurance Company of Boston paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life Assurance Company of Boston's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life Assurance Company of Boston immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life Assurance Company of Boston to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life Assurance Company of Boston has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life Assurance Company of Boston until the amount of Liberty Life Assurance Company of Boston's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life Assurance Company of Boston in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Liberty Life Assurance Company of Boston within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life Assurance Company of Boston's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life Assurance Company of Boston in full, I understand Liberty Life Assurance Company of Boston will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life Assurance Company of Boston may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life Assurance Company of Boston may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)**________________________________________

**(Address)**________________________________________________

**(Date)** ________________________________________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

Lincoln Financial Group®

EMPLOYEE/CLAIMANT NAME: Alex Jones
CLAIM NO: 8764447
EMPLOYER/SPONSOR: Arkema Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

A Lincoln Financial Group Company

3. Company: ______________________ Department: ______________________ From: __________ To: ________
Job Title(s): ____________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________________________________________
____________________________________________

4. Company: ______________________ Department: ______________________ From: __________ To: ________
Job Title(s): ____________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________________________________________
____________________________________________

5. Company: ______________________ Department: ______________________ From: __________ To: ________
Job Title(s): ____________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________________________________________
____________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______________ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________________ Work: ______________________

**SIGNATURE:** ______________________ **PHONE NO: (     )** ______________________

# <u>Advantages of Social Security Disability Benefits</u>

- **Increased Disability Benefits**
  - **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**
- **Increased Retirement Benefits**
  - **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be *<u>substantially higher</u>*.**
- **Cost of Living Adjustment (COLA) Raises**
  - **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**
- **Tax Free Income**
  - **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**
- **Medicare Coverage**
  - **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**
- **COBRA Extension**
  - **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**
- **Return To Work Incentives**
  - **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ Give this form to the third-party payer of your sick pay.
▶ Go to *www.irs.gov/FormW4S* for the latest information.

OMB No. 1545-0074

**2019**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . $

Employee's signature ▶ Date ▶

...Separate here and give the top part of this form to the payer. Keep the lower part for your records. ...

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2019 . . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Tax. Figure your tax on line 3 by using the **2019** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2018 Form 1040 instructions . . . . . . . . | **4** | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | **5** | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2019 or paid or to be paid with 2019 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write “Revoked” in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 10% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2019, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) | $24,400* |
| Head of household | $18,350* |
| Single or Married filing separately | $12,200* |

* If you’re age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person’s return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older **and** blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,650 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,300 if 65 or older **and** blind. See Pub. 505, Worksheet 2-4.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you’re 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you’re entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2019 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2019 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | **$0 + 10%** | **$0** |
| 9,700 | 39,475 | **970.00 + 12%** | **9,700** |
| 39,475 | 84,200 | **4,543.00 + 22%** | **39,475** |
| 84,200 | 160,725 | **14,382.50 + 24%** | **84,200** |
| 160,725 | 204,100 | **32,748.50 + 32%** | **160,725** |
| 204,100 | 510,300 | **46,628.50 + 35%** | **204,100** |
| 510,300 | and greater | **153,798.50 + 37%** | **510,300** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,850 | **$0 + 10%** | **$0** |
| 13,850 | 52,850 | **1,385 + 12%** | **13,850** |
| 52,850 | 84,200 | **6,065 + 22%** | **52,850** |
| 84,200 | 160,700 | **12,962 + 24%** | **84,200** |
| 160,700 | 204,100 | **31,322 + 32%** | **160,700** |
| 204,100 | 510,300 | **45,210 + 35%** | **204,100** |
| 510,300 | and greater | **152,320 + 37%** | **510,300** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,400 | **$0 + 10%** | **$0** |
| 19,400 | 78,950 | **1,940 + 12%** | **19,400** |
| 78,950 | 168,400 | **9,086 + 22%** | **78,950** |
| 168,400 | 321,450 | **28,765 + 24%** | **168,400** |
| 321,450 | 408,200 | **65,497 + 32%** | **321,450** |
| 408,200 | 612,350 | **93,257 + 35%** | **408,200** |
| 612,350 | and greater | **164,709.50 + 37%** | **612,350** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | **$0 + 10%** | **$0** |
| 9,700 | 39,475 | **970.00 + 12%** | **9,700** |
| 39,475 | 84,200 | **4,543.00 + 22%** | **39,475** |
| 84,200 | 160,725 | **14,382.50 + 24%** | **84,200** |
| 160,725 | 204,100 | **32,748.50 + 32%** | **160,725** |
| 204,100 | 306,175 | **46,628.50 + 35%** | **204,100** |
| 306,175 | and greater | **82,354.75 + 37%** | **306,175** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. ALEX JONES JR

Lincoln
Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 6, 2019

Mr. Alex Jones Jr

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 8764447 and 6110673

Dear Mr. Alex Jones Jr:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Arkema Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since October 29, 2018. Should your disability continue through the maximum benefit date, STD benefits are payable through April 28, 2019.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of this benefit period, we will be reviewing your claim for consideration under Arkema Inc.'s LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

If you have any questions regarding this matter, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- ☐ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- ☐ PHYSICAL JOB EVALUATION FORM (if available)
- ☐ UPDATED MEDICAL WITH CLEAR R&L'S
- ☐ TRAINING-EDUCATION-EXPERIENCE FORM
- ☐ MANAGER APPROVAL (if required)
- ☐ ATTORNEY INFO (if applicable)

FROM: Tamara Gayle DATE: Friday, April 12, 2019

## CLAIM BACKGROUND

Claimant Name: ALEX JONES Claim Number: 8764447

☐ STD ☑ FULLY INSURED ( THRESHOLD $ )

☑ LTD ☐ ASO ☐ LIFE Has MDS worked the claim? ☐ YES ☑ NO

Employer: ARKEMA INC.

Change In DEF. Date: 04/28/2021

Pre-Disability Earnings: $5,600.50 / M (mode) Claim Service Type: ADOP

**Document Locations**

☑ Document List ☐ Correspondence ☐ Paper File

**Case Manager's Recommendations / Reason For Referral:**

OA Analysis

DP 512

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. ALEX JONES JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

April 18, 2019

Mr. Alex Jones Jr

RE: Long Term Disability (LTD) Benefits
Arkema Inc.
Claim #: 8764447

Dear Mr. Alex Jones Jr:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Arkema Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving STD benefits since October 29, 2018. Should your disability continue through the maximum benefit date, STD benefits are payable through April 28, 2019.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of this benefit period, we will be reviewing your claim for consideration under Arkema Inc.'s LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

To assist us with our review, please complete the following forms and return them no later than May 26, 2019.

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire
X Training Education Experience
__ Other

If you have any questions regarding this matter, please contact me.

Sincerely,

Tamara Gayle
Long Term Disability Claims Examiner II
Phone No.: (800) 291-0112 Ext. 14144
Secure Fax No.: (603) 285-4407

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

**Return To:** Tamara Gayle



EMPLOYEE/CLAIMANT NAME: Alex Jones

CLAIM NO: 8764447 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Arkema Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________

If Yes, how long are you able to drive a car?____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________

How many times a day do you leave the house during the week? ____________

On the weekends?____________

How often do you run errands? ____________

Please describe what errands you most commonly run: ____________

How often do you get outdoors? ______________________________________________

Are you left or right hand dominant? Left _________ Right _________

Are you able to work in your garden? Yes _________ No _________

Are you able to work on your house? Yes _________ No _________

Are you able to wash your car? Yes _________ No _________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________________

Do you have a working home copy machine/fax machine? _________ Yes _________ No

If yes, please explain purpose and usage: ____________________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes _________ No _________

If Yes, please provide reason and hospital contact Information: ____________________________________

______________________________________________________________________________

______________________________________________________________________________

Lincoln Financial Group®



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

Describe in your own words, what prevents you from engaging in any gainful employment.

______________________________

______________________________

______________________________

______________________________

______________________________

Please describe your daily routine: (if more space is needed, please use the back of this form)

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________

Date of Birth: ____________ Claim Number: 8764447 Date: ______________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

**Return To:** Tamara Gayle

EMPLOYEE/CLAIMANT NAME: Alex Jones
CLAIM NO: 8764447
EMPLOYER/SPONSOR: Arkema Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 10/28/2018 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
______ ______
Telephone No. :( ) ______ Fax No. :( ) ______ Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

**Return to:** Tamara Gayle

**EMPLOYEE/CLAIMANT NAME:** Alex Jones **CLAIM #:** 8764447

**EMPLOYER:** Arkema Inc. **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

**Return to:** Tamara Gayle

EMPLOYEE/CLAIMANT NAME: Alex Jones
CLAIM NO: 8764447
EMPLOYER/SPONSOR: Arkema Inc. DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______ DOB: ______

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______ Date: ______

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

EMPLOYEE/CLAIMANT NAME: Alex Jones
CLAIM NO: 8764447
EMPLOYER/SPONSOR: Arkema Inc. DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

A Lincoln Financial Group Company

3. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

______________

4. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

______________

5. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (     )** ______________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. ALEX JONES JR

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 285-4407

April 11, 2019

Mr. Alex Jones Jr

RE: Long Term Disability (LTD) Benefits
Arkema Inc.
Claim #: 8764447

Dear Mr. Alex Jones Jr:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for benefits under the Arkema Inc. Long Term Disability (LTD) Insurance Policy.

The purpose of this letter is to inform you that we require additional time to render a determination on your LTD claim. Under the Employee Retirement Income Security Act of 1974 (ERISA), an initial claim determination should be rendered within 45 days of receipt of claim, unless there are special circumstances which require a delay in making a claim determination. If additional time is needed, ERISA allows for up to two 30-day extensions to evaluate and render a claim decision.

At this time, we need additional information which is necessary to render a full and fair determination on your LTD claim for benefits under the Policy. Currently, we are awaiting Clinical Consult. We expect to make a determination on your claim no later than May 9, 2019.

We apologize for any inconvenience caused by this delay and will make every effort to render a determination as soon as possible. In the interim, should you have any questions pertaining to the status of your claim, please contact me at the telephone number below.

Sincerely,

Tamara Gayle
Long Term Disability Claims Examiner II
Phone No.: (800) 291-0112 Ext. 14144
Secure Fax No.: (603) 285-4407

**From:** LincolnAbsenceNotification@lfg.com
**To:**
judy.smith@arkema.com;nick.robertson@arkema.com;paul.dececco@arkema.com;theresa.owler@arkema.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Alex Jones 8293, 6110673

This is to notify you that there has been an approval or extension of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Last Day Worked: 10/28/2018

Date of Disability: 10/29/2018

Benefit Payments Period: 10/29/2018 thru 4/25/2019
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

If you have further questions, please call Lincoln Financial at 1-888-440-6118 ext. 14144 or contact the assigned Case Manager at tamara.gayle@libertymutual.com. Please be sure to reference claim number 6110673.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

sharecare

8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 800.560.3800 | F: 858.430.4962

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records for the patient named on the enclosed invoice. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To expedite handling or contact us, please visit our website:
hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be **canceled**.

**Customer Service**

T: 800.560.3800– F: 858.430.4962 – bactescustomerservice@sharecare.com – hds.sharecare.com

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

Retarus Faxolution

sharecare

| | |
|---|---|
| Invoice Number: | R6YD2-1 |
| Date: | 04/08/2019 |
| Customer Number: | LIBERTY-7211 |
| Due: | Upon Receipt |

(E) LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
SCOTT QUINTO
PO BOX 7211
LONDON, KY 40742

Location: AL031
Facility: UROLOGY AND ONCOLOGY SPECIALISTS, PC

**Patient Name: ALEX JONES** **6110673**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 18 Pages | 1 | $5.00 | $5.00 |
| 2 | Pages Copied: from 1 to 25 | 18 | $1.00 | $18.00 |

| | |
|---|---|
| Electronic Transmission: | $1.18 |
| Sub Total: | $24.18 |
| Tax: | $0.00 |
| Invoice Total | $24.18 |
| Applied: | $0.00 |
| **Balance Due:** | **$24.18** |

**6110673**

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at hds.sharecare.com

Card #: Signature:

Expiration Date:

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**Sharecare Health Data Services, LLC**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | R6YD2-1 |
| Date: | 04/08/2019 |
| Customer Number: | LIBERTY-7211 |
| Balance Due: | 24.18 |

HANDS OF LIFE
CHIROPRACTIC & REHAB CENTER

2056 DAUPHIN STREET MOBILE, AL 36606

251-447-2142 OFFICE 251-447-2271 FAX

| | |
|---|---|
| Send To: Lincoln | From: DR. Smith |
| Attention: Tamara Gayle | Date: 4-4-19 |
| Office Location: | Office Location: |
| Fax Number: (603) 285-4407 | Phone Number: |

Total pages, Including Cover 2

Comments:

Attn: Tamara Gayle
Claim # 6110673
Jones Alex
DOB

Hands of Life Chiropractic & Rehab Center, PC

HANDS OF LIFE
CHIROPRACTIC & REHAB CENTER

2056 Dauphin Street
Mobile, AL 36606
Phone 251-447-2142 Fax 251-447-2271

April 4, 2019

Claim # 6110673

Mr. Alex Jones is being treated at this clinic for Grade 2 low back pain and Grade 2 neck pain. His condition is aggravated by sitting, bending, standing, walking, and cervical ranges of motion. He described his pain as frequent, dull, sharp accompanied by aches. He described his pain as moderate in severity with a pain scale of 6 out of 10.

The plan is to continue treatment. Patient states that his condition has responded better through the utilization of chiropractic and physiological therapeutics. The patient is refrained from lifting and bending. Mr. Jones was prescribed a care plan of 1-2 times a week for 3 weeks with a reexamination scheduled to access additional length of treatment if necessary.

If I can be of any additional help regarding this patient, please contact my office.

**Yours in health,**

**Dr. Carter A. Smith**
**Chiropractic Physician**

HANDS OF LIFE
CHIROPRACTIC & REHAB CENTER

2056 DAUPHIN STREET MOBILE, AL 36606

251-447-2142 OFFICE 251-447-2271 FAX

| | |
|---|---|
| Send To: Lincoln | From: DR. Smith |
| Attention: Tamara Gayle | Date: 4-4-19 |
| Office Location: | Office Location: |
| Fax Number: (603) 285-4407 | Phone Number: |

Total pages, Including Cover 2

Comments:

Attn: Tamara Gayle
Claim # 6110673
Jones Alex
DOB

Hands of Life Chiropractic & Rehab Center, PC

HANDS OF LIFE
CHIROPRACTIC & REHAB CENTER

2056 Dauphin Street
Mobile, AL 36606
Phone 251-447-2142 Fax 251-447-2271

April 4, 2019

Claim # 6110673

Mr. Alex Jones is being treated at this clinic for Grade 2 low back pain and Grade 2 neck pain. His condition is aggravated by sitting, bending, standing, walking, and cervical ranges of motion. He described his pain as frequent, dull, sharp accompanied by aches. He described his pain as moderate in severity with a pain scale of 6 out of 10.

The plan is to continue treatment. Patient states that his condition has responded better through the utilization of chiropractic and physiological therapeutics. The patient is refrained from lifting and bending. Mr. Jones was prescribed a care plan of 1-2 times a week for 3 weeks with a reexamination scheduled to access additional length of treatment if necessary.

If I can be of any additional help regarding this patient, please contact my office.

**Yours in health,**

**Dr. Carter A. Smith**
**Chiropractic Physician**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | April 4, 2019 |
| To: | DR. DAVID DONAHUE<br>3610 SPRINGHILL MEMORIAL DR N<br>MOBILE AL 36608 |
| Attn: | |
| Fax: | (251) 410-3641 |
| From: | Tashia Gray<br>Nurse Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 334-5747 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

April 4, 2019

Dr. David Donahue
3610 SPRINGHILL MEMORIAL DR N
MOBILE, AL 36608

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear Dr. David Donahue:

We are the Disability Claim Administrator for your patient, Alex Jones.

At this time we are in need of the following information in order to evaluate your patient's functional capacity. Please review the following questions and respond directly on this letter.

**1. Please describe your specific observed physical exam findings that indicate impairment or functional deficits as of 2/7/19 office visit.**

**2. Please describe any imposed restrictions or limitations, if indicated, following the last office visit (i.e. restrictions in lifting (indicating number of pounds), bending, twisting at waist level, etc.); please be as specific as possible.**

**3. If restrictions are noted, what is the estimated duration, including any permanency of these restrictions?**

**4. When is the next scheduled office visit? ___/____/_____.**

## 5. What is the current and ongoing treatment plan?

## 6. What is the return to work plan?

Please provide your responses directly on this letter, sign, and return all pages to my attention via facsimile or mail. I ask that you provide a response to this request by April 10, 2019.

____________________________________ ______________________________

Signature Date

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tashia Gray
Nurse Case Manager
Phone No.: (980) 337-5762 Ext.
Secure Fax No.: (603) 334-5747

**From:** LincolnAbsenceNotification@lfg.com
**To:**
judy.smith@arkema.com;nick.robertson@arkema.com;paul.dececco@arkema.com;theresa.owl
er@arkema.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Short Term Disability/Leave
Approval or Extension for Alex Jones 8293, 6110673

This is to notify you that there has been an approval or extension of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Last Day Worked: 10/28/2018

Date of Disability: 10/29/2018

Benefit Payments Period: 10/29/2018 thru 3/20/2019
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

If you have further questions, please call Lincoln Financial at 1-888-440-6118 ext. 14144 or contact the assigned Case Manager at tamara.gayle@libertymutual.com. Please be sure to reference claim number 6110673.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Date: April 2, 2019

Subject: **Nursing Memorandum**

***Claim#:*** 6110673

***Claimant:*** Alex Jones

*Clinical Assessment:*

The EE, is a 54 y/o, treating with multiple providers for low back and bilateral leg pain with associated numbness/tingling/swelling. Conservative treatment with medication, PT, and steroid injections are outlined. MRI {10/19/18} showed slipped/bulging disc and narrowing bilaterally at L4-5, mild bulge at L5-S1 with mild narrowing and facet osteoarthritis. Comorbid conditions outlined to include diabetes and arthritis. 2/7/19 ov with Donahue, MD {Ortho-Surgery} outlined EE reports of pain 8/10{pain scale 0-10, with 10 being the most severe} with aggravating factors to include walking, bending, general range of motion and getting up from sitting position. Exam is unremarkable without documentation on the EE's musculoskeletal system or spine. Plan outlined to include 3rd steroid injection and f/u 2 weeks after. Per s1 notes the EE was to have 3rd injection on 2/22/19 but was unable to due to financial constraints. Ovns notes from 2/15/19 with Smith, MD {Chiropractor} through 3/20/19 received. Ov on 2/15/19 outlined cervical/lumbar/pelvic soft tissue massage and cold pack application. Assessment outlined fair prognosis with no improvement and/or worsening. Tenderness, fixation edema and muscle spasms are noted in the cervical and lumbar spine. Chiropractic notes on 3/20/19 outlined lumbar fixation, tenderness, swelling and muscle spasms. There is no documented exam of ongoing cervical spine issues. Treatment included cervical/lumbar/pelvic adjustment with soft tissue massage and cold pack application. Based on the positive MRI with outlined conservative treatment with pending 3rd injection, possible surgical intervention, and ongoing care with chiropractor, r/ls of occasional walking/sitting, no forward bending, occasional lift push, pull and carry up to 20 lbs are reasonably supported from 2/20/19 through 3/20/19{LOV with AP Smith}. This is to allow for ongoing treatment with injection, chiropractic adjustments/therapy, and reevaluation. R/ls beyond this date remain unclear due to lack of information on updated treatment plan with ortho in terms of last injection and surgical intervention. It is recommended that NCM reach out to AP Donahue for clinical/treatment plan update as well as ongoing r/ls. Will discuss with DCM.

Tashia, G, RN

Nurse Disability Consultant, Lincoln Financial Group

# HANDS OF LIFE
CHIROPRACTIC & REHAB CENTER

2056 DAUPHIN STREET MOBILE, AL 36606

251-447-2142 OFFICE 251-447-2271 FAX

| | |
|---|---|
| Send To: Lincoln | From: DR Smith |
| Attention: Tamara Gayle | Date: 3-26-19 |
| Office Location: | Office Location: |
| Fax Number: (603) 285-4407 | Phone Number: |

Total pages, Including Cover 9

Comments:

Attn: Tamara Gayle
Claim # 6110673

Jones, Alex
DOB

Patient: Jones, Alex Date: 3-20-19

**Subjective**: (Key: 0=Absent 1=Intermittent 2=Much better 3=Slightly better 4=Unchanged since last visit 5=Slightly worse 6=Much worse 7=Exacerbation 8=New condition)

Facial: Jaw, TMJ, LR BL____
Headache: Max, Front, Temp, Par., Occ. L R BL____
Neck: Upper, Middle, Lower, L R BL____
Upper back: L R BL____
Mid back: L R BL____
Chest: L R BL____
Shoulder: L R BL____
Arm, Hand, Finger 1 2 3 4 Th.____
(Lowback): L R BL____
Hip: L R BL____
Sciatica: L I II III IV R I II III IV
Other____

Onset: (insidious), sudden, trauma
Non-trauma
Aggravating factors: (Sit) Drive, Stand
Walk, (Bend), Reach, Cough, Sneeze,
Work, Other____
Relieving factors: Ice, Heat, Stand Walk, Lie,
No relief, Medication, Chiropractic, P.T.
Quality: Sharp, Dull, Ache, Burn, Numb, Pin-needles,
Crepitus, Radiating
Constant, Frequent, (Occasional), (Intermittant)
Other:
Intensity: Marked, (Moderate), (Slight), Minimal

| Activities of daily living: | Difficult | Painful | Unable |
|---|---|---|---|
| Self care, Personal hygiene | C F O I | C F O I | C F O I |
| Communication | C F O I | C F O I | C F O I |
| Physical activity: Intrinsic | C F O I | C F O I | C F O I |
| Functional | C F O I | C F O I | C F O I |
| Sensory function | C F O I | C F O I | C F O I |
| Hand functions | C F O I | C F O I | C F O I |
| Travel | C F O I | C F O I | C F O I |
| Sleep | C F O I | C F O I | C F O I |
| Social, Recreational Activities | C F O I | C F O I | C F O I |

(Key: C=Constant F=Frequent O=Occaisional I=Intermittant)

PT-Y

**Objective**:

| | |
|---|---|
| Palpatory | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, (L1, L2, L3, L4, L5, ASI, RSI) |
| Artic. Fixation | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, (L4), (L5), (LSI), RSI |
| Myospasm | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, (L4), (L5), (LSI), RSI |
| Palp. tenderness | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, (L4), (L5), (LSI), RSI |
| Edema | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, (L4), (L5), (LSI), RSI |
| Trigger point | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, (L4), (L5), (LSI), RSI |
| Guarding | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, (L4), (L5), LSI, RSI |
| Antalgia | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |

Orthopedic: Range of motion

| Cervical | | Lumbar | |
|---|---|---|---|
| Flex | 50 | Flex | 60 |
| Ext | 60 | Ext | 25 |
| LLF | 45 | LLF | 25 |
| RLF | 45 | RLF | 25 |
| LR | 80 | | |
| RR | 80 | | |

Cervical: Maxifer. Compression + - ____ Distraction + - ____ Relief Soto Hall + - L____ R____
Thoracic: Spinal Percussion + - ____ Sternal Compression + - ____
Lumbar: Straight leg raiser L + - ____ R + - ____
Double leg raise + - ____ Reversal sign + - ____
Other:____

| Neurologic: Muscle tests | L | R | Reflexes | L | R |
|---|---|---|---|---|---|
| C4: Trapezius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C5: Biceps | J 0 1 2 3 | J 0 1 2 3 |
| C5: Deltoid | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C6: Brachioradialis | J 0 1 2 3 | J 0 1 2 3 |
| C6: Biceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C7: Triceps | J 0 1 2 3 | J 0 1 2 3 |
| C7: Triceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | L4: Patella | J 0 1 2 3 | J 0 1 2 3 |
| C8: Flexor digitorum | 0 1 2 3 4 5 | 0 1 2 3 4 5 | S1: Achilles | J 0 1 2 3 | J 0 1 2 3 |
| T1: Digit abduction | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L2: Iliopsoas | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L3: Quadriceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L4: Tibialis ant. | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L5: Extensor hallucis longus | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| S1. Gastrocnemius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |

Other:____

**Assessment**:
Subj. today: (Improved) Same Worse
Subj overall: (Improved) Same Worse
Obj. overall: Improved (Same) Worse
Prognosis: Unstable (Fair) Uncertain Good Excellent
Diagnosis: Change Unchanged

**Plan**: Today's tx: (Adjustment) TMJ Occ (Cerv) Thor (Lumb) (Pelvic) (Manual Tract.) Extremity
Physiological therapeutics: (Interferential) HVG Russian Stim. IST
(Cold pack) Hot pack Cerv. traction (Soft tissue massage) Trigger point Ice massage Paraffin bath

P.T. notes____

Home care: CVL pillow Knee elevation Lumbar support TENS CVL traction Ice pack Moist heat
Exercises: CVL/Scapular Shoulder stretching Shoulder strengthening Back program Lumbosacral stretching
Lumbosacral strengthening Hip program Knee program
Next visit: M T W T F Sat Report Exam X-ray C T L X Consult

Patient: Jones, Aleep                                  Date: 3-19-19

**Subjective**: (Key: 0=Absent 1=Intermittent 2=Much better 3=Slightly better 4=Unchanged since last visit 5=Slightly worse 6=Much worse 7=Exacerbation 8=New condition)

Facial: Jaw, TMJ, LR BL
Headache: Max, Front, Temp, Par., Occ. L R BL
Neck: Upper, Middle, Lower, L R BL
Upper back: L R BL
Mid back: L R BL
Chest: L R BL
Shoulder: L R BL
Arm, Hand, Finger 1 2 3 4 Th.
Lowback: L R BL
Hip: L R BL
Sciatica: L I II III IV R I II III IV
Other:

Onset: insidious, sudden, trauma
Non-trauma
Aggravating factors: Sit, Drive, Stand
Walk, Bend, Reach, Cough, Sneeze,
Work, Other
Relieving factors: Ice, Heat, Stand Walk, Lie,
No relief, Medication, Chiropractic, P.T.
Quality: Sharp, Dull, Ache, Burn, Numb, Pin-needles,
Crepitus, Radiating
Constant, Frequent, Occasional, Intermittant
Other:
Intensity: Marked, Moderate, Slight, Minimal

| Activities of daily living: | Difficult | Painful | Unable |
|---|---|---|---|
| Self care, Personal hygiene | C F O I | C F O I | C F O I |
| Communication | C F O I | C F O I | C F O I |
| Physical activity: Intrinsic | C F O I | C F O I | C F O I |
| Functional | C F O I | C F O I | C F O I |
| Sensory function | C F O I | C F O I | C F O I |
| Hand functions | C F O I | C F O I | C F O I |
| Travel | C F O I | C F O I | C F O I |
| Sleep | C F O I | C F O I | C F O I |
| Social, Recreational Activities | C F O I | C F O I | C F O I |

(Key: C=Constant F=Frequent O=Occasional I=Intermittant)

PT-L

**Objective**:

| | |
|---|---|
| Palpatory | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Artic. Fixation | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Myospasm | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Palp. tenderness | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Edema | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Trigger point | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Guarding | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Antalgia | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |

Orthopedic: Range of motion

| Cervical | | Lumbar | |
|---|---|---|---|
| Flex | 50 | Flex | 60 |
| Ext | 60 | Ext | 25 |
| LLF | 45 | LLF | 25 |
| RLF | 45 | RLF | 25 |
| LR | 80 | | |
| RR | 80 | | |

Cervical: Maxifer. Compression + - ______ Distraction + - ______ Relief Soto Hall + - I______ II______
Thoracic: Spinal Percussion + - ______ Sternal Compression + - ______
Lumbar: Straight leg raiser L + - ______ R + - ______
Double leg raise + - ______ Reversal sign + - ______
Other:

| Neurologic: Muscle tests | L | R | Reflexes | L | R |
|---|---|---|---|---|---|
| C4: Trapezius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C5: Biceps | J 0 1 2 3 | J 0 1 2 3 |
| C5: Deltoid | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C6: Brachioradialis | J 0 1 2 3 | J 0 1 2 3 |
| C6: Biceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C7: Triceps | J 0 1 2 3 | J 0 1 2 3 |
| C7: Triceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | L4: Patella | J 0 1 2 3 | J 0 1 2 3 |
| C8: Flexor digitorum | 0 1 2 3 4 5 | 0 1 2 3 4 5 | S1: Achilles | J 0 1 2 3 | J 0 1 2 3 |
| T1: Digit abduction | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L2: Iliopsoas | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L3: Quadriceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L4: Tibialis ant. | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L5: Extensor hallucis longus | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| S1. Gastrocnemius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |

Other:

**Assessment**: Subj. today: Improved Same Worse
Subj overall: Improved Same Worse
Obj. overall: Improved Same Worse
Prognosis: Unstable Fair Uncertain Good Excellent
Diagnosis: Change Unchanged

**Plan**: Today's tx: Adjustment TMJ Occ Cerv Thor Lumb Pelvic Manual Tract. Extremity
Physiological therapeutics: Interferential HVG Russian Stim. IST
Cold pack Hot pack Cerv. traction Soft tissue massage Trigger point Ice massage Paraffin bath

P.T. notes

Home care: CVL pillow Knee elevation Lumbar support TENS CVL traction Ice pack Moist heat
Exercises: CVL/Scapular Shoulder stretching Shoulder strengthening Back program Lumbosacral stretching
Lumbosacral strengthening Hip program Knee program
Next visit: M T W T F Sat Report Exam X-ray C T L X Consult

Patient: Jones, Alex Date: 3-13-19

**Subjective**: (Key: 0=Absent 1=Intermittent 2=Much better 3=Slightly better 4=Unchanged since last visit 5=Slightly worse 6=Much worse 7=Exacerbation 8=New condition)

Facial: Jaw, TMJ, LR BL______

Headache: Max, Front, Temp, Par., Occ. L R BL______

Neck: Upper, Middle, Lower, L R BL______

Upper back: L R BL______

Mid back: L R BL______

Chest: L R BL______

Shoulder: L R BL______

Arm, Hand, Finger 1 2 3 4 Th.______

Low back: L R BL______

Hip: L R BL______

Sciatica: L I II III IV R I II III IV

Other:______

Onset: Insidious, sudden, trauma Non-trauma

Aggravating factors: Sit, Drive, Stand Walk, Bend, Reach, Cough, Sneeze, Work, Other ______

Relieving factors: Ice, Heat, Stand Walk, Lie, No relief, Medication, Chiropractic, P.T.

Quality: Sharp, Dull, Achy, Burn, Numb, Pin-needles, Crepitus, Radiating

Constant, Frequent, Occasional, Intermittant

Other:

Intensity: Marked, Moderate, Slight, Minimal

| Activities of daily living: | Difficult | Painful | Unable |
|---|---|---|---|
| Self care, Personal hygiene | C F O I | C F O I | C F O I |
| Communication | C F O I | C F O I | C F O I |
| Physical activity: Intrinsic | C F O I | C F O I | C F O I |
| Functional | C F O I | C F O I | C F O I |
| Sensory function | C F O I | C F O I | C F O I |
| Hand functions | C F O I | C F O I | C F O I |
| Travel | C F O I | C F O I | C F O I |
| Sleep | C F O I | C F O I | C F O I |
| Social, Recreational Activities | C F O I | C F O I | C F O I |

(Key: C=Constant F=Frequent O=Occaisional I=Intermittant)

**Objective**:

Palpatory Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Artic. Fixation Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Myospasm Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Palp. tenderness Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Edema Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Trigger point Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Guarding Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Antalgia Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Orthopedic: Range of motion

| Cervical | | Lumbar | |
|---|---|---|---|
| Flex | 50 | Flex | 60 |
| Ext | 60 | Ext | 25 |
| LLF | 45 | LLF | 25 |
| RLF | 45 | RLF | 25 |
| LR | 80 | | |
| RR | 80 | | |

Cervical: Maxifer. Compression + - ______ Distraction + - ______ Relief Soto Hall + - I______ II______

Thoracic: Spinal Percussion + - ______ Sternal Compression + - ______

Lumbar: Straight leg raiser L + - ______ R + - ______

Double leg raise + - ______ Reversal sign + - ______

Other:______

| Neurologic: Muscle tests | L | R | Reflexes | L | R |
|---|---|---|---|---|---|
| C4: Trapezius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C5: Biceps | J 0 1 2 3 | J 0 1 2 3 |
| C5: Deltoid | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C6: Brachioradialis | J 0 1 2 3 | J 0 1 2 3 |
| C6: Biceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C7: Triceps | J 0 1 2 3 | J 0 1 2 3 |
| C7: Triceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | L4: Patella | J 0 1 2 3 | J 0 1 2 3 |
| C8: Flexor digitorum | 0 1 2 3 4 5 | 0 1 2 3 4 5 | S1: Achilles | J 0 1 2 3 | J 0 1 2 3 |
| T1: Digit abduction | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L2: Iliopsoas | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L3: Quadriceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L4: Tibialis ant. | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L5: Extensor hallucis longus | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| S1. Gastrocnemius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |

Other:______

**Assessment**: Subj. today: Improved Same Worse

Subj overall: Improved Same Worse

Obj. overall: Improved Same Worse

Prognosis: Unstable Fair Uncertain Good Excellent

Diagnosis: Change Unchanged

**Plan**: Today's tx: Adjustment TMJ Occ Cerv Thor Lumb Pelvic Manual Tract. Extremity

Physiological therapeutics: Interferential HVG Russian Stim. IST

Cold pack Hot pack Cerv. traction Soft tissue massage Trigger point Ice massage Paraffin bath

P.T. notes______

Home care: CVL pillow Knee elevation Lumbar support TENS CVL traction Ice pack Moist heat

Exercises: CVL/Scapular Shoulder stretching Shoulder strengthening Back program Lumbosacral stretching Lumbosacral strengthening Hip program Knee program

Next visit: M T W T F Sat Report Exam X-ray C T L X Consult

Patient: Jones, Alex Date: 3-7-19

**Subjective**: (Key: 0=Absent 1=Intermittent 2=Much better 3=Slightly better 4=Unchanged since last visit 5=Slightly worse 6=Much worse 7=Exacerbation 8=New condition)

Facial: Jaw, TMJ, LR BL____

Headache: Max, Front, Temp, Par., Occ. L R BL____

Neck: Upper, Middle, Lower, L R BL____

Upper back: L R BL____

Mid back: L R BL____

Chest: L R BL____

Shoulder: L R BL____

Arm, Hand, Finger 1 2 3 4 Th.____

Lowback: L R BL____

Hip: L R BL____

Sciatica: L I II III IV R I II III IV

Other:____

Onset: Insidious, sudden, trauma
Non-trauma

Aggravating factors: Sit, Drive, Stand
Walk, Bend, Reach, Cough, Sneeze,
Work, Other ____

Relieving factors: Ice, Heat, Stand Walk, Lie,
No relief, Medication, Chiropractic, P.T.

Quality: Sharp, Dull, Ache, Burn, Numb, Pin-needles,
Crepitus, Radiating

Constant, Frequent, Occasional, Intermittant

Other:

Intensity: Marked, Moderate, Slight, Minimal

| Activities of daily living: | Difficult | Painful | Unable |
|---|---|---|---|
| Self care, Personal hygiene | C F O I | C F O I | C F O I |
| Communication | C F O I | C F O I | C F O I |
| Physical activity: Intrinsic | C F O I | C F O I | C F O I |
| Functional | C F O I | C F O I | C F O I |
| Sensory function | C F O I | C F O I | C F O I |
| Hand functions | C F O I | C F O I | C F O I |
| Travel | C F O I | C F O I | C F O I |
| Sleep | C F O I | C F O I | C F O I |
| Social, Recreational Activities | C F O I | C F O I | C F O I |

(Key: C=Constant F=Frequent O=Occasional I=Intermittant)

A7-K

**Objective**:

| | |
|---|---|
| Palpatory | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Artic. Fixation | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Myospasm | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Palp. tenderness | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Edema | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Trigger point | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Guarding | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Antalgia | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |

Orthopedic: Range of motion

| Cervical | | Lumbar | |
|---|---|---|---|
| Flex | 50 | Flex | 60 |
| Ext | 60 | Ext | 25 |
| LLF | 45 | LLF | 25 |
| RLF | 45 | RLF | 25 |
| LR | 80 | | |
| RR | 80 | | |

Cervical: Maxifer. Compression + - ____ Distraction + - ____ Relief Soto Hall + - I____ II____

Thoracic: Spinal Percussion + - ____ Sternal Compression + - ____

Lumbar: Straight leg raiser L + - ____ R + - ____

Double leg raise + - ____ Reversal sign + - ____

Other:____

| Neurologic: Muscle tests | L | R | Reflexes | L | R |
|---|---|---|---|---|---|
| C4: Trapezius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C5: Biceps | J 0 1 2 3 | J 0 1 2 3 |
| C5: Deltoid | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C6: Brachioradialis | J 0 1 2 3 | J 0 1 2 3 |
| C6: Biceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C7: Triceps | J 0 1 2 3 | J 0 1 2 3 |
| C7: Triceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | L4: Patella | J 0 1 2 3 | J 0 1 2 3 |
| C8: Flexor digitorum | 0 1 2 3 4 5 | 0 1 2 3 4 5 | S1: Achilles | J 0 1 2 3 | J 0 1 2 3 |
| T1: Digit abduction | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L2: Iliopsoas | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L3: Quadriceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L4: Tibialis ant. | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L5: Extensor hallucis longus | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| S1. Gastrocnemius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |

Other:____

**Assessment**: Subj. today: Improved Same Worse
Subj overall: Improved Same Worse
Obj. overall: Improved Same Worse
Prognosis: Unstable Fair Uncertain Good Excellent
Diagnosis: Change Unchanged

**Plan**: Today's tx: Adjustment TMJ Occ Cerv Thor Lumb Pelvic Manual Tract. Extremity
Physiological therapeutics: Interferential HVG Russian Stim. IST
Cold pack Hot pack Cerv. traction Soft tissue massage Trigger point Ice massage Paraffin bath

P.T. notes____

Home care: CVL pillow Knee elevation Lumbar support TENS CVL traction Ice pack Moist heat

Exercises: CVL/Scapular Shoulder stretching Shoulder strengthening Back program Lumbosacral stretching
Lumbosacral strengthening Hip program Knee program

Next visit: M T W T F Sat Report Exam X-ray C T L X Consult

Patient: Jones, Alex Date: 8-1-19

**Subjective**: (Key: 0=Absent 1=Intermittent 2=Much better 3=Slightly better 4=Unchanged since last visit 5=Slightly worse 6=Much worse 7=Exacerbation 8=New condition)

Facial: Jaw, TMJ, LR BL
Headache: Max, Front, Temp, Par., Occ. L R BL
Neck: Upper, Middle, Lower, L R BL
Upper back: L R BL
Mid back: L R BL
Chest: L R BL
Shoulder: L R BL
Arm, Hand, Finger 1 2 3 4 Th.
Lowback: L R BL
Hip: L R BL
Sciatica: L I II III IV R I II III IV
Other:

Onset: Insidious, sudden, trauma
Non-trauma
Aggravating factors: Sit, Drive, Stand
Walk, Bend, Reach, Cough, Sneeze,
Work, Other
Relieving factors: Ice, Heat, Stand Walk, Lie,
No relief, Medication, Chiropractic, P.T.
Quality: Sharp, Dull, Ache, Burn, Numb, Pin-needles,
Crepitus, Radiating
Constant, Frequent, Occasional, Intermittant
Other:
Intensity: Marked, Moderate, Slight, Minimal

| Activities of daily living: | Difficult | Painful | Unable |
|---|---|---|---|
| Self care, Personal hygiene | C F O I | C F O I | C F O I |
| Communication | C F O I | C F O I | C F O I |
| Physical activity: Intrinsic | C F O I | C F O I | C F O I |
| Functional | C F O I | C F O I | C F O I |
| Sensory function | C F O I | C F O I | C F O I |
| Hand functions | C F O I | C F O I | C F O I |
| Travel | C F O I | C F O I | C F O I |
| Sleep | C F O I | C F O I | C F O I |
| Social, Recreational Activities | C F O I | C F O I | C F O I |

(Key: C=Constant F=Frequent O=Occaisional I=Intermittant)

A-7-K

**Objective**:

Palpatory Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI
Artic. Fixation Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI
Myospasm Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI
Palp. tenderness Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI
Edema Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI
Trigger point Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI
Guarding Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI
Antalgia Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Orthopedic: Range of motion

| Cervical | | Lumbar | |
|---|---|---|---|
| Flex | 50 | Flex | 60 |
| Ext | 60 | Ext | 25 |
| LLF | 45 | LLF | 25 |
| RLF | 45 | RLF | 25 |
| LR | 80 | | |
| RR | 80 | | |

Cervical: Maxifer. Compression + - ____ Distraction + - ____ Relief Soto Hall + - I____ II____
Thoracic: Spinal Percussion + - ____ Sternal Compression + - ____
Lumbar: Straight leg raiser L + - ____ R + - ____
Double leg raise + - ____ Reversal sign + - ____
Other:

| Neurologic: Muscle tests | L | R | Reflexes | L | R |
|---|---|---|---|---|---|
| C4: Trapezius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C5: Biceps | J 0 1 2 3 | J 0 1 2 3 |
| C5: Deltoid | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C6: Brachioradialis | J 0 1 2 3 | J 0 1 2 3 |
| C6: Biceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C7: Triceps | J 0 1 2 3 | J 0 1 2 3 |
| C7: Triceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | L4: Patella | J 0 1 2 3 | J 0 1 2 3 |
| C8: Flexor digitorum | 0 1 2 3 4 5 | 0 1 2 3 4 5 | S1: Achilles | J 0 1 2 3 | J 0 1 2 3 |
| T1: Digit abduction | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L2: Iliopsoas | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L3: Quadriceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L4: Tibialis ant. | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L5: Extensor hallucis longus | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| S1. Gastrocnemius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |

Other:

**Assessment**: Subj. today: Improved Same Worse
Subj overall: Improved Same Worse
Obj. overall: Improved Same Worse
Prognosis: Unstable Fair Uncertain Good Excellent
Diagnosis: Change Unchanged

**Plan**: Today's tx: Adjustment TMJ Occ Cerv Thor Lumb Pelvic Manual Traction Extremity
Physiological therapeutics: Interferential HVG Russian Stim. IST
Cold pack Hot pack Cerv. traction Soft tissue massage Trigger point Ice massage Paraffin bath

P.T. notes

Home care: CVL pillow Knee elevation Lumbar support TENS CVL traction Ice pack Moist heat
Exercises: CVL/Scapular Shoulder stretching Shoulder strengthening Back program Lumbosacral stretching
Lumbosacral strengthening Hip program Knee program
Next visit: M T W T F Sat Report Exam X-ray C T L X Consult

Patient: Jones, Alex Date: 2-27-19

**Subjective**: (Key: 0=Absent 1=Intermittent 2=Much better 3=Slightly better 4=Unchanged since last visit 5=Slightly worse 6=Much worse 7=Exacerbation 8=New condition)

Facial: Jaw, TMJ, LR BL

Headache: Max, Front, Temp, Par., Occ. L R BL

Neck: Upper, Middle, Lower, L R BL

Upper back: L R BL

Mid back: L R BL

Chest: L R BL

Shoulder: L R BL

Arm, Hand, Finger 1 2 3 4 Th.

Lowback: L R BL

Hip: L R BL

Sciatica: L I II III IV R I II III IV

Other:

Onset: Insidious, sudden, trauma Non-trauma

Aggravating factors: Sit, Drive, Stand Walk, Bend, Reach, Cough, Sneeze, Work, Other

Relieving factors: Ice, Heat, Stand Walk, Lie, No relief, Medication, Chiropractic, P.T.

Quality: Sharp, Dull, Ache, Burn, Numb, Pin-needles, Crepitus, Radiating

Constant, Frequent, Occasional, Intermittant

Other:

Intensity: Marked, Moderate, Slight, Minimal

| Activities of daily living: | Difficult | Painful | Unable |
|---|---|---|---|
| Self care, Personal hygiene | C F O I | C F O I | C F O I |
| Communication | C F O I | C F O I | C F O I |
| Physical activity: Intrinsic | C F O I | C F O I | C F O I |
| Functional | C F O I | C F O I | C F O I |
| Sensory function | C F O I | C F O I | C F O I |
| Hand functions | C F O I | C F O I | C F O I |
| Travel | C F O I | C F O I | C F O I |
| Sleep | C F O I | C F O I | C F O I |
| Social, Recreational Activities | C F O I | C F O I | C F O I |

(Key: C=Constant F=Frequent O=Occasional I=Intermittant)

PT

**Objective**:

| | |
|---|---|
| Palpatory | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, ~~T12, L1, L2, L3,~~ L4, L5, LSI, RSI |
| Artic. Fixation | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, ~~T12, L1, L2, L3,~~ L4, L5, LSI, RSI |
| Myospasm | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Palp. tenderness | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Edema | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Trigger point | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Guarding | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Antalgia | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |

Orthopedic: Range of motion

| Cervical | | Lumbar | |
|---|---|---|---|
| Flex | 50 | Flex | 60 |
| Ext | 60 | Ext | 25 |
| LLF | 45 | LLF | 25 |
| RLF | 45 | RLF | 25 |
| LR | 80 | | |
| RR | 80 | | |

Cervical: Maxifer. Compression + - ______ Distraction + - ______ Relief Soto Hall + - I______ II______

Thoracic: Spinal Percussion + - ______ Sternal Compression + - ______

Lumbar: Straight leg raiser L + - ______ R + - ______

Double leg raise + - ______ Reversal sign + - ______

Other:

| Neurologic: Muscle tests | L | R | Reflexes | L | R |
|---|---|---|---|---|---|
| C4: Trapezius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C5: Biceps | J 0 1 2 3 | J 0 1 2 3 |
| C5: Deltoid | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C6: Brachioradialis | J 0 1 2 3 | J 0 1 2 3 |
| C6: Biceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C7: Triceps | J 0 1 2 3 | J 0 1 2 3 |
| C7: Triceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | L4: Patella | J 0 1 2 3 | J 0 1 2 3 |
| C8: Flexor digitorum | 0 1 2 3 4 5 | 0 1 2 3 4 5 | S1: Achilles | J 0 1 2 3 | J 0 1 2 3 |
| T1: Digit abduction | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L2: Iliopsoas | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L3: Quadriceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L4: Tibialis ant. | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L5: Extensor hallucis longus | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| S1. Gastrocnemius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |

Other:

**Assessment**:

Subj. today: Improved Same Worse

Subj overall: Improved Same Worse

Obj. overall: Improved Same Worse

Prognosis: Unstable Fair Uncertain Good Excellent

Diagnosis: Change Unchanged

**Plan**:

Today's tx: Adjustment TMJ Occ Cerv Thor Lumb Pelvis Manual Tract. Extremity

Physiological therapeutics: Interferential HVG Russian Stim. IST

Cold pack Hot pack Cerv. traction Soft tissue massage Trigger point Ice massage Paraffin bath

P.T. notes

Home care: CVL pillow Knee elevation Lumbar support TENS CVL traction Ice pack Moist heat

Exercises: CVL/Scapular Shoulder stretching Shoulder strengthening Back program Lumbosacral stretching Lumbosacral strengthening Hip program Knee program

Next visit: M T W T F Sat Report Exam X-ray C T L X Consult

Patient: Jones, Dley Date: 2-19-19

**Subjective**: (Key: 0=Absent 1=Intermittent 2=Much better 3=Slightly better 4=Unchanged since last visit 5=Slightly worse 6=Much worse 7=Exacerbation 8=New condition)

Facial: Jaw, TMJ, LR BL

Headache: Max, Front, Temp, Par., Occ. L R BL

Neck: Upper, Middle, Lower, L R BL

Upper back: L R BL

Mid back: L R BL

Chest: L R BL

Shoulder: L R BL

Arm, Hand, Finger 1 2 3 4 Th.

Lowback: L R BL

Hip: L R BL

Sciatica: L I II III IV R I II III IV

Other:

Onset: Insidious, sudden, trauma Non-trauma

Aggravating factors: Sit, Drive, Stand Walk, Bend, Reach, Cough, Sneeze, Work, Other

Relieving factors: Ice, Heat, Stand Walk, Lie, No relief, Medication, Chiropractic, P.T.

Quality: Sharp, Dull, Achy, Burn, Numb, Pin-needles, Crepitus, Radiating

Constant, Frequent, Occasional, Intermittant

Other:

Intensity: Marked, Moderate, Slight, Minimal

| Activities of daily living: | Difficult | Painful | Unable |
|---|---|---|---|
| Self care, Personal hygiene | C F O I | C F O I | C F O I |
| Communication | C F O I | C F O I | C F O I |
| Physical activity: Intrinsic | C F O I | C F O I | C F O I |
| Functional | C F O I | C F O I | C F O I |
| Sensory function | C F O I | C F O I | C F O I |
| Hand functions | C F O I | C F O I | C F O I |
| Travel | C F O I | C F O I | C F O I |
| Sleep | C F O I | C F O I | C F O I |
| Social, Recreational Activities | C F O I | C F O I | C F O I |

(Key: C=Constant F=Frequent O=Occaisional I=Intermittant)

P7-4

**Objective**:

Palpatory Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Artic. Fixation Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Myospasm Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Palp. tenderness Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Edema Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Trigger point Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Guarding Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Antalgia Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI

Orthopedic: Range of motion

| Cervical | | Lumbar | |
|---|---|---|---|
| Flex | 50 | Flex | 60 |
| Ext | 60 | Ext | 25 |
| LLF | 45 | LLF | 25 |
| RLF | 45 | RLF | 25 |
| LR | 80 | | |
| RR | 80 | | |

Cervical: Maxifer. Compression + - Distraction + - Relief Soto Hall + - I II

Thoracic: Spinal Percussion + - Sternal Compression + -

Lumbar: Straight leg raiser L + - R + -

Double leg raise + - Reversal sign + -

Other:

| Neurologic: Muscle tests | L | R | Reflexes | L | R |
|---|---|---|---|---|---|
| C4: Trapezius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C5: Biceps | J 0 1 2 3 | J 0 1 2 3 |
| C5: Deltoid | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C6: Brachioradialis | J 0 1 2 3 | J 0 1 2 3 |
| C6: Biceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C7: Triceps | J 0 1 2 3 | J 0 1 2 3 |
| C7: Triceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | L4: Patella | J 0 1 2 3 | J 0 1 2 3 |
| C8: Flexor digitorum | 0 1 2 3 4 5 | 0 1 2 3 4 5 | S1: Achilles | J 0 1 2 3 | J 0 1 2 3 |
| T1: Digit abduction | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L2: Iliopsoas | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L3: Quadriceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L4: Tibialis ant. | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L5: Extensor hallucis longus | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| S1. Gastrocnemius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |

Other:

**Assessment**: Subj. today: Improved Same Worse

Subj overall: Improved Same Worse

Obj. overall: Improved Same Worse

Prognosis: Unstable Fair Uncertain Good Excellent

Diagnosis: Change Unchanged

**Plan**: Today's tx: Adjustment TMJ Occ Cerv Thor Lumbar Pelvic Manual Tract. Extremity

Physiological therapeutics: Interferential HVG Russian Stim. IST

Cold pack Hot pack Cerv. traction Soft tissue massage Trigger point Ice massage Paraffin bath

P.T. notes

Home care: CVL pillow Knee elevation Lumbar support TENS CVL traction Ice pack Moist heat

Exercises: CVL/Scapular Shoulder stretching Shoulder strengthening Back program Lumbosacral stretching Lumbosacral strengthening Hip program Knee program

Next visit: M T W T F Sat Report Exam X-ray C T L X Consult

Patient: Jones, Ralesf Date: 2-15-19

**Subjective**: (Key: 0=Absent 1=Intermittent 2=Much better 3=Slightly better 4=Unchanged since last visit 5=Slightly worse 6=Much worse 7=Exacerbation 8=New condition)

Facial: Jaw, TMJ, LR BL
Headache: Max, Front, Temp, Par., Occ. L R BL
Neck: Upper, Middle, Lower, L R BL
Upper back: L R BL
Mid back: L R BL
Chest: L R BL
Shoulder: L R BL
Arm, Hand, Finger 1 2 3 4 Th.
Lowback: L R BL
Hip: L R BL
Sciatica: L I II III IV R I II III IV
Other:

Onset: Insidious, sudden, trauma
Non-trauma
Aggravating factors: Sit, Drive, Stand
Walk, Bend, Reach, Cough, Sneeze,
Work, Other
Relieving factors: Ice, Heat, Stand Walk, Lie,
No relief, Medication, Chiropractic, P.T.
Quality: Sharp, Dull, Ache, Burn, Numb, Pin-needles,
Crepitus, Radiating
Constant, Frequent, Occasional, Intermittant
Other:
Intensity: Marked, Moderate, Slight, Minimal

| Activities of daily living: | Difficult | Painful | Unable |
|---|---|---|---|
| Self care, Personal hygiene | C F O I | C F O I | C F O I |
| Communication | C F O I | C F O I | C F O I |
| Physical activity: Intrinsic | C F O I | C F O I | C F O I |
| Functional | C F O I | C F O I | C F O I |
| Sensory function | C F O I | C F O I | C F O I |
| Hand functions | C F O I | C F O I | C F O I |
| Travel | C F O I | C F O I | C F O I |
| Sleep | C F O I | C F O I | C F O I |
| Social, Recreational Activities | C F O I | C F O I | C F O I |

(Key: C=Constant F=Frequent O=Occaisional I=Intermittant)

PT-D

**Objective**:

| | |
|---|---|
| Palpatory | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Artic. Fixation | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Myospasm | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Palp. tenderness | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Edema | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Trigger point | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Guarding | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |
| Antalgia | Occ, C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5, LSI, RSI |

Orthopedic: Range of motion

| Cervical | | Lumbar | |
|---|---|---|---|
| Flex | 50 | Flex | 60 |
| Ext | 60 | Ext | 25 |
| LLF | 45 | LLF | 25 |
| RLF | 45 | RLF | 25 |
| LR | 80 | | |
| RR | 80 | | |

Cervical: Maxifer. Compression + - ______ Distraction + - ______ Relief Soto Hall + - I ______ II ______
Thoracic: Spinal Percussion + - ______ Sternal Compression + - ______
Lumbar: Straight leg raiser L + - ______ R + - ______
Double leg raise + - ______ Reversal sign + - ______
Other:

| Neurologic: Muscle tests | L | R | Reflexes | L | R |
|---|---|---|---|---|---|
| C4: Trapezius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C5: Biceps | J 0 1 2 3 | J 0 1 2 3 |
| C5: Deltoid | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C6: Brachioradialis | J 0 1 2 3 | J 0 1 2 3 |
| C6: Biceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | C7: Triceps | J 0 1 2 3 | J 0 1 2 3 |
| C7: Triceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | L4: Patella | J 0 1 2 3 | J 0 1 2 3 |
| C8: Flexor digitorum | 0 1 2 3 4 5 | 0 1 2 3 4 5 | S1: Achilles | J 0 1 2 3 | J 0 1 2 3 |
| T1: Digit abduction | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L2: Iliopsoas | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L3: Quadriceps | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L4: Tibialis ant. | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| L5: Extensor hallucis longus | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |
| S1. Gastrocnemius | 0 1 2 3 4 5 | 0 1 2 3 4 5 | | | |

Other:

**Assessment**: Subj. today: Improved Same Worse
Subj overall: Improved Same Worse
Obj. overall: Improved Same Worse
Prognosis: Unstable Fair Uncertain Good Excellent
Diagnosis: Change Unchanged

**Plan**: Today's tx: Adjustment ~~TMJ~~ Occ Cerv Thor Lumb Pelvic Manual Tract. Extremity
Physiological therapeutics: Interferential MVG Russian Stim. IST
Cold pack ~~Hot pack~~ Cerv. traction ~~Soft tissue massage~~ Trigger point Ice massage Paraffin bath

P.T. notes

Home care: CVL pillow Knee elevation Lumbar support TENS CVL traction Ice pack Moist heat
Exercises: CVL/Scapular Shoulder stretching Shoulder strengthening Back program Lumbosacral stretching
Lumbosacral strengthening Hip program Knee program
Next visit: M T W T F Sat Report Exam X-ray C T L X Consult

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 21, 2019 |
| To: | C TANNER HUGHES |
| Attn: | |
| Fax: | (251) 380-1582 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 21, 2019

C Tanner Hughes

RE: Arkema Inc. Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Group Disability Plan. We are writing in reference to Alex Jones's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Hughes. This is the fourth request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 25, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-REQUEST-PROVIDER-03.20.2019
6110673-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.20.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 20, 2019 |
| To: | C TANNER HUGHES |
| Attn: | |
| Fax: | (251) 380-1582 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 20, 2019

C Tanner Hughes

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Group Disability Plan. We are writing in reference to Alex Jones's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Hughes. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 22, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-REQUEST-PROVIDER-03.18.2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 18, 2019 |
| To: | C TANNER HUGHES |
| Attn: | |
| Fax: | (251) 380-1582 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 18, 2019

C Tanner Hughes

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Group Disability Plan. We are writing in reference to Alex Jones's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Hughes. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 26, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-REQUEST-PROVIDER-03.01.2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 1, 2019 |
| To: | C TANNER HUGHES |
| Attn: | |
| Fax: | (251) 380-1015 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 1, 2019

C Tanner Hughes

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 8, 2019 through the present

We ask that you provide this information by March 5, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4191 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Jones allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Jones¿s signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.26.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Alex Jones

Name of legal representative, if applicable (print) NANette P. CRUZ Relationship NONE

Signature of claimant or legal representative Alex Jones

Date of Birth: __ ______ Claim Number: 6110673 Date: 2/18/19

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Alex Jones

Name of legal representative, if applicable (print) Nanette P. Cruz Relationship Legal Representative

Signature of claimant or legal representative Alex Jones

Date of Birth: ______ Claim Number: 6110673 Date: 2/8/19

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 20, 2019 |
| To: | C TANNER HUGHES |
| Attn: | |
| Fax: | (251) 380-1582 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages (Including Cover): | 8 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 20, 2019

C Tanner Hughes

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Group Disability Plan. We are writing in reference to Alex Jones's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Hughes. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 22, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-REQUEST-PROVIDER-03.18.2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 18, 2019 |
| To: | C TANNER HUGHES |
| Attn: | |
| Fax: | (251) 380-1582 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 18, 2019

C Tanner Hughes

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Group Disability Plan. We are writing in reference to Alex Jones's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Hughes. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 26, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-REQUEST-PROVIDER-03.01.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 1, 2019 |
| To: | C TANNER HUGHES |
| Attn: | |
| Fax: | (251) 380-1015 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 1, 2019

C Tanner Hughes

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 8, 2019 through the present

We ask that you provide this information by March 5, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4191 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Jones allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Jones¿s signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.26.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Alex Jones

Name of legal representative, if applicable (print) NANette P. CRUZ Relationship NONE

Signature of claimant or legal representative Alex Jones

Date of Birth: ______ Claim Number: 6110673 Date: 2/18/19

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Alex Jones

Name of legal representative, if applicable (print) Nanette P. Cruz Relationship Legal Representative

Signature of claimant or legal representative Alex Jones

Date of Birth: ______ Claim Number: 6110673 Date: 2/8/19

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 18, 2019 |
| To: | C TANNER HUGHES |
| Attn: | |
| Fax: | (251) 380-1582 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 18, 2019

C Tanner Hughes

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Group Disability Plan. We are writing in reference to Alex Jones's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Hughes. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 26, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-REQUEST-PROVIDER-03.01.2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 1, 2019 |
| To: | C TANNER HUGHES |
| Attn: | |
| Fax: | (251) 380-1015 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 1, 2019

C Tanner Hughes

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 8, 2019 through the present

We ask that you provide this information by March 5, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4191 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Jones allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Jones¿s signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.26.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Alex Jones

Name of legal representative, if applicable (print) NANette P. CRUZ Relationship NONE

Signature of claimant or legal representative Alex Jones

Date of Birth: __ ______ Claim Number: 6110673 Date: 2/18/19

**A copy of this authorization will be considered as valid as the original**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. ALEX JONES JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 6, 2019

Mr. Alex Jones Jr

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 8764447 and 6110673

Dear Mr. Alex Jones Jr:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Arkema Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since October 29, 2018. Should your disability continue through the maximum benefit date, STD benefits are payable through April 28, 2019.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of this benefit period, we will be reviewing your claim for consideration under Arkema Inc.'s LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

If you have any questions regarding this matter, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 5, 2019 |
| To: | DR. CARTER SMITH |
| Attn: | |
| Fax: | (251) 447-2271 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 5, 2019

Dr. Carter Smith

RE: Arkema Inc. Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear Dr. Carter Smith:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 8, 2019 through the present

We ask that you provide this information by March 7, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4191 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Jones allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Jones¿s signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.26.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Alex Jones

Name of legal representative, if applicable (print) NANette P. CRUZ Relationship NONE

Signature of claimant or legal representative Alex Jones

Date of Birth: ___ Claim Number: 6110673 Date: 2/18/19

**A copy of this authorization will be considered as valid as the original**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

Date: March 1, 2019

To: C TANNER HUGHES

Attn:

Fax: (251) 380-1015

From: Scott Quinto
Ltd Specialist II
Phone No.: Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

Total Pages
(Including Cover): 4

RE:

Claim #: 6110673
Claimant: Alex Jones

Arkema Inc.

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 1, 2019

C Tanner Hughes

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 8, 2019 through the present

We ask that you provide this information by March 5, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4191 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.26.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Alex Jones

Name of legal representative, if applicable (print) NANette P. CRUZ Relationship NONE

Signature of claimant or legal representative Alex Jones

Date of Birth: ______ Claim Number: 6110673 Date: 2/18/19

**A copy of this authorization will be considered as valid as the original**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 1, 2019 |
| To: | C TANNER HUGHES |
| Attn: | |
| Fax: | (251) 380-1015 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas  a pertenecer a The Lincoln National Life Insurance Company, una compa  a de Lincoln Financial Group. Durante la transici  n, es posible que reciba comunicados de ambas compa  as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 1, 2019

C Tanner Hughes

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear C Tanner Hughes:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 8, 2019 through the present

We ask that you provide this information by March 5, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4191 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Jones allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Jones¿s signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.26.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Alex Jones

Name of legal representative, if applicable (print) NANette P. CRUZ Relationship NONE

Signature of claimant or legal representative Alex Jones

Date of Birth: ___ Claim Number: 6110673 Date: 2/18/19

**A copy of this authorization will be considered as valid as the original**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | March 1, 2019 |
| To: | DR. CARTER SMITH |
| Attn: | |
| Fax: | (651) 447-2271 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #:<br>Claimant:<br><br>Arkema Inc. | <br><br>6110673<br>Alex Jones |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

March 1, 2019

Dr. Carter Smith

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear Dr. Carter Smith:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 8, 2019 through the present

We ask that you provide this information by March 5, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4191 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Jones allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Jones¿s signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.26.2019

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Alex Jones

Name of legal representative, if applicable (print) NANette P. CRUZ Relationship NONE

Signature of claimant or legal representative Alex Jones

Date of Birth: ________ Claim Number: 6110673 Date: 2/18/19

**A copy of this authorization will be considered as valid as the original**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

February 19, 2019

Alabama Orthopaedic Clinic
3610 SPRINGHILL MEMORIAL DR N
MOBILE, AL 36608

* no Records
2-8-19 to Present
Last Seen 2-7-19

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear Alabama Orthopaedic Clinic:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 8, 2019 through the present

We ask that you provide this information by February 26, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1865 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an

individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Powell
Disabil Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

Attachments: Restrictions Form

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

# Restrictions Form

Return To: Krystal Powell

| Employee /Claimant Name | Date of Birth | Claim Number |
|---|---|---|
| Alex Jones | | 6110673 |

To be completed by physician:

1. DATE FIRST TREATED — ____________
   DATE LAST TREATED — ____________
   NEXT OFFICE VISIT — ____________
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently
☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally, sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________ TO ____________.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

| | |
|---|---|
| Date: | February 26, 2019 |
| To: | ALABAMA ORTHOPAEDIC CLINIC<br>3610 SPRINGHILL MEMORIAL DR N<br>MOBILE AL 36608 |
| Attn: | |
| Fax: | (251) 410-3641 |
| From: | Scott Quinto<br>Ltd Specialist II<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4191 |
| Total Pages (Including Cover): | 6 |
| RE:<br><br>Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4191

February 26, 2019

Alabama Orthopaedic Clinic
3610 SPRINGHILL MEMORIAL DR N
MOBILE, AL 36608

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear Alabama Orthopaedic Clinic:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Plan. We are writing in reference to Alex Jones's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Alabama Ortho. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 1, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Scott Quinto
Ltd Specialist II
Phone No.: (888) 440-6118 Ext. 10354
Secure Fax No.: (603) 334-4191

Attachments: 6110673-REQUEST-PROVIDER-02.19.2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

| | |
|---|---|
| Date: February 19, 2019 | |
| To: | ALABAMA ORTHOPAEDIC CLINIC<br>3610 SPRINGHILL MEMORIAL DR N<br>MOBILE AL 36608 |
| Attn: | |
| Fax: | (251) 410-3641 |
| From: | Krystal Powell<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1865 |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

February 19, 2019

Alabama Orthopaedic Clinic
3610 SPRINGHILL MEMORIAL DR N
MOBILE, AL 36608

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear Alabama Orthopaedic Clinic:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 8, 2019 through the present

We ask that you provide this information by February 26, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1865 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an

individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Powell
Disabil Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

Attachments: Restrictions Form

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

# Restrictions Form

**Return To:** Krystal Powell

| Alex Jones | | 6110673 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ____________ ____________
   DATE LAST TREATED — ____________ ____________
   NEXT OFFICE VISIT — ____________ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________.
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ________
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM__________ TO__________ .

| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

# CLAIMANT INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

**Return To:** Krystal Powell

**EMPLOYEE/CLAIMANT NAME:** Alex Jones
**CLAIM NO:** 6110673
**EMPLOYER/SPONSOR:** Arkema Inc. **DATE OF BIRTH:**

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 11/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: LLOYD A. MAY
Specialty: MD
Address: FAMILY MEDICAL West 5580 Inn Rd Mobile ALA 36619
Telephone No.: (251) 666-8232 Fax No.: ( )

Name: CArter Smith
Specialty: CHiropractor
Address: 2501 DAUPHIN Island PKWY Mobile, ALA 36605
Telephone No.: (251) 447-2142 Fax No.: (251) 447-2271

Name: ~~Shell~~ Grant Shell
Specialty:
Address: 3610 Springhill Medical Drive North Mobile ALA 36608
Telephone No.: (~~###~~) 410-3600 Fax No.: (251) 410-3700
251-

Name: Dr Donahoe
Specialty: Orthopaedic Spine Surgery
Address: 3610 Springhill Medical Drive North Mobile ALA 36608
Telephone No.: (251) 410-3600 Fax No.: (251) 410-3700

DR. John W. Clardy - EYE Doctor: For Drusens in EYES - PHONE NUMBER: Bus: 476-0100 (251)
3167 Dauphin Street FAX: 476-0152
Mobile ALA 36606

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: AetNA
Specialty:
Address:
Telephone No.: (800) 233-6697 Fax No.: ( )

**PHARMACY(S):** C.V.S

Name: ~~Rite Aid~~ PHarmAcy
Specialty: PhArmACY
Address: Citronelle ALA · 19215 North 3rd St.
Telephone No.: (251) 866-9605 Fax No.: ( )
888-632-3862

Name: HPC Specialty PharmACY
Specialty: PhArmACY
Address: 63 S. Royal St. Suite 800 Mobile, ALA 36602
Telephone No.: (800) 757-9192 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Alex Jones DATE: 2/18/19

1V057190046

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

Return to: Krystal Powell

**EMPLOYEE/CLAIMANT NAME:** Alex Jones **CLAIM #:** 6110673
**EMPLOYER:** Arkema Inc. **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Alex Jones | | |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status: Separted/Married But |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| Sheila Jones | 2 | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name: Adneather Jones Relationship to you? Mother Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☑ | ☐ | Short Term Disability or State Disability | $ 722 per Week Net Pay | Nov, 2019 | Still Current | Nov, 2019 |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Alex Jones

**DATE:** 2/18/19 **EMPLOYEE'S SIGNATURE:** Alex Jones

DP 409

1V057190046

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

**Return To:** Krystal Powell



**EMPLOYEE/CLAIMANT NAME:** Alex Jones

**CLAIM NO:** 6110673 **DATE OF BIRTH:** ______

**EMPLOYER/SPONSOR:** Arkema Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit 2 to 3 hrs. or until pain get unbarable stand Have to get up between + strech back between hrs 1 hr or until pain shoots thru legs walk 1 hr or until legs get tight

How many hours a day do you:
sit until pain get unbarable stand until pain shoots thru legs + unbarable walk until pain start thru legs + legs get tight + get unbarable

Do you take a nap during the day?
Yes ✓ No ______

If Yes, for how long? Long as I can until pain + cramps wake me up At what time of the day? After I take my pain meds

How many hours a day do you spend in bed? 8 to 10 Until I catch cramps and pain

Do you require any assistive devices such as a:
cane ✓ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? 2 to 3 hrs

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: -

If Yes, how long are you able to drive a car? 2 to 3 hrs

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
Call on phone, talk to at church on Sundays

Do you have children?
Yes ✓ No ______ If Yes, what are their dates of birth 4/22/03
10/17/96

Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain -

How many times a day do you leave the house during the week? 3 to 4 times going to Dr. or therapy, church on Sunday
On the weekends? 1 to 2 time going to church on Sunday

How often do you run errands? get hair cut, get food to eat or get food to cook

Please describe what errands you most commonly run: hair cut, get food

Liberty Mutual.
INSURANCE



How often do you get outdoors? Go to doctor, therapy, chiropractor, Hair cut, Everyday go check mail box

Are you left or right hand dominant? Left ✓ Right ____

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

____ Pay bills ____ Read news/articles ____ Use search engines ____ Send emails

____ Visit chat rooms ____ Photos Other: NONE

What computer software applications do you utilize. Please check all that apply:

____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics

____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ____ Yes ✓ No

If yes, please explain purpose and usage: –

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | me | |
| Carrying groceries into the house | me | |
| Cooking meals | Mother /me | |
| Cleaning after meals | mother /me | |
| Cleaning bathrooms | mother | |
| Vacuuming | Mother | |
| Doing the laundry | Mother /me | |
| Opening and responding to mail | me | |
| Managing your finances | me | |
| Balancing your checkbook | me | |
| Bathing yourself | me | |
| Styling your own hair | get it cut bald | |
| Getting dressed | me | |
| Going up and down stairs | Me with CANE | |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: go in to get A shot in my back, twice Already, going in 2/22/19 for 3rd shot in my back

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*


How often do you travel or take vacation? None

Where do you go? How do you get there (transportation method)? -

Are you able to pursue your hobbies? Yes ___ No ✓

If Yes, please describe -

Do you participate in an exercise program? Yes ✓ No ___

If Yes, please describe doing my therapy for My BACK

Do you do any Volunteer work? Yes ___ No ✓

If Yes:

how many hours per day? -

how many hours per week? -

for whom? -

Are you working for wages? Yes ___ No ✓

If Yes, please provide employer's name ON Short term disability from my job

**Describe in your own words, what prevents you from engaging in any gainful employment.**

I'm in too much pain, I hurt everyday & Night, Too much pain to, sit, walk, Squat, bend, legs, cramp up, Hands cramp up, Severe Arthritis in my back, legs very weak, tight up when I walk

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Get up in the morning, wash face, brush teeth, get a shower, eat breakfast, take pain pill, get my cloths on, go to doctor appointments, go to chiropractor, therapy, go back Home, eat dinner, take pain pill, take nap, get up eat, take pain pill get mail and read it, check news, eat snack, Use bathroom talk to mother, family And friends, take my pain pill, Say my prayers, And go to bed

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Adneather Jones

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Alex Jones  Date: 2/18/19

Signature: Alex Jones

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

Return to: Krystal Powell

EMPLOYEE/CLAIMANT NAME: Alex Jones
CLAIM NO: 6110673
EMPLOYER/SPONSOR: Arkema Inc. DATE OF BIRTH: ________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ✓ Sep Divorced ____
If married, please indicate your spouse's name and date of birth. Name: Shelia Jones DOB: 6/17/60

Do you have children or dependents*? Yes ✓ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| William Lucioos | | Non-Custodial | No | N/A |
| JAcorey Petties | | Custodial | Yes | 2019 - 2021 |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (If applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Alex Jones Date: 2/18/19

# LIBERTY MUTUAL GROUP
# LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Liberty Mutual. INSURANCE

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Alex Jones Date of Birth:

Employer: Arkema Inc. Policy/Plan Sponsor No. 03 - 509413

A) **If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

B) **Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) Alex Jones

(Address)

(Date) 2/18/19

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

EMPLOYEE/CLAIMANT NAME: Alex Jones
CLAIM NO: 6110673
EMPLOYER/SPONSOR: Arkema Inc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: Yes Certificate Program completed: Yes

Associates Degree: None College: number of years: No

Bachelor's Degree: BA /BS Major: None Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): None

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: None

Additional Skills, Hobbies & Volunteer Work None

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Arkema Department: IM Unit From: 1988 To: 2019
   Job Title(s): CHEMICAL OPERATOR
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): MAKE Process Batches, From Start to Finish, Monitor temp, pressue, Add chemical into Process Batch

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

A Liberty Mutual Company

3. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: None

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | N/A ☒ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | | | |
| Photo Software | ☐ | ☐ | Other: ______ | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours
How much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours
Keyboarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______ Work: ______

SIGNATURE: Alf Jones PHONE NO: ______

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

| **YOUR SPOUSE:** | **YOUR DOMESTIC PARTNER:** |
|---|---|
| Name: Shelia Jones | Name: |
| Address: | Address: |
| | |
| | |
| | |
| Telephone Number: | Telephone Number: |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| Name: William Lucious | Date of Birth: |
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |
| | |
| Name: JACOREY Petties | Date of Birth: |
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |
| | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| Name: JACOREY PETTIES |
| Address: |
| |
| |
| |
| Telephone Number: |

**DO YOU HAVE A WILL? YES__ NO__** **DO YOU HAVE A TRUST? YES__ NO__**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| Name of Executor or Administrator: |
| Address: |
| |
| |
| |
| Telephone Number: |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:** 2/18/19 **EMPLOYEE'S PRINTED NAME:** Alex Jones

**EMPLOYEE'S SIGNATURE:** Alex Jones

1V057190046



DRIVER LICENSE
ALABAMA
NO. [redacted] CLASS DMV
D.O.B. [redacted] EXP 06-30-2020
ALEX
JONES JR
[redacted]
ENDORSEMENTS REST
ISS 07-01-2016 SEX M HT 6-01 EYES BRO
WT 210 HAIR BLK
Secretary Stan Stabler
Secretary of Law Enforcement

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Alex Jones

Name of legal representative, if applicable (print) NANette P. CRUZ Relationship NONE

Signature of claimant or legal representative Alex Jones

Date of Birth: ______ Claim Number: 6110673 Date: 2/18/19

**A copy of this authorization will be considered as valid as the original**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

| | |
|---|---|
| Date: | February 19, 2019 |
| To: | ALABAMA ORTHOPAEDIC CLINIC<br>3610 SPRINGHILL MEMORIAL DR N<br>MOBILE AL 36608 |
| Attn: | |
| Fax: | (251) 410-3641 |
| From: | Krystal Powell<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1865 |
| Total Pages (Including Cover): | 4 |
| RE:<br><br>Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

February 19, 2019

Alabama Orthopaedic Clinic
3610 SPRINGHILL MEMORIAL DR N
MOBILE, AL 36608

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear Alabama Orthopaedic Clinic:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 8, 2019 through the present

We ask that you provide this information by February 26, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1865 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an

individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Powell
Disabil Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

Attachments: Restrictions Form

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

# Restrictions Form

**Return To:** Krystal Powell ______

| Alex Jones | | 6110673 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ______ ______
   **DATE LAST TREATED** — ______ ______
   **NEXT OFFICE VISIT** — ______ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

______
______
______
______

4. **RESTRICTIONS IMPOSED FROM** ______ **TO** ______ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ______

______
______

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

______
______

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______ **TO** ______ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. ALEX JONES JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

February 20, 2019

Mr. Alex Jones Jr

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673

Dear Mr. Alex Jones Jr:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On February 19, 2019, we requested medical records from Alabama.Orthopedic This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from February 8, 2019 through the present from your doctor

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Arkema Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than March 22, 2019 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Powell
Disabil Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

**From:** LibertyMutualLeaves@LibertyMutual.com
**To:**
judy.smith@arkema.com;nick.robertson@arkema.com;paul.dececco@arkema.com;theresa.owler@arkema.com
**Subject:** LIBERTY MUTUAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Alex Jones 8293, 6110673

This is to notify you that there has been an approval or extension of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Last Day Worked: 10/28/2018

Date of Disability: 10/29/2018

Benefit Payments Period: 10/29/2018 thru 2/20/2019
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

If you have further questions, please call Liberty Mutual at 1-888-440-6118 ext. 10387 or contact the assigned Case Manager at Krystal.Powell@lfg.com. Please be sure to reference claim number 6110673.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

# ALABAMA ORTHOPAEDIC CLINIC, P.C.

3610 Springhill Memorial Drive North ▪ Mobile, AL 36608

Date 02-07-2019

Number of Pages (including cover) 3

To: Liberty National Fax: 603-430-1865

Re Alex Jones CLAIM# 6110673

Comments:

Attached 02-07-2019

Release of Information Office
Fax: 251-410-3641
Trish: 251-410-4165

The information contained in this facsimile is confidential and intended for the above named recipient or their authorized agent. If you are not the intended recipient or their agent, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

www.alortho.com

# Alabama Orthopaedic Clinic PC
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Alex Jones | **Visit Date:** | February 7, 2019 |
| **Patient ID:** | 279905 | **Provider:** | David K. Donahoe, MD |
| **Sex:** | Male | **Location:** | AOC Main Office |
| **Birthdate:** | | **Location Address:** | 3610 Springhill Memorial Drive N Mobile, AL 366081162 |
| **Primary Care Provider:** | Lloyd A. May MD | **Location Phone:** | (251) 410-3600 |

## Chief Complaint

- back and leg pain
- numbness and tingling

## History Of Present Illness

Primary Care Physician Lloyd A. May MD

Alex Jones is a 54 year old African American/Black male who presents today for follow up with complaint of low back, bil leg pain. He indicates that he hasn't had an injury or exacerbating event in the interim. He reports that the pain has not changed.

Today, the pain is described as intermittent, moderate, aching and sharp pain. It is aggravated by walking, forward bending, general ROM, and getting up from sitting position. The problem gets better with injection. He states the problem does have an affect on his sleep. He does admit to swelling, numbness, weakness.

The patient admits to complying with the recommended treatment of Medication Therapy, Home Exercise Program, physical therapy, and injectional therapy. Today, the patient rates his pain as a 8/10.

Review of Diagnostic Studies:

Symptoms x8 months, no injury, reports a old injury years ago, fell out of a tree

Lumbar and Bil leg pain, had LESB 11/2/18, helped somehwat, pain is returning.

MRI 10/19/18 cong narrowing, stenotic L34, L45 facet OA

L4-5 LESI 1/14/19 2weeks of relief

d/w pt failed conservative, surgery v LESI

f/u JUstin 2w after LESI

## Past Medical History

Arthritis (Personal History); Diabetes mellitus (Personal History); Lumbar disc herniation; Lumbar pain

## Past Surgical History

Appendectomy; Hernia repair

## Medication List

Duexis 800-26.6 mg oral tablet; Ultram 50 mg oral tablet

## Allergy List

NO KNOWN DRUG ALLERGIES

[Digital Signature Validated]

## Family Medical History

Diabetes mellitus (Family History); Arthritis, chronic disabling (Family History); Hypertension (Family History)

## Social History

Alcohol - never (Unknown); Exercise-moderate (2-3 times weekly) (Unknown); Married (Unknown); Tobacco (Never)

## Physical Examination

**Constitutional**
- **Appearance** : well developed, well-nourished, awake/alert, in no acute distress

**Head and Face**
- **Face** :
  - **Inspection** : no facial lesions present

**Eyes**
- **Conjunctiva** : Conjunctiva normal

**Respiratory**
- **Respiratory Effort** : respirations normal, non-labored

**Psychiatric**
- **Mood and Affect** : appropriate

**Neurologic**
- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time

**Gait and Station**
- **Gait** : gait normal

## Assessment

- Spondylolisthesis of lumbar region 738.4/M43.16
- Osteoarthritis of spine with radiculopathy, lumbar region 721.3/M47.26
- Lumbar stenosis with neurogenic claudication 724.03/M48.062

## Plan

**Orders**
- Lumbar epidural steroid injection under fluoroscopy (62323) - 721.3/M47.26, 738.4/M43.16, 724.03/M48.062 - 02/07/2019

**Associate Tasks**
- Task ID 292855 Order Follow up: LESB L4-5

**Correspondence**
- CC this document (Lloyd A. May MD) - 02/07/2019

**Electronically Signed by:** David K. Donahoe, MD -Author on February 7, 2019 03:37:48 PM

[Digital Signature Validated]

**From:** LibertyMutualLeaves@LibertyMutual.com
**To:**
judy.smith@arkema.com;nick.robertson@arkema.com;paul.dececco@arkema.com;theresa.owler@arkema.com
**Subject:** LIBERTY MUTUAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Alex Jones 8293, 6110673

This is to notify you that there has been an approval or extension of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Last Day Worked: 10/28/2018

Date of Disability: 10/29/2018

Benefit Payments Period: 10/29/2018 thru 2/7/2019
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: Not Applicable
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Not Applicable

If you have further questions, please call Liberty Mutual at 1-888-440-6118 ext. 10387 or contact the assigned Case Manager at Krystal.Powell@lfg.com. Please be sure to reference claim number 6110673.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. ALEX JONES JR

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

February 5, 2019

Mr. Alex Jones Jr

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673

Dear Mr. Alex Jones Jr:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by March 4, 2019:

- Completion of the Enclosed Forms:

  X Activities Questionnaire Form
  X Claimant Information Form
  X Claimant Supplementary Statement
  X Family Information Questionnaire
  X SS Reimbursement Agreement
  X Training Education Experience
  X Authorization
  X Survivor / Estate Information Form
  ___ Other

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Krystal Powell
Disabil Claims Case Mgr I

Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

Attachments: Activities Questionnaire Form
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Authorization
Survivor / Estate Information Form

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

**Return To:** Krystal Powell



EMPLOYEE/CLAIMANT NAME: Alex Jones

CLAIM NO: 6110673 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Arkema Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ________________________________________

If Yes, how long are you able to drive a car?__________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________________________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? __________

On the weekends? __________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

________________________________________

How often do you get outdoors? ______________________________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?

_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?

_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ___________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ___________________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________________________________________________

______________________________________________________________________

Liberty Mutual
INSURANCE



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

Describe in your own words, what prevents you from engaging in any gainful employment.

______________________________

Please describe your daily routine: (if more space is needed, please use the back of this form)

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________ Date: ______________________

Signature: ______________________

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

**Return To:** Krystal Powell

EMPLOYEE/CLAIMANT NAME: Alex Jones
CLAIM NO: 6110673
EMPLOYER/SPONSOR: Arkema Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 11/01/2018 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

**Return to:** Krystal Powell

**EMPLOYEE/CLAIMANT NAME:** Alex Jones **CLAIM #:** 6110673
**EMPLOYER:** Arkema Inc. **DATE OF BIRTH:** __________

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other income/money/benefit (describe) ____________ | ________ | ________ | ________ | ________ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ______________ **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

**Return to:** Krystal Powell

EMPLOYEE/CLAIMANT NAME: Alex Jones
CLAIM NO: 6110673
EMPLOYER/SPONSOR: Arkema Inc. DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____
If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: _________

Do you have children or dependents*? Yes _____ No _____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| **Name** | **DOB** | **If Divorced or Separated, Indicate Custodial or Non-Custodial** | **High School Student? Yes or No** | **Anticipated/Actual Last Month/Year of High School** |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: _________ No: _________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| **Name** | **DOB** | **Awarded as: Dependent, Spouse or Disabled** | **Current Monthly Benefit Amount** | **Date of Entitlement to Benefits** | **Benefit Termination Date (if applicable)** |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: ________________

LIBERTY MUTUAL GROUP
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Alex Jones **Date of Birth:** ____________

**Employer:** Arkema Inc. **Policy/Plan Sponsor No.** 03 - 509413

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ____________________

**(Address)** ____________________

**(Date)** ____________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

EMPLOYEE/CLAIMANT NAME: Alex Jones
CLAIM NO: 6110673
EMPLOYER/SPONSOR: Arkema Inc. DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

A Liberty Mutual Company

3. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

4. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

5. Company: ______________ Department: ______________ From: ________ To: ______
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ____________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________________ **PHONE NO: (     )** ______________________

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship __________

Signature of claimant or legal representative ______________________________

Date of Birth: __________ Claim Number: 6110673 Date: ______________________

**A copy of this authorization will be considered as valid as the original**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:** **YOUR DOMESTIC PARTNER:**

| YOUR SPOUSE: | YOUR DOMESTIC PARTNER: |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**

# ALABAMA ORTHOPAEDIC CLINIC, P.C.

3610 Springhill Memorial Drive North ▪ Mobile, AL 36608

Date 01-30-2019

Number of Pages (including cover) 2

To: Lincoln Fax: 603-430-1865

Re Alex Jones CLAIM# 6110673

Comments:

Attached 01-14-2019 Epidural Note

Release of Information Office
Fax: 251-410-3641
Trish: 251-410-4165

The information contained in this facsimile is confidential and intended for the above named recipient or their authorized agent. If you are not the intended recipient or their agent, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

Gulf Coast Surgical Partners
3610 Springhill Memorial Drive North
Mobile, AL 36608

Patient: **Jones, Alex**
Address:

Service Date: **1/14/2019**
Account: **65841**
Date of Birth: **(54y)**

**Progress Record:**

Anesthesia Type: CHOICE [C]
Pre-Op Dx: M54.16
Post-Op Dx: M54.16
Procedure: LUMBAR EPIDURAL STEROID INJECTION WITH FLUOROSCOPY 62323

X-Ray Exposure:

| Time 1 | Time 2 |
|---|---|
| 0.2 min | |

| Physician | Time In / Time Out | Notes |
|---|---|---|
| Stone, Grant Douglas, MD[Physician] | 0950 / 1013 | |

**Physician Operative Report**

Operative Report: 1/14/2019

L 4-5 LUMBAR EPIDURAL STEROID INJECTION

PMH REVIEWED

VALIUM 10 MG PO

After obtaining informed consent and a thorough discussion of the risks and benefits involved, the patient was taken to the procedure suite, placed in the prone position, and prepped in the usual sterile fashion. The patient was awake, alert, oriented and able to describe in detail, any sensation they might have throughout the procedure, including pain. 1% Lidocaine plain was used for local anesthesia for the skin and subcutaneous tissue. All procedures performed with fluoroscopic guidance with radiologic images interpreted by the operating physician at the time.

Using C-arm fluoroscopy, a 20 gauge Touhy needle 6 inches in length was carefully advanced from a slight midline paramedian approach to the posterior epidural space of L 4-5 using loss of resistance technique. Once in place, an injection of 0.5 ml of Omnipaque M-300 radiocontrast material demonstrated posterior flow on both the AP and lateral fluoroscopic views. Negative aspiration of blood or CSF. This was followed by an injection of 120 DepoMedrol with Lidocaine 1% 2ml and 2 ml of preservative free normal saline. The needle was then withdrawn. Post procedure fluoroscopy showed good spread of contrast from L3-4 to L5 bilaterally right greater than left.

The patient tolerated the procedure well and was transferred to post-procedure recovery in a stable condition with no difficulty or complications. They will be discharged in the care of friend or family.

Recommendations: 1.Follow-up with Dr. Shell to determine efficacy of today's procedure and need for future treatment.
2. Phone call follow-up with my office in 7-10 days to let us know how they are doing.

Surgeon Dictation Signature: Stone, Grant Douglas on 01/14/19 at 10.13.

# *Job Description*

| | |
|---|---|
| **Division/Business Unit** (Business Area): | ACR |
| **Department** (Personnel Sub-area): | **Impact Modifier** |

**JOB TITLE**

## Chemical Operator

**SITUATION IN ORGANIZATION**
**(enclose a copy of your organization structure)**

This Position Reports to the Production Shift Leader

**JOB DIMENSIONS**

Jobholder will be producing Durastrength and Plastistrength products. The product is produced as a latex in Reactors in a batch process. The Latex is then dried in a continuous process and packaged into several different package sizes. Trouble shooting to correct problems within their work area is critical. Needs good communication skills and able to work well with others. All job functions must be conducted using all safety and environmental procedures and systems. Accurate reporting and computer system entries are critical. Jobholder needs to be self-motivated and require little supervision.

**ACTIVITIES**

Jobholder will be operating a DCS from the Control Room, producing latex and monitoring the Dryers. Several checks are required on Electronic files as well as entries on paper copies of batch sheets. Jobholder holder will be required to perform work in the field. Activities include prepping raw materials for batches, transferring batches to storage, cleaning storage tanks, and monitoring the Dryers. It is critical for the Operators in the Control Rom and Field to stay in constant communication for safety and proper operation of the unit. Jobholder will be working using procedures, temporary procedures, and MOC's. They will need to trouble shoot to correct problems within their work area. Microsoft Excel, and Microsoft Word usage is a requirement of the job functions.

**HSEQ RESPONSIBILITIES**

**C**omply with HSEQ Policy.
**C**omply with Regulations, Legal and Internal Requirements and Internal requirements as made known by the site and by the business unit.
**C**omply with the rules of the specific location to which one is assigned as well as the rules set by the business unit (BU) and Arkema Inc.
**C**omply with all standard procedures and work instructions, aka, MOC's, LO/TO, to ensure productivity, quality assurance and cost effectiveness.
**R**eview their work area for potential losses and report hazards to the direct supervisor.
**R**eport Near Misses to the direct supervisor.
**R**eport incidents or accidents to the direct supervisor
**I**dentify and communicate potential gains or possible improvements to the management system

**CONTEXT AND ENVIRONMENT**

The environment for this position will be within the Production Department. Training will be conducted within the Production and Safety departments for all requirements to fulfill this job.

**QUALIFICATIONS / EXPERIENCE REQUIRED**

High School Diploma or equivalent.
Good inter-personal and communication skills.
Good understanding of production processes.
Does not require constant supervision.
Requires a degree of self-motivation.
Experience with use of Microsoft Excel, Word, and PI.

Date | Name of the Manager: Jeff Walker
Signature & name of Job Holder: | Signature for approval:

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

| | |
|---|---|
| Date: February 1, 2019 | |
| To: | ALABAMA ORTHOPAEDIC CLINIC<br>3610 SPRINGHILL MEMORIAL DR N<br>MOBILE AL 36608 |
| Attn: | |
| Fax: | (251) 410-3641 |
| From: | Krystal Powell<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1865 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

February 1, 2019

Alabama Orthopaedic Clinic
3610 SPRINGHILL MEMORIAL DR N
MOBILE, AL 36608

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear Alabama Orthopaedic Clinic:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through the present

We ask that you provide this information by February 8, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1865 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an

individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Powell
Disabil Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

| | |
|---|---|
| Date: | February 1, 2019 |
| To: | DR. CARTER SMITH |
| Attn: | |
| Fax: | (651) 447-2271 |
| From: | Krystal Powell<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1865 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

February 1, 2019

Dr. Carter Smith

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear Dr. Carter Smith:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through the present

We ask that you provide this information by February 1, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1865 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Powell
Disabil Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

# ALABAMA ORTHOPAEDIC CLINIC, P.C.

3610 Springhill Memorial Drive North ▪ Mobile, AL 36608

Date 02/01/2019

Number of Pages (including cover) 3

To: Lincoln Fax: 603-430-1865

Re Alex Jones CLAIM# 6110673

Comments:

Attached: Misc Note from 01/24/2019 & 01/29/2019
Stating status of Epidural

Release of Information Office
Fax: 251-410-3641
Trish: 251-410-4165

The information contained in this facsimile is confidential and intended for the above named recipient or their authorized agent. If you are not the intended recipient or their agent, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

www.alortho.com

# Alabama Orthopaedic Clinic PC
# LESI Phone F/U

| | | | |
|---|---|---|---|
| **Patient Name:** | Alex Jones | **Create Date:** | January 23, 2019 |
| **Patient ID:** | 279905 | | |
| **Sex:** | Male | | |
| **Birthdate:** | | | |

Pt lm stating he had procedure last Monday and was still having pain down his buttocks. Pt states he has 50% relief.Pt stated he had been putting ice on it . I stated he could try heat and see if that would help more and do it every hour for 20 mins and try Ibu or Aleve to help with pain and inflammation. I stated he was also to F/U with Dr. Donahoe.

**Electronically Signed by:** Jennifer Phillips, CMA -Author on January 23, 2019 09:40:23 AM

[Digital Signature Validated]

# Alabama Orthopaedic Clinic PC
## nurse note

| | | | |
|---|---|---|---|
| **Patient Name:** | Alex Jones | **Create Date:** | January 24, 2019 |
| **Patient ID:** | 279905 | | |
| **Sex:** | Male | | |
| **Birthdate:** | | | |

RC. Patient had his epidural not much relief from that and was wondering next step. I told him to wait a little longer to see if he gets any relief in the next few days.

**Electronically Signed by:** Laurie M. Jones, CMA -Author on January 24, 2019 04:36:50 PM

# ALABAMA ORTHOPAEDIC CLINIC, P.C.

3610 Springhill Memorial Drive North ▪ Mobile, AL 36608

Date 01-23-2019

Number of Pages (including cover) 6

To: Lincoln Fax: 603.430.1865

Re Alex Jones Claim# 6110673

Comments:

attached 12-03-2018 &

Release of Information Office
Fax: 251-410-3641
Trish: 251-410-4165

The information contained in this facsimile is confidential and intended for the above named recipient or their authorized agent. If you are not the intended recipient or their agent, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

# Alabama Orthopaedic Clinic PC
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Alex Jones | **Visit Date:** | December 6, 2018 |
| **Patient ID:** | 279905 | **Provider:** | David K. Donahoe, MD |
| **Sex:** | Male | **Location:** | AOC Main Office |
| **Birthdate:** | | **Location Address:** | 3610 Springhill Memorial Drive N Mobile, AL 36608-1162 |
| **Primary Care Provider:** | Lloyd A. May MD | **Location Phone:** | (251) 410-3600 |

## Chief Complaint

- back and leg pain
- numbness and tingling

## History Of Present Illness

Referring Provider: Grantham M. Shell MD

Alex Jones is a 54 year old African American/Black male who presents today for follow up with complaint of low back, bil leg pain. He indicates that he hasn't had an injury or exacerbating event in the interim. He reports that the pain has not changed.

Today, the pain is described as intermittent, moderate, aching and sharp pain. It is aggravated by walking, forward bending, general ROM, and getting up from sitting position. The problem gets better with injection. He states the problem does have an affect on his sleep. He does admit to swelling, numbness, weakness.

The patient admits to complying with the recommended treatment of Medication Therapy, Home Exercise Program, physical therapy, and injectional therapy. Today, the patient rates his pain as a 6/10.

Review of Diagnostic Studies: MRI Lumbar

New to me today, referred by Shell for eval

Symptoms x 7-8 months, no injury, reports a old injury years ago, fell out of a tree

Lumbar and Bil leg pain, had LESB 11/2/18, helped somehwat, pain is returning.

MRI 10/19/18 cong narrowing, stenotic L34, L45 facet OA

d/w pt options, LESI v surgery
PCP for renal cyst

## Past Medical History

Arthritis (Personal History); Diabetes mellitus (Personal History); Lumbar disc herniation; Lumbar pain

## Past Surgical History

Appendectomy; Hernia repair

## Medication List

Duexis 800-26.6 mg oral tablet

## Allergy List

NO KNOWN DRUG ALLERGIES

## Family Medical History

Diabetes mellitus (Family History); Arthritis, chronic disabling (Family History); Hypertension (Family History)

## Social History

Alcohol - never (Unknown); Exercise-moderate (2-3 times weekly) (Unknown); Married (Unknown); Tobacco (Never)

## Review of Systems

**Constitutional**
- **Denies** : fever, chills, night sweats, weight loss, weight gain

**HENT**
- **Denies** : headaches, lightheadedness, neck stiffness

**Cardiovascular**
- **Denies** : chest pain, irregular heart beats, syncope, dyspnea on exertion

**Respiratory**
- **Denies** : shortness of breath

**Gastrointestinal**
- **Denies** : nausea, vomiting, diarrhea, constipation

**Genitourinary**
- **Denies** : urgency, frequency

**Integument**
- **Denies** : rash, itching

**Neurologic**
- **Denies** : numbness and tingling, loss of balance

**Musculoskeletal**
- **Denies** : additional symptoms except as noted in the HPI

**Psychiatric**
- **Denies** : anxiety, depression

**Heme-Lymph**
- **Denies** : easy bleeding, easy bruising, anemia

## Physical Examination

**Constitutional**
- **Appearance** : well developed, well-nourished, awake/alert, in no acute distress

**Head and Face**
- **Face** :
  - **Inspection** : no facial lesions present

**Eyes**
- **Conjunctiva** : Conjunctiva normal

**Respiratory**
- **Respiratory Effort** : respirations normal, non-labored

**Psychiatric**
- **Mood and Affect** : appropriate

**Neurologic**
- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time

**Gait and Station**
- **Gait** : gait normal

**----- Radiology Results -----**
- **Lumbosacral Spine** : 2 views - F/E - were obtained today OA discs, early slip L45, not unstable

**Other Testing**
- **MRI Lumbar** : I reviewed the MRI in detail with the patient today

no CES

## Assessment

[Digital Signature Validated]

- Spondylolisthesis of lumbar region 738.4/M43.16
- Osteoarthritis of spine with radiculopathy, lumbar region 721.3/M47.26
- Lumbar stenosis with neurogenic claudication 724.03/M48.062

## Plan

**Orders**

- Lumbar spine 2 views, AP/lateral (72100) - 721.3/M47.26, 738.4/M43.16, 724.03/M48.062 - 12/06/2018

**Instructions**

- The patient's past medical history was reviewed with the patient today
- I went over the x-ray findings with the patient today explaining the anatomy and physiology, and answering any questions
- Reviewed MRI findings in detail with the patient today
- Recommend a ____L4-5______epidural steroid injection under fluoroscopy to be scheduled as an outpatient procedure.
- WORK STATUS: No lifting over 20lbs
- Patient given LESB (Lumbar Epidural Steriod Block) booklet
- Patient given Laminectomy booklet
- We discuseed to day a decompression vs repeat LESB, he will think about his options and let us know.

**Electronically Signed by:** David K. Donahoe, MD -Author on December 7, 2018 01:29:31 PM

# Alabama Orthopaedic Clinic PC
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Alex Jones | **Visit Date:** | December 3, 2018 |
| **Patient ID:** | 279905 | **Provider:** | Grantham M. Sheli, MD |
| **Sex:** | Male | **Location:** | AOC Main Office |
| **Birthdate:** | | **Location Address:** | 3610 Springhill Memorial Drive N<br>Mobile, AL 36608-1162 |
| **Primary Care Provider:** | Lloyd A. May MD | **Location Phone:** | (251) 410-3600 |

## Chief Complaint

- F/U LESI 11/2/18 with Dr. Stone

## History Of Present Illness

Patient is here followup lumbar MRI he had a epidural done by Dr. Stone he said he is did not get much relief for few days. He has a lot cramping after the epidural.

## Past Medical History

Arthritis (Personal History); Diabetes mellitus (Personal History); Lumbar disc herniation; Lumbar pain

## Past Surgical History

Appendectomy; Hernia repair

## Medication List

Duexis 800-26.6 mg oral tablet

## Allergy List

NO KNOWN DRUG ALLERGIES

## Family Medical History

Diabetes mellitus (Family History); Arthritis, chronic disabling (Family History); Hypertension (Family History)

## Social History

Alcohol - never (Unknown); Exercise-moderate (2-3 times weekly) (Unknown); Married (Unknown); Tobacco (Never)

## Review of Systems

**Musculoskeletal**

- **Admits** : back pain
- **Denies** : additional symptoms except as noted in the HPI

**All Others Negative**

## Physical Examination

On physical exam he has got pain down both the back side of his leg he is having difficulty twisting bending he reports some shooting pain down his legs

## Assessment

- Lumbar disc herniation 722.10/M51.26

[Digital Signature Validated]

**Plan**

**Disposition**

- Sections of this note were created using a voice recognition software program. While efforts were made to correct any mistakes made by the program, incorrect/nonsensical phrases may remain in the note.

Plan today at this point failed epidural almost sent see Dr. Donahoe for further evaluation of his lumbar spine

**Electronically Signed by:** Grantham M. Shell, MD -Author on December 3, 2018 04:10:11 PM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

| | |
|---|---|
| Date: | January 22, 2019 |
| To: | DR. GRANT SHELL<br>3610 SPRINGHILL MEMORIAL DR N<br>MOBILE AL 36608 |
| Attn: | Second Request |
| Fax: | (251) 410-3641 |
| From: | Maryellen Smith<br>Case Manager<br>On Behalf Of: Krystal Powell<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1865 |
| Total Pages<br>(Including Cover): | 6 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

January 22, 2019

Dr. Grant Shell
3610 SPRINGHILL MEMORIAL DR N
MOBILE, AL 36608

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear Dr. Grant Shell:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Group Disability Plan. We are writing in reference to Alex Jones's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Shell. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 28, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Maryellen Smith
Case Manager
On Behalf Of: Krystal Powell
Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

Attachments: 6110673-REQUEST-PROVIDER-01.16.2019

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

| | |
|---|---|
| Date: | January 16, 2019 |
| To: | DR. GRANT SHELL<br>3610 SPRINGHILL MEMORIAL DR N<br>MOBILE AL 36608 |
| Attn: | |
| Fax: | (251) 410-3641 |
| From: | Christopher Reeve<br>Dis Claims Sr LTD Case Mgr II<br>On Behalf Of: Krystal Powell<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1865 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

January 16, 2019

Dr. Grant Shell
3610 SPRINGHILL MEMORIAL DR N
MOBILE, AL 36608

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear Dr. Grant Shell:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by January 22, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1865 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other

entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christopher Reeve
Dis Claims Sr LTD Case Mgr II
On Behalf Of: Krystal Powell
Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

# Restrictions Form

**Return To:** Krystal Powell

| Alex Jones | | 6110673 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ________
   **DATE LAST TREATED** — ________
   **NEXT OFFICE VISIT** — ________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES** ________
2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**
   ________
4. **RESTRICTIONS IMPOSED FROM** ________ **TO** ________ .
5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________
6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
   ________
7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ________ **TO** ________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephoue Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

| | |
|---|---|
| Date: | January 16, 2019 |
| To: | DR. GRANT SHELL<br>3610 SPRINGHILL MEMORIAL DR N<br>MOBILE AL 36608 |
| Attn: | |
| Fax: | (251) 410-3641 |
| From: | Christopher Reeve<br>Dis Claims Sr LTD Case Mgr II<br>On Behalf Of: Krystal Powell<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1865 |
| Total Pages (Including Cover): | 4 |
| RE:<br><br>Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

January 16, 2019

Dr. Grant Shell
3610 SPRINGHILL MEMORIAL DR N
MOBILE, AL 36608

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear Dr. Grant Shell:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

Office treatment notes, test results, prescription histories, and treatment plans from December 1, 2018 through present

Completion of the Enclosed Forms:

_X_ Restrictions Form
__ Other

We ask that you provide this information by January 22, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1865 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other

entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christopher Reeve
Dis Claims Sr LTD Case Mgr II
On Behalf Of: Krystal Powell
Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

# Restrictions Form

**Return To:** Krystal Powell

| Alex Jones | | 6110673 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completded by physician:**

1. **DATE FIRST TREATED** — ____________ ______________________
   **DATE LAST TREATED** — ____________ ______________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 Hours / Day | Up to 5 Hours / Day | Over 5 Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. ALEX JONES JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

January 16, 2019

Mr. Alex Jones Jr

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673

Dear Mr. Alex Jones Jr:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On January 16, 2019, we requested your medical records from Dr. Shell. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 1, 2018 through present from your providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Arkema Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than March 1, 2019 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Christopher Reeve
Dis Claims Sr LTD Case Mgr II
On Behalf Of: Krystal Powell
Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

Attachments: Authorization - Medical

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________________

Name of legal representative, if applicable (print) ___________________________________ Relationship ____________________

Signature of claimant or legal representative __________________________________________

Date of Birth: ____________________ Claim Number: 6110673 Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

| | |
|---|---|
| Date: | December 17, 2018 |
| To: | DR. GRANT SHELL |
| Attn: | |
| Fax: | (251) 410-3641 |
| From: | Krystal Powell<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1865 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Powell
Disabil Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

# Cover Page

| | |
|---|---|
| **Practice Name:** | Alabama Orthopaedic Clinic PC |
| **Practice Address:** | 3610 Springhill Memorial Dr N<br>Mobile, AL 366081162 |
| **Practice Phone:** | (251) 410-3600 |
| **Patient Name:** | Alex Jones |
| **Patient ID:** | 279905 |
| **Other ID:** | 174803 |
| **Patient DOB:** | / |
| **Date Type:** | Visit Date |
| **Date Range:** | '11/05/2018' - '12/28/2018' |
| **Document Types:** | ASC, Diagnostic, Hospital, Progress Note, SMH |
| **User ID:** | 1791 |
| **Page Count:** | 7 |

# Alabama Orthopaedic Clinic PC
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Alex Jones | **Visit Date:** | December 3, 2018 |
| **Patient ID:** | 279905 | **Provider:** | Grantham M. Shell, MD |
| **Sex:** | Male | **Location:** | AOC Main Office |
| **Birthdate:** | | **Location Address:** | 3610 Springhill Memorial Drive N<br>Mobile, AL 36608-1162 |
| **Primary Care Provider:** | Lloyd A. May MD | **Location Phone:** | (251) 410-3600 |

## Chief Complaint

- F/U LESI 11/2/18 with Dr. Stone

## History Of Present Illness

Patient is here followup lumbar MRI he had a epidural done by Dr. Stone he said he is did not get much relief for few days. He has a lot cramping after the epidural.

## Past Medical History

Arthritis (Personal History); Diabetes mellitus (Personal History); Lumbar disc herniation; Lumbar pain

## Past Surgical History

Appendectomy; Hernia repair

## Medication List

Duexis 800-26.6 mg oral tablet

## Allergy List

NO KNOWN DRUG ALLERGIES

## Family Medical History

Diabetes mellitus (Family History); Arthritis, chronic disabling (Family History); Hypertension (Family History)

## Social History

Alcohol - never (Unknown); Exercise-moderate (2-3 times weekly) (Unknown); Married (Unknown); Tobacco (Never)

## Review of Systems

**Musculoskeletal**

- **Admits** : back pain
- **Denies** : additional symptoms except as noted in the HPI

**All Others Negative**

## Physical Examination

On physical exam he has got pain down both the back side of his leg he is having difficulty twisting bending he reports some shooting pain down his legs

## Assessment

› Lumbar disc herniation 722.10/M51.26

## Plan

**Disposition**

- Sections of this note were created using a voice recognition software program. While efforts were made to correct any mistakes made by the program, incorrect/nonsensical phrases may remain in the note.

Plan today at this point failed epidural almost sent see Dr. Donahoe for further evaluation of his lumbar spine

**Electronically Signed by:** Grantham M. Shell, MD -Author on December 3, 2018 04:10:11 PM

# Alabama Orthopaedic Clinic PC
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Alex Jones | **Visit Date:** | December 6, 2018 |
| **Patient ID:** | 279905 | **Provider:** | David K. Donahoe, MD |
| **Sex:** | Male | **Location:** | AOC Main Office |
| **Birthdate:** | | **Location Address:** | 3610 Springhill Memorial Drive N Mobile, AL 36608-1162 |
| **Primary Care Provider:** | Lloyd A. May MD | **Location Phone:** | (251) 410-3600 |

## Chief Complaint

- back and leg pain
- numbness and tingling

## History Of Present Illness

Referring Provider: Grantham M. Shell MD

Alex Jones is a 54 year old African American/Black male who presents today for follow up with complaint of low back, bil leg pain. He indicates that he hasn't had an injury or exacerbating event in the interim. He reports that the pain has not changed.

Today, the pain is described as intermittent, moderate, aching and sharp pain. It is aggravated by walking, forward bending, general ROM, and getting up from sitting position. The problem gets better with injection. He states the problem does have an affect on his sleep. He does admit to swelling, numbness, weakness.

The patient admits to complying with the recommended treatment of Medication Therapy, Home Exercise Program, physical therapy, and injectional therapy. Today, the patient rates his pain as a 6/10.

Review of Diagnostic Studies: MRI Lumbar

New to me today, referred by Shell for eval

Symptoms x 7-8 months, no injury, reports a old injury years ago, fell out of a tree

Lumbar and Bil leg pain, had LESB 11/2/18, helped somehwat, pain is returning.

MRI 10/19/18 cong narrowing, stenotic L34, L45 facet OA

d/w pt options, LESI v surgery
PCP for renal cyst

## Past Medical History

Arthritis (Personal History); Diabetes mellitus (Personal History); Lumbar disc herniation; Lumbar pain

## Past Surgical History

Appendectomy; Hernia repair

## Medication List

Duexis 800-26.6 mg oral tablet

## Allergy List

NO KNOWN DRUG ALLERGIES

## Family Medical History

Diabetes mellitus (Family History); Arthritis, chronic disabling (Family History); Hypertension (Family History)

## Social History

Alcohol - never (Unknown); Exercise-moderate (2-3 times weekly) (Unknown); Married (Unknown); Tobacco (Never)

## Review of Systems

**Constitutional**
- **Denies** : fever, chills, night sweats, weight loss, weight gain

**HENT**
- **Denies** : headaches, lightheadedness, neck stiffness

**Cardiovascular**
- **Denies** : chest pain, irregular heart beats, syncope, dyspnea on exertion

**Respiratory**
- **Denies** : shortness of breath

**Gastrointestinal**
- **Denies** : nausea, vomiting, diarrhea, constipation

**Genitourinary**
- **Denies** : urgency, frequency

**Integument**
- **Denies** : rash, itching

**Neurologic**
- **Denies** : numbness and tingling, loss of balance

**Musculoskeletal**
- **Denies** : additional symptoms except as noted in the HPI

**Psychiatric**
- **Denies** : anxiety, depression

**Heme-Lymph**
- **Denies** : easy bleeding, easy bruising, anemia

## Physical Examination

**Constitutional**
- **Appearance** : well developed, well-nourished, awake/alert, in no acute distress

**Head and Face**
- **Face** :
  - **Inspection** : no facial lesions present

**Eyes**
- **Conjunctiva** : Conjunctiva normal

**Respiratory**
- **Respiratory Effort** : respirations normal, non-labored

**Psychiatric**
- **Mood and Affect** : appropriate

**Neurologic**
- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time

**Gait and Station**
- **Gait** : gait normal

**----- Radiology Results -----**
- **Lumbosacral Spine** : 2 views - F/E - were obtained today OA discs, early slip L45, not unstable

**Other Testing**
- **MRI Lumbar** : I reviewed the MRI in detail with the patient today

no CES

## Assessment

- Spondylolisthesis of lumbar region 738.4/M43.16
- Osteoarthritis of spine with radiculopathy, lumbar region 721.3/M47.26
- Lumbar stenosis with neurogenic claudication 724.03/M48.062

## Plan

**Orders**

- Lumbar spine 2 views, AP/lateral (72100) - 721.3/M47.26, 738.4/M43.16, 724.03/M48.062 - 12/06/2018

**Instructions**

- The patient's past medical history was reviewed with the patient today
- I went over the x-ray findings with the patient today explaining the anatomy and physiology, and answering any questions
- Reviewed MRI findings in detail with the patient today
- Recommend a ___L4-5_____epidural steroid injection under fluoroscopy to be scheduled as an outpatient procedure.
- WORK STATUS: No lifting over 20lbs
- Patient given LESB (Lumbar Epidural Steriod Block) booklet
- Patient given Laminectomy booklet
- We discuseed to day a decompression vs repeat LESB, he will think about his options and let us know.

**Electronically Signed by:** David K. Donahoe, MD -Author on December 7, 2018 01:29:31 PM

**Patient Name:** Alex Jones

End of Patient Record

**From:** LibertyMutualLeaves@LibertyMutual.com
**To:**
judy.smith@arkema.com;nick.robertson@arkema.com;paul.dececco@arkema.com;theresa.owler@arkema.com
**Subject:** LIBERTY MUTUAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Alex Jones 8293, 6110673

This is to notify you that there has been an approval or extension of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Last Day Worked: 10/28/2018

Date of Disability: 10/29/2018

Benefit Payments Period: 10/29/2018 thru 1/30/2019
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: 10/29/2018 thru 1/18/2019
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Approved

If you have further questions, please call Liberty Mutual at 1-888-440-6118 ext. 10387 or contact the assigned Case Manager at Krystal.Powell@lfg.com. Please be sure to reference claim number 6110673.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

| | |
|---|---|
| Date: | December 17, 2018 |
| To: | DR. GRANT SHELL |
| Attn: | |
| Fax: | (251) 410-3641 |
| From: | Krystal Powell<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1865 |
| Total Pages<br>(Including Cover): | 3 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

December 17, 2018

Dr. Grant Shell

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear Dr. Grant Shell:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 5, 2018 through the present

We ask that you provide this information by December 24, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1865 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Powell
Disabil Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. ALEX JONES JR

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

December 18, 2018

Mr. Alex Jones Jr

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673

Dear Mr. Alex Jones Jr:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On December 17, 2018, we requested medical records from Dr. . Shell This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from November 5, 2018 through the present from Dr. Shell

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Arkema Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than January 15, 2019 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Powell
Disabil Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

# FAX
MESSAGE

## To: Lincoln Financial

FAX: **6034301865**

## From:

FAX: TEL:

# Cover Page

| | |
|---|---|
| **Practice Name:** | Alabama Orthopaedic Clinic PC |
| **Practice Address:** | 3610 Springhill Memorial Dr N<br>Mobile, AL 366081162 |
| **Practice Phone:** | (251) 410-3600 |
| **Patient Name:** | Alex Jones |
| **Patient ID:** | 279905 |
| **Other ID:** | 174803 |
| **Patient DOB:** | |
| **Date Type:** | Visit Date |
| **Date Range:** | '12/03/2018' - '12/17/2018' |
| **Document Types:** | ASC, Diagnostic, Hospital, Progress Note, SMH |
| **User ID:** | 1487 |
| **Page Count:** | 7 |

# Alabama Orthopaedic Clinic PC
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Alex Jones | **Visit Date:** | December 3, 2018 |
| **Patient ID:** | 279905 | **Provider:** | Grantham M. Shell, MD |
| **Sex:** | Male | **Location:** | AOC Main Office |
| **Birthdate:** | | **Location Address:** | 3610 Springhill Memorial Drive N<br>Mobile, AL 36608-1162 |
| **Primary Care Provider:** | Lloyd A. May MD | **Location Phone:** | (251) 410-3600 |

## Chief Complaint

- F/U LESI 11/2/18 with Dr. Stone

## History Of Present Illness

Patient is here followup lumbar MRI he had a epidural done by Dr. Stone he said he is did not get much relief for few days. He has a lot cramping after the epidural.

## Past Medical History

Arthritis (Personal History); Diabetes mellitus (Personal History); Lumbar disc herniation; Lumbar pain

## Past Surgical History

Appendectomy; Hernia repair

## Medication List

Duexis 800-26.6 mg oral tablet

## Allergy List

NO KNOWN DRUG ALLERGIES

## Family Medical History

Diabetes mellitus (Family History); Arthritis, chronic disabling (Family History); Hypertension (Family History)

## Social History

Alcohol - never (Unknown); Exercise-moderate (2-3 times weekly) (Unknown); Married (Unknown); Tobacco (Never)

## Review of Systems

**Musculoskeletal**
- **Admits** : back pain
- **Danies** : additional symptoms except as noted in the HPI

**All Others Negative**

## Physical Examination

On physical exam he has got pain down both the back side of his leg he is having difficulty twisting bending he reports some shooting pain down his legs

## Assessment

- Lumbar disc herniation 722.10/M51.26

## Plan

**Disposition**

- Sections of this note were created using a voice recognition software program. While efforts were made to correct any mistakes made by the program, incorrect/nonsensical phrases may remain in the note.

Plan today at this point failed epidural almost sent see Dr. Donahoe for further evaluation of his lumbar spine

**Electronically Signed by:** Grantham M. Shell, MD -Author on December 3, 2018 04:10:11 PM

# Alabama Orthopaedic Clinic PC
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Alex Jones | **Visit Date:** | December 6, 2018 |
| **Patient ID:** | 279905 | **Provider:** | David K. Donahoe, MD |
| **Sex:** | Male | **Location:** | AOC Main Office |
| **Birthdate:** | | **Location Address:** | 3610 Springhill Memorial Drive N<br>Mobile, AL 36608-1162 |
| **Primary Care Provider:** | Lloyd A. May MD | **Location Phone:** | (251) 410-3600 |

## Chief Complaint

- back and leg pain
- numbness and tingling

## History Of Present Illness

Referring Provider: Grantham M. Shell MD

Alex Jones is a 54 year old African American/Black male who presents today for follow up with complaint of low back, bil leg pain. He indicates that he hasn't had an injury or exacerbating event in the interim. He reports that the pain has not changed.

Today, the pain is described as intermittent, moderate, aching and sharp pain. It is aggravated by walking, forward bending, general ROM, and getting up from sitting position. The problem gets better with injection. He states the problem does have an affect on his sleep. He does admit to swelling, numbness, weakness.

The patient admits to complying with the recommended treatment of Medication Therapy, Home Exercise Program, physical therapy, and injectional therapy. Today, the patient rates his pain as a 6/10.

Review of Diagnostic Studies: MRI Lumbar

New to me today, referred by Shell for eval

Symptoms x 7-8 months, no injury, reports a old injury years ago, fell out of a tree

Lumbar and Bil leg pain, had LESB 11/2/18, helped somehwat, pain is returning.

MRI 10/19/18 cong narrowing, stenotic L34, L45 facet OA

d/w pt options, LESI v surgery
PCP for renal cyst

## Past Medical History

Arthritis (Personal History); Diabetes mellitus (Personal History); Lumbar disc herniation; Lumbar pain

## Past Surgical History

Appendectomy; Hernia repair

## Medication List

Duexis 800-26.6 mg oral tablet

## Allergy List
NO KNOWN DRUG ALLERGIES

## Family Medical History
Diabetes mellitus (Family History); Arthritis, chronic disabling (Family History); Hypertension (Family History)

## Social History
Alcohol - never (Unknown); Exercise-moderate (2-3 times weekly) (Unknown); Married (Unknown); Tobacco (Never)

## Review of Systems
**Constitutional**
- **Denies** : fever, chills, night sweats, weight loss, weight gain

**HENT**
- **Denies** : headaches, lightheadedness, neck stiffness

**Cardiovascular**
- **Denies** : chest pain, irregular heart beats, syncope, dyspnea on exertion

**Respiratory**
- **Denies** : shortness of breath

**Gastrointestinal**
- **Denies** : nausea, vomiting, diarrhea, constipation

**Genitourinary**
- **Denies** : urgency, frequency

**Integument**
- **Denies** : rash, itching

**Neurologic**
- **Denies** : numbness and tingling, loss of balance

**Musculoskeletal**
- **Denies** : additional symptoms except as noted in the HPI

**Psychiatric**
- **Denies** : anxiety, depression

**Heme-Lymph**
- **Denies** : easy bleeding, easy bruising, anemia

## Physical Examination
**Constitutional**
- **Appearance** : well developed, well-nourished, awake/alert, in no acute distress

**Head and Face**
- **Face** :
  - **Inspection** : no facial lesions present

**Eyes**
- **Conjunctiva** : Conjunctiva normal

**Respiratory**
- **Respiratory Effort** : respirations normal, non-labored

**Psychiatric**
- **Mood and Affect** : appropriate

**Neurologic**
- **Mental Status Examination** :
  - **Orientation** : grossly oriented to person, place and time

**Gait and Station**
- **Gait** : gait normal

**----- Radiology Results -----**
- **Lumbosacral Spine** : 2 views - F/E - were obtained today OA discs, early slip L45, not unstable

**Other Testing**
- **MRI Lumbar** : I reviewed the MRI in detail with the patient today

no CES

## Assessment

- Spondylolisthesis of lumbar region 738.4/M43.16
- Osteoarthritis of spine with radiculopathy, lumbar region 721.3/M47.26
- Lumbar stenosis with neurogenic claudication 724.03/M48.062

## Plan

**Orders**

- Lumbar spine 2 views, AP/lateral (72100) - 721.3/M47.26, 738.4/M43.16, 724.03/M48.062 - 12/06/2018

**Instructions**

- The patient's past medical history was reviewed with the patient today
- I went over the x-ray findings with the patient today explaining the anatomy and physiology, and answering any questions
- Reviewed MRI findings in detail with the patient today
- Recommend a ___L4-5_____epidural steroid injection under fluoroscopy to be scheduled as an outpatient procedure.
- WORK STATUS: No lifting over 20lbs
- Patient given LESB (Lumbar Epidural Steriod Block) booklet
- Patient given Laminectomy booklet
- We discuseed to day a decompression vs repeat LESB, he will think about his options and let us know.

**Electronically Signed by:** David K. Donahoe, MD -Author on December 7, 2018 01:29:31 PM

**Patient Name:** Alex Jones

# End of Patient Record

**n0321081**

---

| | |
|---|---|
| **From:** | Powell, Krystal |
| **Sent:** | Monday, December 17, 2018 8:59:00 AM |
| **To:** | 'SMITH Judy'; 'OWLER Theresa'; 'ROBERTSON Nick' |
| **Cc:** | 'DECECCO Paul' |
| **Subject:** | Pended - Alex Jones - 6110673 |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png |

Good Afternoon,

Hello,

Please be advised, the below referenced claim is pending receipt of medical information as indicated. Please feel free to contact me with any questions you may have.

Employee: Alex Jones
Claim #: **6110673**
Date of Disability: **10/29/18**
Date information requested: **12/17/18**
Date information Due: **1/15/18**
Estimated return to work: **unknown**

Thanks

**Krystal Powell**

Claims Case Manager 1

Liberty Life Assurance Company of Boston, A Lincoln Financial Company

P.O. Box 7211

London, KY 40742-7211

Phone: 888-440-6118 ext 10387

Fax: 603-430-1865

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 203-294-0173 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** LibertyMutualLeaves@LibertyMutual.com
**To:**
judy.smith@arkema.com;nick.robertson@arkema.com;paul.dececco@arkema.com;theresa.owler@arkema.com
**Subject:** LIBERTY MUTUAL NOTIFICATION: Short Term Disability/Leave Approval or Extension for Alex Jones 8293, 6110673

This is to notify you that there has been an approval or extension of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Last Day Worked: 10/28/2018

Date of Disability: 10/29/2018

Benefit Payments Period: 10/29/2018 thru 11/25/2018
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: 10/29/2018 thru 11/25/2018
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Approved

If you have further questions, please call Liberty Mutual at 1-888-440-6118 ext. 10387 or contact the assigned Case Manager at Krystal.Powell@lfg.com. Please be sure to reference claim number 6110673.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

# Cover Page

| | |
|---|---|
| **Practice Name:** | Alabama Orthopaedic Clinic PC |
| **Practice Address:** | 3610 Springhill Memorial Dr N<br>Mobile, AL 366081162 |
| **Practice Phone:** | (251) 410-3600 |
| **Patient Name:** | Alex Jones |
| **Patient ID:** | 279905 |
| **Other ID:** | 174803 |
| **Patient DOB:** | |
| **Date Type:** | Visit Date |
| **Date Range:** | '10/01/2018' - '11/08/2018' |
| **Document Types:** | ASC, Diagnostic, Hospital, Progress Note, SMH |
| **User ID:** | 1791 |
| **Page Count:** | 11 |

# Alabama Orthopaedic Clinic PC
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Alex Jones | **Visit Date:** | October 5, 2018 |
| **Patient ID:** | 279905 | **Provider:** | Grantham M. Shell, MD |
| **Sex:** | Male | **Location:** | AOC Main Office |
| **Birthdate:** | | **Location Address:** | 3610 Springhill Memorial Drive N<br>Mobile, AL 36608-1162 |
| **Primary Care Provider:** | Lloyd A. May MD | **Location Phone:** | (251) 410-3600 |

## Chief Complaint

- lumbar pain

## History Of Present Illness

Patient is here regarding his lumbar pain he has had over 6 months shooting down the anterior and posterior portion of his thighs for about 6 months he has been going to Physical for chiropractor and physical therapy for this time for total 5 months he says is getting worse and worse. X-rays lumbar spine two views taken today show no fractures dislocations some mild spurring.

## Past Medical History

Arthritis (Personal History); Diabetes mellitus (Personal History); Lumbar disc herniation; Lumbar pain

## Past Surgical History

Appendectomy; Hernia repair

## Allergy List

NO KNOWN DRUG ALLERGIES

## Family Medical History

Diabetes mellitus (Family History); Arthritis, chronic disabling (Family History); Hypertension (Family History)

## Social History

Alcohol - never (Unknown); Exercise-moderate (2-3 times weekly) (Unknown); Married (Unknown); Tobacco (Never)

## Review of Systems

**Constitutional**
- **Denies** : fatigue, fever, chills, night sweats, weight change

**Eyes**
- **Denies** : eye pain, loss of vision

**HENT**
- **Denies** : frequent nose bleeds, hearing loss

**Cardiovascular**
- **Denies** : chest pain

**Respiratory**
- **Denies** : cough, coughing up blood, shortness of breath

**Gastrointestinal**
- **Denies** : blood in stools, constipation, diarrhea, difficulty swallowing, nausea, vomiting, abdominal pain

**Genitourinary**
- **Denies** : hematuria, frequent urinary infections, dysuria

**Integument**

- **Denies** : rash

**Neurologic**
- **Denies** : dizziness, double vision, frequent falling, numbness in arms/legs

**Musculoskeletal**
- **Admits** : back pain
- **Denies** : additional symptoms except as noted in the HPI

**Endocrine**
- **Denies** : hair loss, new/unwanted hair

**Psychiatric**
- **Denies** : difficulty sleeping

**Heme-Lymph**
- **Denies** : easy bruising, swollen glands

**All Others Negative**

## Vitals

| Date | Time | BP | Position | Site | L/R | Cuff Size | HR | RR | Temp(F) | WT | HT | BMI kg/m2 | BSA m2 | O2 Sat HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/5/2018 | 10:33 AM | | | | | | | | | 290 | 6' 0" | 39.33 | 2.59 | |

## Physical Examination

HEENT pupils equal round reactive she is awake alert orient he has got pain with straight leg raising he has got pain with ambulation pain with bending twisting shooting down both legs.

## Assessment

- Lumbar disc herniation 722.10/M51.26

## Plan

**Orders**
- 1.00 - Lumbar spine 2 views, AP/lateral (72100) - 722.10/M51.26 - 10/05/2018
- 1.00 - MRI lumbar spine (72148) - 722.10/M51.26 - 10/05/2018

**Disposition**
- Sections of this note were created using a voice recognition software program. While efforts were made to correct any mistakes made by the program, incorrect/nonsensical phrases may remain in the note.

**Associate Tasks**
- Task ID 271163 Order Follow up: MRI: Lumbar spine, DX: M51.26, INS: aetna, Cierra

Plan today with sent for MRI of his lumbar spine some going on 6 months will see him back after MRI

**Electronically Signed by:** Grantham M. Shell, MD -Author on October 5, 2018 02:09:24 PM

FIM10124

6W279905

ALABAMA ORTHOPAEDIC CLINIC, P.C.

**MRI**

## PATIENT HISTORY AND SCREENING FORM FOR MRI

NO PREG

Patient Name: Alex Jones Jr. Date: 10/19/18 Weight: 290 Height: 6'1"

Circle One: (Male) Female DOB: / Age: 54 MRI of: BACK

Ordering Physician: DR. SHELL

Reason you are here for an MRI today? Explain your medical problem in detail. (What is the problem? Where is the problem? How long have you had this problem?) 8 month Lower Back Pain, Pain In Legs, thighs, buttocks

No TRAUMA, No SURG

Have you had a previous MRI of this body part? ☐ Yes ☑ No If yes, explain:

Have you taken any sedation/medication/alcohol today to relax you for this procedure? ☐ Yes ☑ No If yes, what?

Do you have any of the following?

| | | |
|---|---|---|
| ☐ Yes | ☑ No | Tissue or Bone Expander? |
| ☐ Yes | ☑ No | Heart Surgery/Heart Valve/Pacemaker/Defibrillator. If yes, explain: |
| ☐ Yes | ☑ No | Brain Surgery/Brain Aneurysm Clips. If yes, explain: |
| ☐ Yes | ☑ No | Stents/Intravascular Coil/Coronary Stents/Vascular Stent/IVC Filter |
| ☐ Yes | ☑ No | Eye Surgery/Implants/Scleral Buckle? |
| ☐ Yes | ☑ No | Injury to eye involving metal or metal shavings / Welder? Sheet Metal Worker? |
| ☐ Yes | ☑ No | Penile Prosthesis |
| ☐ Yes | ☑ No | Orthopedic pins, screws, rods, etc. |
| ☐ Yes | ☑ No | Neurostimulator/Biostimulator |
| ☐ Yes | ☑ No | Radiation Therapy/Chemo Therapy |
| ☐ Yes | ☑ No | History of Cancer or Tumors, If yes, please explain: |
| ☐ Yes | ☑ No | Previous back surgery (neck/back) |
| ☐ Yes | ☑ No | Ear Surgery/Cochlear Implants/Hearing Aids |
| ☐ Yes | ☑ No | Vascular Access Port |
| ☐ Yes | ☑ No | Diaphragm/IUD/Pessary |
| ☐ Yes | ☑ No | Metal mesh implants/wire sutures/wire staples/internal electrodes |
| ☐ Yes | ☑ No | Any electrical, mechanical, or magnetic implants. Type: Wearing Tenz Unit? |
| ☐ Yes | ☑ No | Implanted drug infusion pump/insulin pump - If so, what kind? |
| ☐ Yes | ☑ No | Shunts: is it programmable? |
| ☐ Yes | ☑ No | Pacing wires, Swann GANZ Catheter - Have you ever had Pacemaker? (even if removed) |
| ☐ Yes | ☑ No | Tattoo's/Permanent make-up/Body piercings/Magnetic eye make-up? |
| ☐ Yes | ☑ No | Dentures, partials, or dental implants: |
| ☐ Yes | ☑ No | Gunshot wounds, shrapnel, BB's: Have you ever been a welder? |
| ☐ Yes | ☑ No | Are you pregnant? Last menstrual period: |
| ☐ Yes | ☑ No | Pain/Medicine Patches: |

List any drug allergies/latex allergy:

Signature: Alex Jones Jr.

AOC - 80925

**DIAGNOSTIC REPORT**

**PATIENT NAME: Jones, Alex**
**DOB:**
**EMR #:** 279905
**CHART #:**
**DOS: 10/19/2018 /** 8:55:31 AM
**MODALITY & BODY PART: MR,** L_SPINE
**ORDERING PHYSICIAN: Shell, Grantham**

**MRI OF THE LUMBAR SPINE**

**CLINICAL HISTORY:** Back pain with radiculopathy.

**TECHNICAL FACTORS:** T1 and T2-weighted images of the lumbar spine were obtained.

**FINDINGS:** A grade 1 anterior spondylolisthesis of L4 on L5 is seen. The vertebral body heights and marrow signal are maintained. Mild disc desiccation is present including mild loss of disc height L5-S1. Conus medullaris is posterior to the L1 vertebral body. Congenital narrowing is seen to the central canal. Mild facet joint hypertrophy is present to the lumbar spine. A 1.7 cm cyst is present along the lower pole of the right kidney.

L1-2: A bilobed bulge seen with mild foraminal stenosis bilaterally.

L2-3: A bilobed bulge is seen with mild to moderate foraminal stenosis bilaterally and mild central canal narrowing.

L3-4: A broad-based annular bulge is seen with mild to moderate central canal narrowing and moderate foraminal stenosis bilaterally.

L4-5: A broad-based annular bulge is seen with moderate central canal stenosis and moderate foraminal stenosis bilaterally.

L5-S1: Broad-based annular bulge is seen with mild central canal narrowing and moderate foraminal stenosis bilaterally.

**IMPRESSION:**
1. Grade 1 anterior spondylolisthesis is of L4 and L5 is present with a broad-based annular bulge creating moderate central canal narrowing and moderate foraminal stenosis bilaterally at L4-5.
2. Mild annular bulge at L5-S1 with mild central canal narrowing and moderate foraminal stenosis bilaterally.
3. Congenital narrowing with superimposed facet joint hypertrophy of the lumbar spine.

Electronically Signed 10/19/2018, 3:54:32 PM
Stephen C. Ashe, DO
Alabama Orthopaedic Clinic, PC
3610 Springhill Memorial Drive N
Mobile AL 36608
Phone (251) 410-3600

# Alabama Orthopaedic Clinic PC
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Alex Jones | **Visit Date:** | October 24, 2018 |
| **Patient ID:** | 279905 | **Provider:** | Grantham M. Shell, MD |
| **Sex:** | Male | **Location:** | AOC Mobile Infirmary Clinic |
| **Birthdate:** | | **Location Address:** | 1720 Springhill Avenue Suite 301<br>Mobile, AL 366041409 |
| **Primary Care Provider:** | Lloyd A. May MD | | |
| | | **Location Phone:** | (251) 410-3600 |

## Chief Complaint

- F/U Lumbar MRI

## History Of Present Illness

Patient is here follow-up MRI MRI showed spondylolisthesis L4-L5 broad-based annular bulge skin down says spinal stenosis moderate foraminal stenosis bilaterally L4-L5 mild bulge at the L5-S1 central canal narrowing moderate foraminal stenosis bilaterally congenital narrowing narrowing with the hypertrophy of the facet joints

## Past Medical History

Arthritis (Personal History); Diabetes mellitus (Personal History); Lumbar disc herniation; Lumbar pain

## Past Surgical History

Appendectomy; Hernia repair

## Medication List

Duexis 800-26.6 mg oral tablet

## Allergy List

NO KNOWN DRUG ALLERGIES

## Family Medical History

Diabetes mellitus (Family History); Arthritis, chronic disabling (Family History); Hypertension (Family History)

## Social History

Alcohol - never (Unknown); Exercise-moderate (2-3 times weekly) (Unknown); Married (Unknown); Tobacco (Never)

## Review of Systems

**Musculoskeletal**

- **Admits** : back pain
- **Denies** : additional symptoms except as noted in the HPI

**All Others Negative**

## Physical Examination

HEENT pupils equal round reactive he is awake alert orient no acute distress he has got shooting radicular pain down both his legs. Cap refills less than 3 sec she is sensate he has pain with twisting bendingIf

## Assessment

- Lumbar disc herniation 722.10/M51.26

## Plan

**Orders**

- 1.00 - Lumbar epidural steroid injection under fluoroscopy (62323) - 722.10/M51.26 - 10/24/2018

**Disposition**

- Sections of this note were created using a voice recognition software program. While efforts were made to correct any mistakes made by the program, incorrect/nonsensical phrases may remain in the note.

**Associate Tasks**

- Task ID 274637 Order Follow up: LESI bilateral L4-L5 Dr. Stone (per Shell) and f/u with Dr. Donahoe

Plan today with I was sent for bilateral L4-L5 lumbar epidural steroid injections at this fails will have him see Dr. Donahoe for possible surgical evaluation

**Electronically Signed by:** Grantham M. Shell, MD -Author on October 24, 2018 10:31:47 AM

X

## GULF COAST SURGICAL PARTNERS

History and Physical

Date: 11-2-18 Allergies: NKA

Chief Complaint: Lower Back, ↓ Bilateral Buttock, ↓ Bil Legs ↓ Bil Calves

Referring MD: Dr Shell

Date of last MRI: 10-2018

Date of last block: NA Benefit/duration: NA

Date of previous surgery: NA Benefit/duration: NA

✓: Risk, benefits and alternatives of procedure explained and patient wishes to proceed.

PAST MEDICAL HISTORY: Off Daevis 5-6 days

HTN: ⊖ CAD: ⊖ Pulmonary: ⊖ GI: ⊖ Diabetes/Thyroid: ⊖ Renal: ⊖

Hepatic: ⊖ Other:

HPI:

Date of onset: 7-8 months Increased with: Activity

Cervical/Thoracic/Lumbar Left/right/bilateral

Extremity pain Left/right/bilateral Anterior/posterior/lateral/all

Weakness/Numbness ∅ Left/right/bilateral Anterior/posterior/lateral/all

PHYSICAL EXAM:

Mental status: AAOx3

Integument: intact, well healed midline scar

Spine: Cervical/Thoracic/Lumbar

Tenderness: + dorsal spinus processes: L4-L5

+ paraspinus muscles: left/right/bilateral mild

∅ sacroiliac joints: left/right/bilateral

∅ piriformis: left/right/bilateral

∅ greater trochanter: left/right/bilateral

Last ibuprofen 2 days

Neurological: grossly intact

Sensation to light touch: intact/decreased

Reflexes: biceps ____ triceps ____ patella 1+ achilles 1+

Sitting straight leg raising: +/- left/right

Other:

Sedation: PO Valium 10mg IV

1:26

Procedure/code [illegible] L4-5 ILESI Diagnosis/code:

multre

Spread: L3-L5 Bilaterally Concordant:

Physician signature: [signature] Date: 11/2/18

20 G x 6 inch for next procedure

Jones, Alex
DOS: 11/02/18 Acct: 65841
Dr: Stone, Grant Douglas
Age: 54 M DOB:

01/02/2018

Gulf Coast Surgical Partners
3610 Springhill Memorial Drive North, Mobile, AL 36608
Ph (251) 410-3800 - Fax

Patient: **Jones, Alex**
Date of Birth: (54 y)
Account: 65841
Procedure Date: 11/2/2018
Attending Physician: Stone, Grant Douglas, MD
Primary Physician: Grant Stone, MD
Referring Physician:

**Progress Record:**

Anesthesia Type: CHOICE [C]
Pre-Op Dx: M54.16
Post-Op Dx: M54.16
Procedure: L4-5 LUMBAR EPIDURAL STEROID INJECTION WITH FLUOROSCOPY MIDLINE 62323

X-Ray Exposure:

| Time 1 | Time 2 |
|---|---|
| 0.1 min | |

**Physician Operative Report**

Operative Report: 11/2/18

L4-5 LUMBAR EPIDURAL MIDLINE

VALIUM 10 MG

PMH REVIEWED

After obtaining informed consent and a thorough discussion of the risks and benefits involved, the patient was taken to the procedure suite, placed in the prone position, and prepped in the usual sterile fashion. The patient was awake, alert, oriented and able to describe in detail, any sensation they might have throughout the procedure, including pain. 1% Lidocaine plain was used for local anesthesia for the skin and subcutaneous tissue. All procedures performed with fluoroscopic guidance with radiologic images interpreted by the operating physician at the time..

Using C-arm fluoroscopy, a 20 gauge Touhy needle 3.5 inches in length was carefully advanced from a slight midline paramedian approach to the posterior epidural space of L 4-5 using loss of resistance technique. Once in place, an injection of 0.5 ml of Omnipaque M-300 radiocontrast material demonstrated posterior flow on both the AP and lateral fluoroscopic views. Negative aspiration of blood or CSF. This was followed by an injection of 120mg of Depo Medrol with Lidocaine 1% 2ml and 2 ml of preservative free normal saline. The needle was then withdrawn. Post procedure fluoroscopy showed good spread of contrast from L3 to L5 bilateral.

The patient tolerated the procedure well and was transferred to post-procedure recovery in a stable condition with no difficulty or complications. They will be discharged in the care of friend or family.

Recommendations: 1.Follow-up with Dr. Shell to determine efficacy of today's procedure and need for future treatment.
2. Phone call follow-up with my office in 7-10 days to let us know how they are doing.

Surgeon Dictation Signature: Stone, Grant Douglas on 11/02/18 at 13:52.

**Patient Name:** Alex Jones

# End of Patient Record

# ALABAMA ORTHOPAEDIC CLINIC, P.C.

3610 Springhill Memorial Drive North ▪ Mobile, AL 36608

Date 11-01-2018

Number of Pages (including cover) 7

To: Lincoln Financial Group Fax: 603-430-1865

Re Alex Jones CLAIM# 6110673

Comments:

Attached 10-05-2018, 10-19-2018 & 10-24-2018

Release of Information Office
Fax: 251-410-3641
Trish: 251-410-4165

The information contained in this facsimile is confidential and intended for the above named recipient or their authorized agent. If you are not the intended recipient or their agent, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

# Alabama Orthopaedic Clinic PC
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Alex Jones | **Visit Date:** | October 24, 2018 |
| **Patient ID:** | 279905 | **Provider:** | Grantham M. Shell, MD |
| **Sex:** | Male | **Location:** | AOC Mobile Infirmary Clinic |
| **Birthdate:** | | **Location Address:** | 1720 Springhill Avenue Suite 301<br>Mobile, AL 366041409 |
| **Primary Care Provider:** | Lloyd A. May MD | **Location Phone:** | (251) 410-3600 |

## Chief Complaint

- F/U Lumbar MRI

## History Of Present Illness

Patient is here follow-up MRI MRI showed spondylolisthesis L4-L5 broad-based annular bulge skin down says spinal stenosis moderate foraminal stenosis bilaterally L4-L5 mild bulge at the L5-S1 central canal narrowing moderate foraminal stenosis bilaterally congenital narrowing narrowing with the hypertrophy of the facet joints

## Past Medical History

Arthritis (Personal History); Diabetes mellitus (Personal History); Lumbar disc herniation; Lumbar pain

## Past Surgical History

Appendectomy; Hernia repair

## Medication List

Duexis 800-26.6 mg oral tablet

## Allergy List

NO KNOWN DRUG ALLERGIES

## Family Medical History

Diabetes mellitus (Family History); Arthritis, chronic disabling (Family History); Hypertension (Family History)

## Social History

Alcohol - never (Unknown); Exercise-moderate (2-3 times weekly) (Unknown); Married (Unknown); Tobacco (Never)

## Review of Systems

**Musculoskeletal**
- **Admits** : back pain
- **Denies** : additional symptoms except as noted in the HPI

**All Others Negative**

## Physical Examination

HEENT pupils equal round reactive he is awake alert orient no acute distress he has got shooting radicular pain down both his legs. Cap refills less than 3 sec she is sensate he has pain with twisting bendingIf

## Assessment

- Lumbar disc herniation 722.10/M51.26

[Digital Signature Validated]

**Plan**

**Orders**
- 1.00 - Lumbar epidural steroid injection under fluoroscopy (62323) - 722.10/M51.26 - 10/24/2018

**Disposition**
- Sections of this note were created using a voice recognition software program. While efforts were made to correct any mistakes made by the program, incorrect/nonsensical phrases may remain in the note.

**Associate Tasks**
- Task ID 274637 Order Follow up: LESI bilateral L4-L5 Dr. Stone (per Shell) and f/u with Dr. Donahoe

Plan today with I was sent for bilateral L4-L5 lumbar epidural steroid injections at this fails will have him see Dr. Donahoe for possible surgical evaluation

**Electronically Signed by:** Grantham M. Shell, MD -Author on October 24, 2018 10:31:47 AM

**DIAGNOSTIC REPORT**

**PATIENT NAME: Jones, Alex**
**DOB:**
**EMR #:** 279905
**CHART #:**
**DOS: 10/19/2018 /** 8:55:31 AM
**MODALITY & BODY PART: MR**, L_SPINE
**ORDERING PHYSICIAN: Shell, Grantham**

**MRI OF THE LUMBAR SPINE**

**CLINICAL HISTORY:** Back pain with radiculopathy.

**TECHNICAL FACTORS:** T1 and T2-weighted images of the lumbar spine were obtained.

**FINDINGS:** A grade 1 anterior spondylolisthesis of L4 on L5 is seen. The vertebral body heights and marrow signal are maintained. Mild disc desiccation is present including mild loss of disc height L5-S1. Conus medullaris is posterior to the L1 vertebral body. Congenital narrowing is seen to the central canal. Mild facet joint hypertrophy is present to the lumbar spine. A 1.7 cm cyst is present along the lower pole of the right kidney.

L1-2: A bilobed bulge seen with mild foraminal stenosis bilaterally.

L2-3: A bilobed bulge is seen with mild to moderate foraminal stenosis bilaterally and mild central canal narrowing.

L3-4: A broad-based annular bulge is seen with mild to moderate central canal narrowing and moderate foraminal stenosis bilaterally.

L4-5: A broad-based annular bulge is seen with moderate central canal stenosis and moderate foraminal stenosis bilaterally.

L5-S1: Broad-based annular bulge is seen with mild central canal narrowing and moderate foraminal stenosis bilaterally.

**IMPRESSION:**
1. Grade 1 anterior spondylolisthesis is of L4 and L5 is present with a broad-based annular bulge creating moderate central canal narrowing and moderate foraminal stenosis bilaterally at L4-5.
2. Mild annular bulge at L5-S1 with mild central canal narrowing and moderate foraminal stenosis bilaterally.
3. Congenital narrowing with superimposed facet joint hypertrophy of the lumbar spine.

Electronically Signed 10/19/2018, 3:54:32 PM
Stephen C. Ashe, DO
Alabama Orthopaedic Clinic, PC
3610 Springhill Memorial Drive N
Mobile AL 36608
Phone (251) 410-3600

# Alabama Orthopaedic Clinic PC
# Progress Note

| | | | |
|---|---|---|---|
| **Patient Name:** | Alex Jones | **Visit Date:** | October 5, 2018 |
| **Patient ID:** | 279905 | **Provider:** | Grantham M. Shell, MD |
| **Sex:** | Male | **Location:** | AOC Main Office |
| **Birthdate:** | | **Location Address:** | 3610 Springhill Memorial Drive N<br>Mobile, AL 36608-1162 |
| **Primary Care Provider:** | Lloyd A. May MD | **Location Phone:** | (251) 410-3600 |

## Chief Complaint

- lumbar pain

## History Of Present Illness

Patient is here regarding his lumbar pain he has had over 6 months shooting down the anterior and posterior portion of his thighs for about 6 months he has been going to Physical for chiropractor and physical therapy for this time for total 5 months he says is getting worse and worse. X-rays lumbar spine two views taken today show no fractures dislocations some mild spurring.

## Past Medical History

Arthritis (Personal History); Diabetes mellitus (Personal History); Lumbar disc herniation; Lumbar pain

## Past Surgical History

Appendectomy; Hernia repair

## Allergy List

NO KNOWN DRUG ALLERGIES

## Family Medical History

Diabetes mellitus (Family History); Arthritis, chronic disabling (Family History); Hypertension (Family History)

## Social History

Alcohol - never (Unknown); Exercise-moderate (2-3 times weekly) (Unknown); Married (Unknown); Tobacco (Never)

## Review of Systems

**Constitutional**
- **Denies** : fatigue, fever, chills, night sweats, weight change

**Eyes**
- **Denies** : eye pain, loss of vision

**HENT**
- **Denies** : frequent nose bleeds, hearing loss

**Cardiovascular**
- **Denies** : chest pain

**Respiratory**
- **Denies** : cough, coughing up blood, shortness of breath

**Gastrointestinal**
- **Denies** : blood in stools, constipation, diarrhea, difficulty swallowing, nausea, vomiting, abdominal pain

**Genitourinary**
- **Denies** : hematuria, frequent urinary infections, dysuria

**Integument**
- **Denies** : rash

**Neurologic**
- **Denies** : dizziness, double vision, frequent falling, numbness in arms/legs

**Musculoskeletal**
- **Admits** : back pain
- **Denies** : additional symptoms except as noted in the HPI

**Endocrine**
- **Denies** : hair loss, new/unwanted hair

**Psychiatric**
- **Denies** : difficulty sleeping

**Heme-Lymph**
- **Denies** : easy bruising, swollen glands

**All Others Negative**

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | Temp(F) | WT | HT | BMI kg/m2 | BSA m2 | O2 Sat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/5/2018 | 10:33 AM | | | | | | | | | 290 | 6' 0" | 39.33 | 2.59 | |

## Physical Examination

HEENT pupils equal round reactive she is awake alert orient he has got pain with straight leg raising he has got pain with ambulation pain with bending twisting shooting down both legs.

## Assessment

- Lumbar disc herniation 722.10/M51.26

## Plan

**Orders**
- 1.00 - Lumbar spine 2 views, AP/lateral (72100) - 722.10/M51.26 - 10/05/2018
- 1.00 - MRI lumbar spine (72148) - 722.10/M51.26 - 10/05/2018

**Disposition**
- Sections of this note were created using a voice recognition software program. While efforts were made to correct any mistakes made by the program, incorrect/nonsensical phrases may remain in the note.

**Associate Tasks**
- Task ID 271163 Order Follow up: MRI: Lumbar spine, DX: M51.26, INS: aetna, Cierra

Plan today with sent for MRI of his lumbar spine some going on 6 months will see him back after MRI

**Electronically Signed by:** Grantham M. Shell, MD -Author on October 5, 2018 02:09:24 PM

[Digital Signature Validated]

**From:** LibertyMutualLeaves@LibertyMutual.com
**To:**
judy.smith@arkema.com;nick.robertson@arkema.com;paul.dececco@arkema.com;theresa.owler@arkema.com
**Subject:** LIBERTY MUTUAL NOTIFICATION: Acknowledgement of Short Term Disability/Leave request for Alex Jones 8293, 6110673

**This e-mail is to inform you Alex Jones applied for a short term disability leave of absence.** The disability claim and Leave requests are currently under review. You will receive an additional notification once a determination is made.

.

If you have further questions, please call Liberty Mutual at 1-888-440-6118 ext. 10387 or contact the assigned Case Manager at Krystal.Powell@lfg.com. Please be sure to reference claim number 6110673.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

| | |
|---|---|
| Date: | October 29, 2018 |
| To: | DR. GRANT SHELL |
| Attn: | |
| Fax: | (251) 410-3641 |
| From: | Krystal Powell<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 430-1865 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6110673<br>Claimant: Alex Jones<br><br>Arkema Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

October 29, 2018

Dr. Grant Shell

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673
Claimant: Alex Jones
Claimant D.O.B.:

Dear Dr. Grant Shell:

We are the Disability Claim Administrator for your patient, Alex Jones.

To evaluate Mr. Jones's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from October 1, 2018 through present

We ask that you provide this information by November 5, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-1865 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Powell
Disabil Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. ALEX JONES JR

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 430-1865

October 30, 2018

Mr. Alex Jones Jr

RE: Short Term Disability (STD) Benefits
Arkema Inc.
Claim #: 6110673

Dear Mr. Alex Jones Jr:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Arkema Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On October 29, 2018, we requested medical records from Dr. Grant. Shell This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

> Office treatment notes, test results, operative reports, prescription histories, and treatment plans from October 1, 2018 through the present from Dr. Shell

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Arkema Inc.'s STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than November 27, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Powell
Disabil Claims Case Mgr I
Phone No.: (888) 440-6118 Ext. 10387
Secure Fax No.: (603) 430-1865

**n0321081**

**From:** Powell, Krystal
**Sent:** Monday, October 29, 2018 4:29:15 PM
**To:** 'SMITH Judy'; 'OWLER Theresa'; 'ROBERTSON Nick'
**Cc:** 'DECECCO Paul'
**Subject:** Pended - Alex Jones - 6110673
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

Good Afternoon,

Hello,

Please be advised, the below referenced claim is pending receipt of medical information as indicated. Please feel free to contact me with any questions you may have.

Employee: Alex Jones
Claim #: **6110673**
Date of Disability: **10/29/18**
Date information requested: **10/29/18**
Date information Due: **11/27/2018**
Estimated return to work: **unknown**

Thanks


**Krystal Powell**

Claims Case Manager 1

Liberty Life Assurance Company of Boston, A Lincoln Financial Company

P.O. Box 7211

London, KY 40742-7211

Phone: 888-440-6118 ext 10387

Fax: 603-430-1865

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 203-294-0173 and permanently delete the original and any copy of any e-mail and any printout thereof.