**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALEX JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case: 2:21-cv-948-KOB** |
| | ) | |
| **LIBERTY LIFE ASSURANCE CO. OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL

Plaintiff's counsel has notified chambers that the parties have reached a settlement agreement in this case. So the court **DISMISSES** this case **WITHOUT PREJUDICE**. This Order cancels all further proceedings, including the status conference scheduled for February 2, 2022. The court retains jurisdiction of this action to reinstate the case if any party represents to the court **on or before April 5, 2022** that final settlement documentation could not be completed. If the court does not hear from either party, the court will dismiss the case with prejudice after April 5.

**DONE** and **ORDERED** this 2nd day of February, 2022.

**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE