FILED
2022 Feb-22 AM 08:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALEX JONES,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **2:21-cv-948-KOB** |
| | ] | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ] | |
| | ] | |
| **Defendant.** | ] | |

**ORDER**

The court, having received the "Joint Stipulation for Dismissal With Prejudice" (doc. 23), DISMISSES this action WITH PREJUDICE, with each party to bear his or its own costs.

DONE and ORDERED this 22nd day of February, 2022.

Karon O. Bowdre
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE